IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>)<br>JEFFREY ALEXANDER STERLING, )<br>)<br>    Defendant. )<br>)<br>) | NO. 1:10CR485 (LMB) |

## MOTION FOR PROTECTIVE ORDER FOR UNCLASSIFIED INFORMATION

    The parties, through counsel undersigned, pursuant to Fed. R. Crim. P. 16(d), and in light of the sensitive nature of the materials which may be disclosed in this case, stipulate to a protective order as to certain categories of discovery. This protective order only covers unclassified materials. The parties acknowledge and understand that this request for a protective order does not apply to classified materials and that the handling and protection of classified materials must be addressed separately pursuant to the Classified Information Procedures Act (CIPA).

A copy of the Protective Order to which the parties have agreed and stipulated is attached.

                Respectfully submitted,

                Neil H. MacBride
                United States Attorney

                William M. Welch II
                Senior Litigation Counsel
                Criminal Division
                United States Department of Justice

                Timothy J. Kelly
                Trial Attorney
                Public Integrity Section
                United States Department of Justice

                James L. Trump
                Senior Litigation Counsel
                United States Attorney's Office
                Eastern District of Virginia


By:             /s/            
     James L. Trump
     Attorney for the United States of America
     United States Attorney's Office
     Justin W. Williams U.S. Attorney's Building
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     Phone: 703-299-3726
     Fax: 703-299-3981
     Email Address: jim.trump@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have caused an electronic copy of the foregoing *Motion for Protective Order* to be served via ECF upon counsel for defendant Sterling.

By: _____/s/_____
James L. Trump
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov