**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| UNITED STATES | |
| v. | |
| JEFFREY ALEXANDER STERLING, | No. 1:10cr485 (LMB) |
| Defendant. | |

## NOTICE OF MOTION OF JAMES RISEN TO QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER

James Risen hereby gives notice that he will respectfully move this Court before the Honorable Leonie M. Brinkema, in the United States District Court for the Eastern District of Virginia on July 7, 2011 at 10:00 a.m. as part of the hearing that has been previously set by the Court for consideration of Motions involving Risen in the case of *United States* v. *Sterling*, or at a time and place to be set by the Court, for an order quashing the subpoena directed to him and/or for a protective order.

As set forth at greater length in the supporting brief and affidavits of James Risen and Joel Kurtzberg, the subpoena should be quashed and/or a protective order entered because the testimony the Government seeks is protected by the reporter's privilege arising under the First Amendment to the United States Constitution and under federal common law, and the Government has failed to demonstrate that that privilege does not apply.

June 21, 2011                          Respectfully submitted,

                                       Peter K. Stackhouse
                                       219 Lloyds Lane
                                       Alexandria, VA 22302
                                       (703) 684-7184

                                       David N. Kelley (admitted *pro hac vice*)
                                       Joel Kurtzberg (admitted *pro hac vice*)
                                       CAHILL GORDON & REINDEL LLP
                                       80 Pine Street
                                       New York, New York 10005
                                       (212) 701-3000

                                       *Attorneys for James Risen*

2