**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

UNITED STATES

    v.

JEFFREY ALEXANDER STERLING,

    Defendant.

No. 1:10cr485 (LMB)

**AFFIDAVIT OF JOEL KURTZBERG**

STATE OF NEW YORK   )
                       : ss.:
COUNTY OF NEW YORK  )

JOEL KURTZBERG, being first duly sworn, deposes and says:

1.      I am a member of the bar of the State of New York and a partner in the firm of Cahill Gordon & Reindel LLP, attorneys for James Risen, who is a reporter for *The New York Times* and the author of *State of War: The Secret History of the CIA and the Bush Administration* ("*State of War*").

2.      I have been admitted to practice before this Court *pro hac vice* in this case. My client is not a party to this action, but I was brought into this case by the issuance of a subpoena by the Government for testimony from James Risen in connection with his work as an investigative journalist on Chapter 9 of his book, *State of War*.

3.     I am fully familiar with the facts and circumstances set forth herein and make this affidavit based on my personal knowledge unless otherwise stated.  I make this affidavit in support of my client's brief in opposition to the Government's motion *in limine* and in support of his motion to quash the subpoena and/or for a protective order and to place before the Court documents that are relied on in support of that motion.  The exhibits annexed hereto are true and correct copies of the documents cited herein.

4.     I have been personally involved in negotiating with the Government concerning the scope of its current and prior demands for Mr. Risen's testimony.  Following is a brief summary of the relevant portions of those discussions.

5.     Because this affidavit discusses things that were part of a sealed proceeding, several documents and events referred to herein are being filed under seal.  We may revisit with the Court to determine what documents are appropriate to remain sealed.

### The 2008 Grand Jury Subpoena

6.     The first subpoena directed to Mr. Risen was a grand jury subpoena issued on January 24, 2008.  A true and correct copy of that subpoena is attached hereto as Exhibit 1.

7.     After Mr. Risen was subpoenaed by the Government in 2008, I had conversations about the subpoena with Special Assistant United States Attorney Eric B. Bruce.  During our conversations, Mr. Bruce confirmed ███████████████████████████

2



8.

9.

*The 2010 Grand Jury Subpoena*

10.

11.



12.

13.



14. ██████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

15. ██████████████████████████████

████████████████████████████████████

████████████████████████

### *The 2011 Trial Subpoena*

16.     Neither the trial Subpoena recently served on Mr. Risen nor the Government's Motion in Limine seeking to admit Mr. Risen's testimony contain any limitations on the nature and breadth of information sought from Mr. Risen. As the Government's brief in support of its motion *in limine* makes clear, the Government is unwilling to put any limitation on the testimony they will seek from Mr. Risen about his confidential source(s) at trial.

17.     The Government has indicated to me that it will recommend that Mr. Risen be granted immunity in the event he is required to testify.

18.    Attached hereto as Exhibit 4 is a true and correct copy ███████████

████████████████████████████████████████████████████████████

19.    Attached hereto as Exhibit 5 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

20.    Attached hereto as Exhibit 6 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

21.    Attached hereto as Exhibit 7 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

22.    Attached hereto as Exhibit 8 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

23.    Attached hereto as Exhibit 9 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

24.    Attached hereto as Exhibit 10 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

25.    Attached hereto as Exhibit 11 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

████████

26.    Attached hereto as Exhibit 12 is a true and correct copy of ████████

████████████████████████████████████████████████████████████

████████

27. Attached hereto as Exhibit 13 is a true and correct copy of ███████████

████████████████████████████████████████████████████

███████████████████████

28. Attached hereto as Exhibit 14 is a true and correct copy of the declaration of journalist Scott Armstrong; Attached hereto as Exhibit 15 is a true and correct copy of the declaration of journalist Carl Bernstein; Attached hereto as Exhibit 16 is a true and correct copy of the affidavit of historian Anna Kasten Nelson. Attached hereto as Exhibit 17 is a true and correct copy of the affidavit of journalist Jack Nelson. Attached hereto as Exhibit 18 is a true and correct copy of the declaration of journalist Dana Priest. These affidavits and declarations were submitted in connection with the grand jury subpoenas served on Mr. Risen. Because the same facts are relevant here, these affidavits and declarations are submitted in connection with this proceeding. One of the affiants, Jack Nelson, died on October 21, 2009.

29. Attached hereto as Exhibit 19 is a true and correct copy this Court's decision in *United States* v. *Regan*, Criminal No. 01-405-A, Memorandum Order (E.D. Va. Aug. 20, 2002) (unpublished) (Lee, J.).

Joel Kurtzberg

Sworn to before me this
20th day of June, 2011

NEIL I. FELDGARMAN, Notary Public
Notary Public, State of New York
No. 01FE6162954
Qualified in New York County
Commission Expires March 19, 2015

7