IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | **UNDER SEAL** |

**RESPONSE OF THE UNITED STATES
TO DEFENDANT'S DISCOVERY MOTION
[FILED UNDER SEAL]**

This pleading has been filed under seal pending classification review.

        Respectfully submitted,

        James L. Trump
        Senior Litigation Counsel
        United States Attorney's Office
        Eastern District of Virginia

By:         /s/
        James L. Trump
        Attorney for the United States of America
        United States Attorney's Office
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3726
        Fax: 703-299-3981
        Email Address: jim.trump@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused an electronic copy of the foregoing pleading to be served via ECF upon Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

        By:           /s/
            James L. Trump
            Attorney for the United States of America
            United States Attorney's Office
            Justin W. Williams U.S. Attorney's Building
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Phone: 703-299-3726
            Fax: 703-299-3981
            Email Address: jim.trump@usdoj.gov