# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.   ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant.   ) | |

## *EX PARTE* MOTION FOR APPOINTMENT OF EXPERT WITNESS

## [FILED UNDER SEAL WITH THE CISO]

Edward B. MacMahon, Jr.
VSB No.  25432
Law Office of Edward B. MacMahon, Jr.
P.O.  Box 25
107 East Washington Street
Middleburg, VA   20118
(540) 687-3902
(540) 687-6366
ebmjr@verizon.net

Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, DC 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com
*Counsel for Defendant Jeffrey A. Sterling*