Date: 7/7/11   Judge: Brinkema   Reporter: N. Linnell
Time: 10:02   To _____
Interpreter: _____
Language: _____
Update Deadlines: _____
Prob. Copies: _____
PTS Copies: _____
AUSA Copies: _____

UNITED STATES of AMERICA
Vs.

Jeffrey Alexander Sterling
Defendant's Name

Case Number: 1:10cr485

J. Holt
E. MacMahon, B. Pollock
Counsel for Defendant
P. Stockhouse and Risen

Counsel for Government: T. Kelly, J. Trump, W. Welch

Matter called for:
(X) Motions        ( ) Setting Trial Date    ( ) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment    ( ) Appeal from USMC      ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.         ( ) Pre-Indictment Plea  ( ) Other: _____

Defendant appeared: (✓) in person   ( ) failed to Appear
                    (✓) with Counsel  ( ) without counsel   ( ) through counsel

Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order
Arraignment & Plea:
( ) WFA ( ) FA ( )PG ( )PNG   Trial by Jury: ( ) Demanded ( ) Waived

___ Days to file Motions with Argument on _____
Defendant entered Plea of Guilty as to Count(s) _____
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

Gov't motion - taken under advisement

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance