## PRAECIPE FOR SUBPOENA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:10cr485 |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 17th day of October 2011 then and there to testify on behalf of the United States:

50 blank Subpoenas _____

_____

This 12TH day of JULY, 2011

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *Kimberly R. Pedersen*
    for James L. Trump
    Assistant United States Attorney

Subpoena issued: _____, 20_.

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

**PRAECIPE**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeffrey Alexander Sterling | ) | Case No. 1:10cr485 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 600 |
|---|---|
| | Date and Time: Octobr 17, 2011 10 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 07/12/2011

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America , who requests this subpoena, are:

James L. Trump, AUSA JLT
U.S. Attorney's Office, Alexandria, VA
Jim.Trump@usdoj.gov
(703) 299-3700