FILED
 1 3 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:10cr485 (LMB) |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

To ensure the accuracy of the docket, it is hereby

ORDERED that the Protective Order Regarding Classified Information [Dkt. No. 38] be and is AMENDED to include the following section as Paragraph 12a:

> The CISO will work with the appropriate government agencies or departments to prepare a redacted version of the defendant's pleadings or other documents appropriate for filing on the public record. The United States shall do the same for all government submissions. Counsel shall then file the redacted version of the document in the CM/ECF system and make specific reference to the earlier docket entry notifying the court that the document was previously submitted to the CISO for review. The underlying document and the docket entry description shall also include, "Redacted/Cleared for Public Release".
>
> If it is determined that the pleading or other document does not contain classified information, counsel shall file the full submission in the CM/ECF system and make specific reference to the earlier docket entry notifying the Court that the document was submitted to the CISO for review. The underlying document and the docket entry description shall include, "Unclassified/Cleared For Public Release."

The Clerk is directed to forward copies of this Order to counsel of record and the Classified Information Security Officer.

Entered this 13th day of July, 2011.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge