IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, which will be publicly docketed after it is reviewed for classified information, the Motion of James Risen to Quash Subpoena and/or for Protective Order [Dkt. No. 115] and the Government's Motion in Limine to Admit the Testimony of James Risen [Dkt. No. 105] are DENIED IN PART and GRANTED IN PART, and it is hereby

ORDERED that pursuant to the May 23, 2011 subpoena, James Risen must appear to testify at the above-captioned trial; however, the scope of his testimony is limited to confirming the following topics: (1) that Risen wrote a particular newspaper article or chapter of a book; (2) that a particular newspaper article or book chapter that Risen wrote is accurate; (3) that statements referred to in Risen's newspaper article or book chapter as being made by an unnamed source were in fact made to Risen by an unnamed source; and (4) that statements referred to in Risen's newspaper article or book chapter as being made by an identified source were in fact made by that identified source.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record and the Classified Information Security Officer.

Entered this 29th day of July, 2011.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
**United States District Judge**