IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| In re: | ) | **UNDER SEAL** |
| | ) | |
| Grand Jury Subpoena to | ) | 1:08dm61 (LMB) |
| James Risen | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

### *EX PARTE* RESPONSE OF THE UNITED STATES
### TO THE COURT'S ORDER REGARDING GRAND JURY DECLARATION

### UNDER SEAL PLEADING AND ATTACHMENT

    Respectfully submitted,

    Neil H. MacBride
    United States Attorney

    William M. Welch II
    Senior Litigation Counsel
    Criminal Division
    United States Department of Justice

    Timothy J. Kelly
    Trial Attorney
    Public Integrity Section
    United States Department of Justice

    James L. Trump
    Senior Litigation Counsel
    United States Attorney's Office
    Eastern District of Virginia