**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Case No. 1:10-cr-00485-LMB** |
| ) | |
| **JEFFREY ALEXANDER STERLING,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT, JEFFERY STERLING'S REPLY TO THE GOVERNMENT'S OPPOSITION TO MR. STERLING'S MOTION FOR ISSUANCE OF RULE 17 (c) SUBPOENAS

**[FILED UNDER SEAL WITH THE CISO]**

# DOCUMENT

# UNDER SEAL