

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

### ORDER

The parties have submitted a proposed schedule for pre-trial matters, including filings and hearings related to CIPA. Having reviewed the proposed schedule, it is hereby

ORDERED that the proposed schedule is approved as follows:

(1) Filing deadlines and hearing related to the government's evidence in its case-in-chief.

| | |
|---|---|
| Aug. 9 | Government Expert Notice(s); unclassified versions of previously classified materials to be used as exhibits or relied upon by government in its case-in-chief; any related CIPA submissions |
| Aug. 19 | Defense motions regarding the government's 8/9 filings |
| Aug. 26 | Government responses |
| Aug. 30 | Hearing at 10:00 a.m. |

(2) Filing deadlines and hearing related to defense evidence to be used at trial.

| | |
|---|---|
| Aug. 31 | Defense Expert Notice(s); CIPA notice regarding classified information to be used as exhibits or relied upon by defense at trial |
| Sept. 12 | Government motions regarding 8/31 defense filing |
| Sept. 16 | Defense responses |
| Sept. 20 | Hearing at 10:00 a.m. |

(3) All remaining motions and pre-trial matters.

    Sept. 26    All remaining motions, including CIPA filings, motions in limine; expert notices and CIPA filings regarding rebuttal evidence and cross-examination; unclassified Jencks and related CIPA filings; Rule 404(b) notice by government; any trial exhibits not previously filed

    Oct. 3    Response to Sept. 26 filings

    Oct. 11    Hearing at 10:00 a.m.

As previously ordered, trial shall commence on October 17, 2011, at 10:00 a.m. The Clerk is directed to forward copies of this Order to counsel of record.

Entered in Alexandria, Virginia, this 4th day of August, 2011.

/s/ 
Leonie M. Brinkema
**United States District Judge**