IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:10cr485 (LMB) |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE
EXPERT TESTIMONY OF W. PATRICK LANG**

## CERTIFICATE OF SERVICE

 I hereby certify that on September 16, 2011, I filed a copy of the foregoing with the Court Information Security Officer and ensured delivery to the following:

 Edward B. MacMahon
 107 East Washington Street
 Middleburg, VA 20118
 (703) 589-1124

 Barry J. Pollack
 Miller & Chevalier
 655 Fifteenth Street, NW
 Suite 900
 Washington, DC 20005-5701
 (202) 626-5830
 (202) 626-5801 (fax)

 James P. Holt
 223 North Jordan Street
 Apt. 402
 Alexandria, VA 22304

          /s/
         Timothy J. Kelly
         Trial Attorney