**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| **JEFFREY ALEXANDER STERLING,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT JEFFREY A. STERLING'S MOTION *IN LIMINE* TO PRECLUDE THE GOVERNMENT FROM INTRODUCING EVIDENCE RELATED TO MR. STERLING'S 2000 PERSONNEL APPRAISAL REPORT AND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE* TO INTRODUCE EXHIBIT 132**

**[ORIGINAL FILED UNDER SEAL ]**

/S/
Edward B. MacMahon, Jr.
VSB No. 25432
Law Office of Edward B. MacMahon, Jr.
P.O. Box 25
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366
ebmjr@verizon.net

/S/
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, DC 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com
*Counsel for Defendant Jeffrey A. Sterling*