# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:10CR485 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | **FILED UNDER SEAL - CIPA** |
| Defendant. ) | |
| ) | |

# GOVERNMENT'S MOTION FOR RECONSIDERATION OF
# THE COURT'S RULING REGARDING CERTAIN SECURITY MEASURES
# FOR A LIMITED NUMBER OF GOVERNMENT WITNESSES

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2011, I filed a copy of the foregoing with the Court Information Security Officer and ensured delivery to the following:

>Edward B. MacMahon
>107 East Washington Street
>Middleburg, VA 20118
>(703) 589-1124
>
>Barry J. Pollack
>Miller & Chevalier
>655 Fifteenth Street, NW
>Suite 900
>Washington, DC 20005-5701
>(202) 626-5830
>(202) 626-5801 (fax)
>
>James P. Holt
>223 North Jordan Street
>Apt. 402
>Alexandria, VA 22304

                                                /s/
                                      Timothy J. Kelly
                                      Trial Attorney