# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:10CR485 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | **FILED UNDER SEAL - CIPA** |
| Defendant. ) | |
| ) | |

# MEMORANDUM OF THE UNITED STATES
# REGARDING CERTAIN OF ITS PROPOSED SUBSTITUTIONS

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2011, I filed a copy of the foregoing with the Court Information Security Officer and ensured delivery to the following:

      Edward B. MacMahon
      107 East Washington Street
      Middleburg, VA 20118
      (703) 589-1124

      Barry J. Pollack
      Miller & Chevalier
      655 Fifteenth Street, NW
      Suite 900
      Washington, DC 20005-5701
      (202) 626-5830
      (202) 626-5801 (fax)

      James P. Holt
      223 North Jordan Street
      Apt. 402
      Alexandria, VA 22304

                                                /s/
                                      Timothy J. Kelly
                                      Trial Attorney