Filed with Classified
Information Security Officer
CISO
[signature] 9/30/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**UNCLASSIFIED//REDACTED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | Exhibits remain Classified and under seal; not attached |
| ) | |
| Defendant. ) | |

### FIFTH CIPA § 5 FILING BY JEFFREY A. STERLING

Defendant Jeffrey Sterling ("Mr. Sterling"), by and through counsel, and pursuant to The Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 5 (a), hereby gives notice of his intention to disclose the following classified information in connection with the trial or pre-trial proceedings in this case. The defendant submits that he reasonably expects to disclose this information as part of the trial of this case.

Pursuant to CIPA § 6 (f), Mr. Sterling hereby requests that the United States provide reciprocal discovery of each and every item of information it intends to use to rebut any of the classified information identified in this notice and which the Court orders may be disclosed at trial or any pretrial proceeding.

None of the documents listed below have been stamped as classified. The defense has designated these documents pursuant to CIPA § 5 out of an abundance of caution and will note that the documents are stamped "COMMITTEE SENSITIVE."

The subject documents are listed below. For the Court's convenience, attached hereto are copies of the documents that are the subject of this Notice:

184. E-mail dated 05/07/2003, Bates No. S00087.

185. E-mail dated 05/07/2003, Bates No. S00088.

186. Email dated 05/08/2003, Bates No. S00089.



**UNCLASSIFIED // REDACTED**

## CERTIFICATE OF SERVICE

I hereby certify that on September 20th, 2011, I delivered an original of the following Fifth CIPA § 5 Filing by Jeffrey Sterling to the CISO as directed by the Classified Information Protective Order issued in this case.

By: _____
Edward B. MacMahon, Jr. (VSB #25432)

*Counsel for Jeffrey A. Sterling*

Dated: September 20, 2011

                                                 JEFFREY A. STERLING
                                                 By counsel

By: _/s/_____
Edward B. MacMahon, Jr. (VSB #25432)
Law Office of Edward B. MacMahon, Jr.
107 E. Washington Street, P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
ebmjr@verizon.net

By: _/s/_____
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, D.C. 20005
(202) 626-5830
bpollack@milchev.com

*Counsel for Jeffrey A. Sterling*