IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 |
| | ) | |
| | ) | |
| | ) | Hon. Leonie M. Brinkema |
| v. | ) | |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JEFFREY STERLING'S OPPOSITION
TO GOVERNMENT'S MOTION *IN LIMINE*
TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENTS [DE 234]**