IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 |
| | ) | |
| v. | ) Hon. Leonie M. Brinkema | |
| JEFFREY ALEXANDER STERLING | ) | |
| Defendant. | ) | |

**DEFENDANT JEFFREY STERLING'S MOTION TO DISMISS
BASED ON SELECTIVE PROSECUTION
OR, IN THE ALTERNATIVE,
TO TAKE DISCOVERY RELATED TO SELECTIVE PROSECUTION**