IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:10CR485 |
| v. | ) | |
| | ) | Hon. Leonie M. Brinkema |
| JEFFREY ALEXANDER STERLING, | ) | |
| | ) | **FILED UNDER SEAL - CIPA** |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF ITS MOTION REGARDING CERTAIN SECURITY MEASURES
FOR A LIMITED NUMBER OF GOVERNMENT WITNESSES**