IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 13 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:10cr485 |
| | ) |
| JEFFREY ALEXANDER STERLING, | ) |
| Defendant. | ) |

## ORDER

(Order from Thursday, October 13, 2011 hearing submitted to
Classified Information Security Officer
pending classification review.)