IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the Fourth Circuit, pursuant to Title 18, United States Code, Section 3731, from the following orders of the district court, Brinkema, J.: (1) the October 12, 2011 order denying in part the government's motion for reconsideration and the July 29, 2011 opinion and order excluding trial testimony by a government witness; and (2) the October 14, 2011 order excluding trial testimony by two government witnesses.

Notice is further given that the United States hereby appeals to the United States Court of Appeals for the Fourth Circuit, pursuant to Title 18, United States Code, App. 3, Section 7 (the Classified Information Procedures Act), from the October 14, 2011 order of the district court, Brinkema, J., authorizing the disclosure of classified information .

    Respectfully submitted,

    Lanny A. Breuer
    Assistant Attorney General
    Criminal Division
    U.S. Department of Justice

*United States v. Jeffrey Alexander Sterling*
No. 1:10cr485 (LMB)
Notice of Appeal
October 19, 2011
Page 2 of 3

                                          Neil H. MacBride
                                          United States Attorney
                                          Eastern District of Virginia
                                          William M. Welch II
                                          Senior Litigation Counsel
                                          Criminal Division
                                          United States Department of Justice

                                          Timothy J. Kelly
                                          Trial Attorney
                                          Public Integrity Section
                                          United States Department of Justice

                                          James L. Trump
                                          Senior Litigation Counsel
                                          United States Attorney's Office
                                          Eastern District of Virginia


By:              /s/
                  James L. Trump
                  Attorney for the United States of America
                  United States Attorney's Office
                  Justin W. Williams U.S. Attorney's Building
                  2100 Jamieson Avenue
                  Alexandria, Virginia 22314
                  Phone: 703-299-3726
                  Fax: 703-299-3981
                  Email Address: jim.trump@usdoj.gov

*United States v. Jeffrey Alexander Sterling*
No. 1:10cr485 (LMB)
Notice of Appeal
October 19, 2011
Page 3 of 3

## CERTIFICATE OF SERVICE

I certify that on October 19, 2011, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

By:       /s/
James L. Trump
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov