FILED: November 6, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5028
(1:10-cr-00485-LMB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

JEFFREY ALEXANDER STERLING

        Defendant - Appellee

JAMES RISEN

        Intervenor - Appellee

------------------------------

THE THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION; ABC, INCORPORATED; ADVANCE PUBLICATIONS, INCORPORATED; ALM MEDIA, INCORPORATED; THE ASSOCIATED PRESS; BLOOMBERG, L.P.; CABLE NEWS NETWORK, INCORPORATED; CBS CORPORATION; COX MEDIA GROUP, INC.; DAILY NEWS, L.P.; DOW JONES AND COMPANY, INCORPORATED; THE E. W. SCRIPPS COMPANY; FIRST AMENDMENT COALITION; FOX NEWS NETWORK, L.L.C.; GANNETT COMPANY, INCORPORATED; THE HEARST CORPORATION; THE MCCLATCHY COMPANY; NATIONAL ASSOCIATION OF BROADCASTERS; NATIONAL PUBLIC RADIO, INCORPORATED; NBCUNIVERSAL MEDIA, LLC; THE NEW YORK TIMES COMPANY; NEWSPAPER ASSOCIATION OF AMERICA; THE NEWSWEEK DAILY BEAST COMPANY LLC; RADIO TELEVISION DIGITAL NEWS ASSOCIATION; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; REUTERS AMERICA LLC; TIME INC.; TRIBUNE COMPANY; THE WASHINGTON POST; WNET

        Amici Supporting Intervenor

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to stay mandate, the court grants the motion.

Entered at the direction of the panel: Chief Judge Traxler, Judge Gregory, and Judge Diaz.

                For the Court

                /s/ Patricia S. Connor, Clerk