FILED: September 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5028
(1:10-cr-00485-LMB-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

JEFFREY ALEXANDER STERLING

       Defendant - Appellee

JAMES RISEN

       Intervenor - Appellee

------------------------------

THE THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION; ABC, INCORPORATED; ADVANCE PUBLICATIONS, INCORPORATED; ALM MEDIA, INCORPORATED; THE ASSOCIATED PRESS; BLOOMBERG, L.P.; CABLE NEWS NETWORK, INCORPORATED; CBS CORPORATION; COX MEDIA GROUP, INC.; DAILY NEWS, L.P.; DOW JONES AND COMPANY, INCORPORATED; THE E. W. SCRIPPS COMPANY; FIRST AMENDMENT COALITION; FOX NEWS NETWORK, L.L.C.; GANNETT COMPANY, INCORPORATED; THE HEARST CORPORATION; THE MCCLATCHY COMPANY; NATIONAL ASSOCIATION OF BROADCASTERS; NATIONAL PUBLIC RADIO,

INCORPORATED; NBCUNIVERSAL MEDIA, LLC; THE NEW YORK TIMES COMPANY; NEWSPAPER ASSOCIATION OF AMERICA; THE NEWSWEEK DAILY BEAST COMPANY LLC; RADIO TELEVISION DIGITAL NEWS ASSOCIATION; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; REUTERS AMERICA LLC; TIME INC.; TRIBUNE COMPANY; THE WASHINGTON POST; WNET

  Amici Supporting Intervenor

_____

# M A N D A T E
_____

  The judgment of this court, entered 7/19/13, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*