IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:10cr485(LMB) |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

ORDER

The Mandate [Dkt. No. 316] having issued, it is hereby

ORDERED that the parties meet and confer to determine a mutually convenient Friday other than Friday, October 17, 2014 or October 31, 2014, for a status conference, and it is further

ORDERED that the parties file a notice of hearing setting the matter for 9:00 a.m. on the Friday docket they choose.

The Clerk is directed to forward a copy of this Order to counsel of record and the Classified Information Security Officer.

Entered this 22ND day of September, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge