**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **vs.** | ) | **Case No. 1:10-cr-00485-LMB** |
| **JEFFREY ALEXANDER STERLING,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR DISCOVERY**

COMES NOW Jeffrey A. Sterling, by counsel, and hereby moves this Court to enter an Order compelling discovery of any promises or understandings by and between the United States and James Risen.

A Memorandum of Points and Authorities in Support of this motion, and a proposed order, are attached.

WHEREFORE, Jeffrey A. Sterling requests that the instant motion be granted.

JEFFREY A. STERLING
By Counsel

By: /s/

Edward B. MacMahon, Jr.
VSB No. 25432
Edward B. MacMahon, Jr., PLC
P.O. Box 25
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366
ebmjr@macmahon-law.com

/s/
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, DC 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com
*Counsel for Defendant Jeffrey A. Sterling*

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/
Edward B. MacMahon, Jr. (VSB # 25432)
Edward B. MacMahon, Jr., PLC
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366
ebmjr@macmahon-law.com
Counsel for Jeffrey A. Sterling