# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:10CR485 |
| ) | |
| ) | Hon. Leonie M. Brinkema |
| v. ) | |
| ) | |
| JEFFREY ALEXANDER STERLING ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT JEFFREY STERLING'S MOTION TO COMPEL

Defendant Jeffrey Sterling, through counsel and for the reasons set forth in his supporting memorandum of law, respectfully moves this Court for an order compelling the government to produce *Giglio* material.

Dated: October 9, 2014Respectfully submitted,

JEFFREY A. STERLING

By:/s/
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

/s/
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, D.C. 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com

*Counsel for Jeffrey A. Sterling*

1463458.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Jeffrey A. Sterling*