# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 10/10/14  Judge: Brinkema  Reporter: A. Thomson
Time: 9:53am - 10:20am  Interpreter:
Language:
Probation Email:
Jury Email:

## UNITED STATES OF AMERICA
v.

JEFFREY STERLING  1:10cr485
Defendant's Name  Case Number

Ed MacMahon/ Barry Pollack,  Dennis Fitzpatrick/ Eric Olshan/ James Trump
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [X] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Rule 35  [ ] Appeal (USMC)
[X] Other  Status Hearing
Deft appeared: [ ] in person  [ ] failed to appear  [ ] with Counsel  [ ] without Counsel  [X] through Counsel

**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [ ] PG  [ ] PNG  **Trial by Jury:**  [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[ ] Deft directed to USPO for PSI---  [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **01/08/15** at **10:00am** for: (5-10 days)
[X] Jury Trial (jury selection only)  [ ] Bench Trial  [ ] Sentencing  [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

#322 Deft Motion for Discovery – is argued
Court finds that case is complex, speedy trial is waived
30 days to file any additional motions; Jury selection on 01/08/15 at 10:00am, trial to begin 01/14/15 at 10:00am

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on Bond