# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

## *EX PARTE* MOTION REGARDING EXPERT WITNESS

## [FILED UNDER SEAL]

> Edward B. MacMahon, Jr.
> VSB No. 25432
> Law Office of Edward B. MacMahon, Jr.
> P.O. Box 25
> 107 East Washington Street
> Middleburg, VA   20118
> (540) 687-3902
> (540) 687-6366
> Ebmjr@macmahon-law.com

> Barry J. Pollack (admitted *pro hac vice*)
> Miller & Chevalier Chartered
> 655 Fifteenth St. N.W. Suite 900
> Washington, DC 20005
> (202) 626-5830
> (202) 626-5801 (facsimile)
> bpollack@milchev.com
> *Counsel for Defendant Jeffrey A. Sterling*