IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:10cr485(LMB) |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the government's response to the defendant's Motion to Compel, good cause having been shown, it is hereby

ORDERED that a hearing will be convened on Thursday, November 20, 2014 at 11:00 a.m., at which time the Court will address all issues relating to the government's production of potential Giglio information, and defendant's Motion to Compel; and it is further

ORDERED that the hearing shall be conducted under seal, unless any issues related to Mr. Risen are to be resolved, in which case that portion of the hearing will be unsealed.

The Clerk is directed to forward a copy of this Order to counsel of record and the Classified Information Security Officer.

Entered this 28th day of October, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge