IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on the defendant's Motion for an Extension of Time to File Pre-Trial Motions. It appearing to the Court that the United States consents to the relief requested, and for other good cause shown, it is hereby ORDERED

That the defendant's Motion for an Extension of Time to File Pre-Trial Motions be and is hereby GRANTED. The defendant shall have until on or before November 20, 2014, to file pre-trial motions.

The Court's order setting a hearing on November 20, 2014 is unchanged.

Entered this 7 day of November, 2014.

/s/
Leonie M. Brinkema
United States District Judge