IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | **UNDER SEAL** |

**UNITED STATES' MOTION TO EXCLUDE CROSS-EXAMINATION OF CERTAIN GOVERNMENT WITNESSES CONCERNING SPECIFIC INSTANCES OF PRIOR CONDUCT**

**Original Filed Under Seal Pending Hearing and Classification Review**

| | |
|---|---|
| Jack Smith<br>Chief | Dana J. Boente<br>United States Attorney |
| Eric G. Olshan<br>Deputy Chief<br>Public Integrity Section<br>U.S. Department of Justice | James L. Trump<br>Senior Litigation Counsel<br><br>Dennis Fitzpatrick<br>Assistant United States Attorney<br>Eastern District of Virginia |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I filed a copy of the foregoing notice of under seal/classified filing via ECF on Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant, this this 10th day of November, 2014.

By:         /s/
James L. Trump
Senior Litigation Counsel
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov