Filed with Classified
Information Security Officer
CISO _MRota_
Date _11 / 18 / 2014_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 |
| | ) | |
| | ) | |
| | ) | Hon. Leonie M. Brinkema |
| v. | ) | |
| | ) | UNDER SEAL |
| JEFFREY ALEXANDER STERLING | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JEFFREY STERLING'S OPPOSITION
TO GOVERNMENT'S MOTION TO EXCLUDE
CROSS-EXAMINATION OF CERTAIN GOVERNMENT WITNESSES
CONCERNING SPECIFIC INSTANCES OF PRIOR CONDUCT
AND MEMORANDUM IN RENEWED OPPOSITION TO
THE GOVERNMENT'S MOTION TO ADMIT EXHIBIT 129-132**

Original Filed Under Seal Pending Hearing and Classification Review

Edward B. MacMahon, Jr.

Barry J. Pollack

Counsel for Jeffrey A. Sterling

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014, I filed a copy of the foregoing notice of under seal/classified filing via ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____ / s/ _____
        Edward B. MacMahon, Jr. (VSB # 25432)
        Law Office of Edward B. MacMahon, Jr.
        107 East Washington Street
        P.O. Box 25
        Middleburg, VA 20118
        (540) 687-3902
        (540) 687-6366 (facsimile)
        ebmjr@verizon.net

*Counsel for Jeffrey A. Sterling*