IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with Classified
Information Security Officer
CISO __M. Puter__
Date __11/18/2014__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 |
| | ) | |
| v. | ) | Hon. Leonie M. Brinkema |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | UNDER SEAL |
| Defendant. | ) | |

**EX PARTE AND UNDER SEAL MOTION FOR ISSUANCE OF
SUBPOENA AD TESTIFICANDUM TO HUMAN ASSET NO. 1**

Original Filed Under Seal Pending Hearing and Classification Review

Edward B. MacMahon, Jr.

Barry J. Pollack

Counsel for Jeffrey A. Sterling

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014, I filed a copy of the foregoing notice of under seal/classified filing via ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/ s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

*Counsel for Jeffrey A. Sterling*