Filed with Classified Information Security Officer
CISO ULita
Date 11/18/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:10CR485 |
| ) | |
| v. ) | Hon. Leonie M. Brinkema |
| ) | |
| JEFFREY ALEXANDER STERLING ) | UNDER SEAL |
| Defendant. ) | |

## EIGHTH CIPA § 5 FILING BY JEFFREY A. STERLING

Original Filed Under Seal Pending Hearing and Classification Review

Edward B. MacMahon, Jr.

Barry J. Pollack

Counsel for Jeffrey A. Sterling

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014, I filed a copy of the foregoing notice of under seal/classified filing via ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/ s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

*Counsel for Jeffrey A. Sterling*