IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:10cr485 (LMB) |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in a sealed hearing, it is hereby

ORDERED that Defendant Jeffrey Sterling's Motion To Compel [Dkt. No. 324] be and is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that the United States' Motion To Exclude Cross-Examination of Certain Government Witnesses Concerning Specific Instances Of Prior Conduct [Dkt. No. 336] be and is GRANTED IN PART and DENIED IN PART.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20th day of November, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge