RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2014 NOV 24 P 3: 35

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:10CR485 |
| ) | |
| JEFFREY ALEXANDER STERLING ) | |
| ) | |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 a.m., on the 12th day of January, 2015, then and there to testify:

    50 Sets (100 Blank Subpoenas)

This 24th day of November, 2014.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ Dennis M. Fitzpatrick
Dennis M. Fitzpatrick
Assistant United States Attorney

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 NOV 24 P 3: 36

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:10CR485 |
| JEFFREY ALEXANDER STERLING | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 600  Hon. Leonie M. Brinkema |
|---|---|---|
| | | Date and Time: January 12, 2015 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

AUSA Dennis M. Fitzpatrick
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3954
Dennis.Fitzpatrick@usdoj.gov