# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 12/09/14   Judge: Brinkema   Reporter: A. Thomson
Time: 10:05am - 11:50am   Interpreter:
   Language:
   Probation Email:
   Jury Email:

## UNITED STATES OF AMERICA

v.

JEFFREY ALEXANDER STERLING   1:10cr485
Defendant's Name   Case Number

Ed MacMahon/ Barry Pollack,   Dennis Fitzpatrick/ Eric Olshan/ James Trump
**Counsel for Defendant:**   **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [X] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Rule 35   [ ] Appeal (USMC)
[X] Other   CIPA/Under Seal Evidentiary hearing
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on ____ at ____
[ ] Deft entered Plea of Guilty as to Count(s) ____ of the ____
[ ] Plea accepted, **Guilty Count(s)** ____
[ ] Motion for Dismissal of Count(s) ____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: ____ at ____ for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of ____ Months heretofore imposed is REDUCED to a term of ____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of ____ months/days

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ ____ [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on Bond