IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO SECTION 6(C) OF THE CLASSIFIED INFORMATION PROCEDURES ACT**