IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date 12/17/2014

UNITED STATES OF AMERICA )
)
)
v. )   1:10cr485 (LMB)
)
JEFFREY ALEXANDER STERLING, )
)
Defendant. )

<u>ORDER</u>