IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | **UNDER SEAL** |

## SECOND RESPONSE OF THE UNITED STATES TO THE COURT'S INQUIRY ABOUT PROSPECTIVE WITNESS

**Original Filed Under Seal Pending Classification Review**

 

Respectfully submitted,

| | |
|---|---|
| Jack Smith | Dana J. Boente |
| Chief | United States Attorney |
| | |
| Eric G. Olshan | James L. Trump |
| Deputy Chief | Senior Litigation Counsel |
| Public Integrity Section | |
| U.S. Department of Justice | Dennis Fitzpatrick |
| | Assistant United States Attorney |
| | Eastern District of Virginia |

By       /s/      
James L. Trump
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
(703) 299=837-8242 (fax)
jim.trump@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I caused an electronic copy of the foregoing to be filed and served via ECF on Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

By            /s/
James L. Trump
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
(703) 837-8242 (fax)

2