# EXHIBIT A

*United States v. Sterling*, No. 1:10-CR-00485 (E.D. Va.)

Mike Rogers, Michigan, CHAIRMAN

Mac Thornberry, Texas
Sue Myrick, North Carolina
Jeff Miller, Florida
K. Michael Conaway, Texas
Peter T. King, New York
Frank A. LoBiondo, New Jersey
Devin Nunes, California
Lynn A. Westmoreland, Georgia
Michele Bachmann, Minnesota
Thomas J. Rooney, Florida
Joseph J. Heck, Nevada

C.A. Dutch Ruppersberger, Maryland, RANKING
MEMBER

Mike Thompson, California
Janice D. Schakowsky, Illinois
James R. Langevin, Rhode Island
Adam B. Schiff, California
Dan Boren, Oklahoma
Luis V. Gutierrez, Illinois
Ben Chandler, Kentucky

John A. Boehner, SPEAKER OF THE HOUSE
Nancy Pelosi, DEMOCRATIC LEADER

HVC-304, THE CAPITOL
WASHINGTON, DC 20515
(202) 225-4121

Michael Allen, STAFF DIRECTOR

# U.S. HOUSE OF REPRESENTATIVES
## PERMANENT SELECT COMMITTEE ON INTELLIGENCE

October 12, 2011

**By Electronic Mail**

Mr. William M. Welch II
Senior Litigation Counsel
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

Dear Mr. Welch:

This letter is to advise you formally that, in response to your request, the Committee voted yesterday with a quorum present to approve a motion by Chairman Rogers to authorize former staff member Mike Sheehy to discuss certain matters in connection with the pending case United States v. Sterling.

Specifically, the Committee has authorized Mr. Sheehy to discuss matters involving a meeting held by Mr. Sterling with Committee staff on or about August 8, 2000, and to provide testimony about that meeting in the trial of United States v. Sterling, so long as appropriate protections are in place to prevent the public disclosure of any classified information.

As you may know, Committee Rule 12, adopted pursuant to Constitutional authority (U.S. Const. art. 1, §5, cl. 2), provides that "Members of the Committee and the Committee staff shall not discuss either the substance or procedure of the work of the Committee with any person not a member of the Committee or the Committee Staff in connection with any proceeding, judicial or otherwise, either during the person's tenure as a member of the Committee, or of the Committee Staff, or at any time thereafter, except as directed by the Committee in accordance with the Rules of the House and these Rules."

Finally, the Committee understands that House and Committee counsel will be present at any meeting or court proceeding in which Mr. Sheehy discusses or testifies about these matters. Please let me know if I can answer any questions regarding the scope of the Committee's authorization or the Committee Rules.

Sincerely,

Christopher Donesa
Chief Counsel

cc: Edward D. McMahon, Jr.
Barry J. Pollack
Counsel for Mr. Sterling

Kerry Kircher
General Counsel, House of Representatives