Case 1:10-cr-00485-LMB   Document 362-2   Filed 12/24/14   Page 1 of 2 PageID# 2610

# EXHIBIT B

*United States v. Sterling*, No. 1:10-CR-00485 (E.D. Va.)

Mike Rogers, Michigan, CHAIRMAN

Mac Thornberry, Texas
Jeff Miller, Florida
K. Michael Conaway, Texas
Peter T. King, New York
Frank A. LoBiondo, New Jersey
Devin Nunes, California
Lynn A. Westmoreland, Georgia
Michele Bachmann, Minnesota
Thomas J. Rooney, Florida
Joseph J. Heck, Nevada
Mike R. Pompeo, Kansas

C.A. Dutch Ruppersberger, Maryland,
RANKING MEMBER

Mike Thompson, California
Janice D. Schakowsky, Illinois
James R. Langevin, Rhode Island
Adam B. Schiff, California
Luis V. Gutierrez, Illinois
Ed Pastor, Arizona
James A. Himes, Connecticut
Terri A. Sewell, Alabama

John A. Boehner, SPEAKER OF THE HOUSE
Nancy Pelosi, DEMOCRATIC LEADER

## U.S. HOUSE OF REPRESENTATIVES
### PERMANENT SELECT COMMITTEE ON INTELLIGENCE

HVC-304, THE CAPITOL
WASHINGTON, DC 20515
(202) 225-4121

Darren M. Dick
STAFF DIRECTOR

HEATHER M. MOLINO
MINORITY STAFF DIRECTOR

December 4, 2014

Mr. Eric Olshan
Deputy Chief
Public Integrity Section
1400 New York Ave., NW
Suite 12100
Washington, DC 20005

Dear Mr. Olshan:

We understand the trial in United States v. Sterling is scheduled to begin on or about January 12, 2015. The House Permanent Select Committee on Intelligence previously authorized former staff member Mike Sheehy to testify about certain matters in connection with that case.

Enclosed is a letter dated October 12, 2011, memorializing the Committee's authorization and the narrow scope of testimony Mr. Sheehy is permitted to provide. The authorization remains effective. As a significant amount of time has elapsed since the Committee authorized Mr. Sheehy's testimony, we enclose the letter to reiterate the Committee's authorization, including the limitations, conditions, and scope of that authorization. Please contact Sarah Geffroy, the Committee's Chief Counsel, with any questions you may have.

Sincerely,

Mike Rogers
Chairman

C.A. "Dutch" Ruppersberger
Ranking Member

Enclosure

cc:  Edward D. McMahon, Jr.
     Barry J. Pollack
     Counsel for Mr. Sterling

     Kerry Kircher
     General Counsel, House of Representatives