FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2014 DEC 24  A 11: 31

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY STERLING,<br><br>Defendant. | Case No. 1:10-CR-00485<br><br>Hon. Leonie M. Brinkema |

**NOTICE OF MOTION OF NON-PARTY MICHAEL W. SHEEHY FOR AN ORDER PERMITTING HIS COUNSEL TO SIT IN THE WELL OF THE COURT**

PLEASE TAKE NOTICE that Non-Party Michael W. Sheehy, by and through undersigned counsel, will move this Court, before the Honorable Leonie M. Brinkema, U.S. District Judge, at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, on January 5, 2015, at 10:30 a.m., for an order permitting his counsel to sit in the well of the Court.

Respectfully submitted,

/s/ Kerry W. Kircher

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Todd B. Tatelman, Assistant Counsel
Eleni M. Roumel, Assistant Counsel
Isaac B. Rosenberg, Assistant Counsel
Kimberly Hamm, Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone:   (202) 225-9700
Facsimile:   (202) 226-1360
Kerry.Kircher@mail.house.gov

*Counsel for Non-Party Michael W. Sheehy*

December 24, 2014

CERTIFICATE OF SERVICE

I certify that on December 24, 2014, I served a copy of the foregoing Notice of Motion of Non-Party Michael W. Sheehy for an Order Permitting His Counsel to Sit in the Well of the Court by first-class mail, postage prepaid, and by electronic mail (.pdf format) on each of the following:

Eric G. Olshan, Deputy Chief
Public Integrity Section of the Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, Suite 12100
Washington, D.C. 20005
eric.olshan@usdoj.gov
*Counsel for United States*

Dennis M. Fitzpatrick, Esq.
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
dennis.fitzpatrick@usdoj.gov
*Counsel for United States*

Edward B. MacMahon, Esq.
Law Offices of Edward B. MacMahon Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
ebmjr@macmahon-law.com
*Counsel for Defendant*

Barry Joel Pollack, Esq.
Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, D.C. 20005-5701
bpollack@milchev.com
*Counsel for Defendant*

Peter King Stackhouse, Esq.
219 Loyds Lane
Alexandria, VA  22302
pstackhouse@comcast.net
*Counsel for James Risen*

                                                      /s/ *(signature)*
                                          Kerry W. Kircher