IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.

JEFFREY STERLING,

Defendant.

Case No. 1:10-CR-00485

Hon. Leonie M. Brinkema

ORDER

UPON CONSIDERATION OF the Motion of Non-Party Michael W. Sheehy for Protective Order ("Motion"), the opposition, if any, and the entire record herein, it is by the Court this 24th day of December, 2014 ORDERED

That the Motion is GRANTED for all the reasons set forth in the Memorandum of Points and Authorities submitted in support of the Motion. It is further ORDERED

That the parties are barred from questioning Michael W. Sheehy about any legislative activities of the Permanent Select Committee on Intelligence of the U.S. House of Representatives ("Committee"), other than a meeting between defendant Jeffrey Sterling and Committee staff which occurred on or about August 8, 2000. It is further ORDERED

That the Court will determine at trial whether any particular question seeks to elicit from Mr. Sheehy information that is privileged and beyond the scope of the questioning that is permitted by this Order.

/s/ _____
Leonie M. Brinkema
United States District Judge