IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 |
| | ) | |
| | ) | Hon. Leonie M. Brinkema |
| v. | ) | |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**JEFFREY STERLING'S MOTION FOR RECONSIDERATION OF
DEFENDANT'S MOTION TO DISMISS
BASED ON SELECTIVE PROSECUTION
OR, IN THE ALTERNATIVE, TO TAKE DISCOVERY
RELATED TO SELECTIVE PROSECUTION
AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Dated: January 2, 2015

Respectfully submitted,

JEFFREY A. STERLING

By: _____/s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

_____/s/_____
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, D.C. 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com

*Counsel for Jeffrey A. Sterling*