1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:10cr485 |
| vs. | Alexandria, Virginia<br>November 20, 2014 |
| JEFFREY ALEXANDER STERLING, | 11:00 a.m. |
| Defendant. | |

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
JAMES L. TRUMP, AUSA
DENNIS M. FITZPATRICK, AUSA
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
  and
ERIC G. OLSHAN, Deputy Chief
Public Integrity Section of the
Criminal Division
United States Department of
Justice
1400 New York Avenue, N.W.
Suite 12100
Washington, D.C. 20005

FOR THE DEFENDANT:
EDWARD B. MAC MAHON, JR., ESQ.
JAMES HOLT, ESQ.
Law Office of Edward B.
MacMahon, Jr.
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118

(APPEARANCES CONT'D. ON FOLLOWING PAGE)

(Pages 1 - 81)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES