IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> JEFFREY ALEXANDER STERLING, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:10-cr-00485-LMB |

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I may have already received, and may be the future recipient of, information and documents, that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

3. I understand that this agreement and any other non-disclosure agreement will remain binding upon me after the conclusion of trial in United States v. Jeffrey Alexander Sterling, No. 1:10CR485 (LMB), and any subsequent related proceedings including the appellate process.

4. I have received, read and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia in the above-styled case, and I agree to comply with the provisions contained therein.

5. I understand that my access to classified information has been limited at this time. More specifically, for purposes of discovery, the United States has used substitutions or redactions of first name, last initial for various individuals; redactions for certain intelligence relationships that may exist; and substitutions or redactions for certain codenames or program names. In addition, the United States has deemed several categories of documents as not relevant or favorable to the defense at this time. Those categories of documents have been identified as: (1) "pre-Classified Program No. 1" documents; (2) "post-Sterling separation from Classified Program No. 1" documents; and (3) "executive finding and purpose" documents.

6. By signing this Memorandum of Understanding, I do so without any prejudice to my ability to challenge those determinations made by the United States in the future. My signature is not an implicit or explicit agreement to those determinations, and I understand that the United States will not argue as such. I have received, read and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia in the above-styled case, and I agree to comply with the provisions contained therein.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

RECIPIENT OF CLASSIFIED INFORMATION

_____
David Manners

_____
Date    1/12/2015

_____
Witness Name    Barry J. Pollack

_____
Witness Signature

_____