IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
)
)
v. )
) 1:10cr485 (LMB)
)
JEFFREY ALEXANDER STERLING, )
)
Defendant. )

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the United States' Amended Expert Notice withdrawing an expert be and is GRANTED; and it is further

ORDERED that the United States' Motion in Limine to Exclude James Risen As an Unavailable Witness [Dkt. No. 387] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 12th day of January, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge