IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

**NOTICE**

The United States, by and through its attorneys, hereby provides notice of the concurrent public filing of the government exhibits that were admitted at trial on January 13, 2015, and January 14, 2015.

Respectfully submitted,

| | |
|---|---|
| Jack Smith | Dana J. Boente |
| Chief | United States Attorney |
| | |
| Eric G. Olshan | James L. Trump |
| Deputy Chief | Senior Litigation Counsel |
| Public Integrity Section | |
| U.S. Department of Justice | Dennis Fitzpatrick |
| | Assistant United States Attorney |
| | Eastern District of Virginia |

By           /s/         
Eric G. Olshan
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(202) 514-7621
(202) 514-3003 (fax)
eric.olshan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2015, I caused an electronic copy of the foregoing to be filed and served via ECF on Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

By             /s/
            Eric G. Olshan
            Attorney for the United States of America
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            (202) 514-7621
            (202) 514-3003 (fax)
            eric.olshan@usdoj.gov