~~SECRET~~
**DECLASSIFIED**

/ /   · ~~SECRET~~   FRP: , , , , , , , ,

```
----------------------------------------------------------------
--
99 5632048    ASR            PAGE 001           IN 5632048
                         TOR: 281726Z MAY 99  CIA OFFICE #2 7116
----------------------------------------------------------------
--
```

S E C R E T 281725Z MAY 99

CITE   CIA OFFICE #2
              7116

TO:   LANGLEY   INFO CIA OFFICE #5.

FOR:

           CLASSIFIED PROGRAM NO.1 (CP 1)

SUBJECT:  MERLIN (M) - 25 MAY MEETING

REF: NONE

TEXT:

  1.

  2.  ON 25 MAY, C/OS JEFFREY STERLING AND    MR. S.    MET WITH M    AT A MIDTOWN MANHATTAN HOTEL.  DURING THE MEETING, MR. S.  AND STERLING EXPLAINED THE NEXT STEPS OF THE    CP 1 OPERATION INCLUDING A SPECIFIC IRANIAN OFFICIAL  M  WILL EVENTUALLY ATTEMPT TO CONTACT.   M ONCE AGAIN DISPLAYED EAGERNESS AT THE PROJECT AND EXPRESSED READINESS TO MOVE TO A MORE PROACTIVE STANCE WITH THE PROJECT. STERLING SCHEDULED THE NEXT MEETING FOR APPROXIMATELY THREE WEEKS.  DATE AND PLACE WILL BE DETERMINED.

  3.  AT THE ONSET OF THE MEETING,  M  SAID THAT HE HAS HAD NO NEW CONTACTS VIA EMAIL OR POST.  MR. S.  EXPLAINED TO  M  THAT THE PROJECT HAS PROGRESSED SUCH THAT THE NEXT STEPS WILL ENTAIL  M MAKING DIRECT CONTACT WITH AN IRANIAN OFFICIAL WHO WOULD BE INTERESTED IN THE    CP 1    DEVICE.  MR. S.  SAID THAT  M  WILL BE DIRECTED TO MAKE CONTACT WITH           IRANIAN SUBJECT 1.

THE ACTUAL MECHANICS AND MOST APPROPRIATE AVENUE FOR  M  TO MAKE CONTACT WITH IRAN SUB 1 WILL BE DETERMINED.   M  UNDERSTOOD THAT THE LEGEND FOR HIS CONTACTING IRAN SUB 1 WILL ESSENTIALLY ENTAIL HOW  M  HAS TRIED FOR QUITE SOME TIME TO INDIRECTLY (VIA THE INTERNET) CONTACT IRANIAN OFFICIALS WHO MAY BE INTERESTED IN THE DEVICE, BUT HAS MET WITH FRUSTRATION.  BEING MORE PROACTIVE,  M  RESEARCHED IRANIAN OFFICIALS WHO: 1) WOULD BE INTERESTED IN THE DEVICE; AND 2) ARE IN AN AREA THAT  M  WOULD BE ABLE TO REACH, AND CAME UP WITH  IRANIAN SUBJECT 1.
MR. S.  REITERATED THAT  M  WILL HAVE TO TRAVEL TO VIENNA OR ANOTHER APPROPRIATE VENUE TO CONTACT IRAN SUB 1, BUT BY NO MEANS WILL  M  HAVE TO TRAVEL TO IRAN.  TO DEVELOP THE LEGEND,  M  WAS INSTRUCTED TO

~~SECRET~~
**DECLASSIFIED**


GOVERNMENT EXHIBIT 25 1:10CR485

C02951

**DECLASSIFIED**

SECRET

RESEARCH IRANIAN SUBJECT 1 USING OPEN SOURCES SUCH AS THE INTERNET, LIBRARIES. THIS IS TO ESTABLISH THAT M CAME ACROSS IRAN SUB 1's NAME ONLY THROUGH HIS OWN RESEARCH. M EXPRESSED NO CONCERNS ABOUT THE NEXT STEPS WITH THE PROJECT AND SEEMED AS EAGER AS ALWAYS TO PROCEED.

4.

5. ADDITIONAL ITEMS: DURING THE MEETING, M SIGNED HIS AGMT COVERING THE PERIOD 1 FEB '99 THROUGH 31 JAN '00 (INCLUDING A SALARY INCREASE).

6. FILE: CP 1 DECL ON: X1, CL REASON: 1.5(C), CL BY:
ID # DRV

END OF MESSAGE SECRET

**DECLASSIFIED**

SECRET

SECRET/NSI
**DECLASSIFIED**

**National Laboratory**

Mr. N.

**National Laboratory**

Phone:
Fax:
Internet:

June 9, 1999

**Mr. F.**
**Mr. S.**
CIA/CPD
Mail Channel

Export Control of Design

Per your request we have researched the question of whether the modified fireset design being considered would be subject to U. S. export controls. The design, as delivered, is not subject to U. S. export controls including the Commerce Control List, the Nuclear Suppliers' Group Dual Use List, and the U. S. Munitions List. However, in the very remote possibility that the end user can acquire the critical specifications intentionally omitted from the design, and if the user can also acquire the necessary fabrication technologies to successfully fabricate a fully functional device, the end product would then be subject to the above controls.

If you have further questions, don't hesitate to contact me.

Sincerely,

**Mr. N.**

Mr. N.

cc:

Classified by:
Derived from: CDCG dated 6 June 1996
Declassify by: XI

SECRET/NSI
**DECLASSIFIED**

GOVERNMENT
EXHIBIT
26
1:10CR485

X00009

## CERTIFICATION REGARDING BUSINESS RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare:

My name is __Mr. C__. I am a United States citizen, and I am over 18 years of age. I am a custodian of records for the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I have reviewed certain records produced by the National Laboratories to federal investigators. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence,[1] I hereby certify that the records attached hereto:

1. were made or compiled at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made or compiled by the regularly conducted business activity as a regular practice;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September, 2011.

Signature: __Mr. C__

Name: __Mr. C__

Title: __Distinguished Member of Technical Staff__

Name and address of business: The National Laboratory

Address

---

[1] As used in this declaration and as defined in Fed. R. Evid. 803(6), the term "record" includes memoranda, reports, records, or data compilations, in any form, of acts, events, conditions, opinions, or diagnoses; the term "business" includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

~~SECRET~~
**DECLASSIFIED**

/ /  ~~SECRET~~  FRP: , , , , , , , ,

---
99 6004903     ASR                PAGE 001            IN 6004903
                        TOR: 291417Z JUN 99 CIA OFFICE #2 7176
---

S E C R E T 291413Z JUN 99
       CIA OFFICE #2
CITE           7176

TO:     LANGLEY

FOR:

                 CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:   MERLIN (M) - 17 JUNE MEETING

REF:  NONE

TEXT:

   1. ACTION REQUIRED: NONE/FYI.

   2. ON 17 JUN 99, C/O JEFFREY STERLING HELD A MEETING WITH
M     AT A MIDTOWN MANHATTAN HOTEL. DURING THE MEETING C/O TOOK
THE OPPORTUNITY TO GET AN UPDATE FROM M ON ANY NEW CONTACTS HE
RECEIVED FROM IRAN. C/O ALSO DISCUSSED POTENTIAL SCENARIOS AND
AVENUES FOR THE    CP 1   OPERATION.  M REMAINS AT THE READY AND
PROVIDED HIS OWN THOUGHTS ON THE DIRECTION OF THE EFFORT DIRECTED
AGAINST  IRANIAN SUBJECT 1  . THE NEXT MEETING WAS TENTATIVELY
SCHEDULED FOR THE WEEK OF JULY 5.

   3. AT THE ONSET OF THE MEETING,  M  SAID THAT HE HAS RECEIVED
NO FURTHER CONTACTS FROM IRAN. DESPITE THE LACK OF RESPONSE,  M  DID
NOT APPEAR DISHEARTENED. IN FACT,  M  SEEMS MORE EXCITED BY THE
PROSPECT OF THE IRAN SUB 1 DIRECTION OF THE PROJECT AS OPPOSED TO WHAT
HAS SO FAR TRANSPIRED.  M  SAID THAT HE WAS UNABLE TO FIND ANY
DIRECT INFORMATION ON    IRANIAN SUBJECT 1.

   4. WITH REGARD TO ACTUALLY TRAVELING TO VIENNA,  M  MADE HIS
OWN SUGGESTIONS ON WAYS IN WHICH THE DEVICE MATERIALS CAN BE
PRESENTED TO IRAN SUB 1.  M  SUGGESTED THAT A POWER POINT PRESENTATION
INCLUDING GRAPHICS AND SOUND WOULD BE MORE IMPRESSIVE.  M  SAID THAT
A FULL PRESENTATION COULD BE MADE TO IRAN SUB 1 USING A LAPTOP AND A
CD-ROM CONTAINING THE PRELIMINARY INFORMATION. C/O EXPLAINED THAT

~~SECRET~~
**DECLASSIFIED**


GOVERNMENT EXHIBIT 27 1:10CR485

C02954

**DECLASSIFIED**

SECRET

THOUGH THIS WAS A GOOD IDEA AND IT SHOWS THAT M IS THINKING ABOUT THE PROJECT, A PROFESSIONAL TYPE PRESENTATION MAY MAKE IRANIAN SUBJECT 1 OR ANYONE ELSE OF INTEREST SUSPICIOUS ABOUT M'S TRUE OBJECTIVE. IT WOULD BE BETTER TO PORTRAY M AS A NOVICE BUSINESSMAN LOOKING TO MAKE SOME MONEY ON A DEAL HE JUST HAPPENED TO HAVE COME ACROSS. IN THIS WAY, M WILL ASSUME A MUCH MORE BELIEVABLE AND LESS SUSPICIOUS POSTURE. C/O CONCLUDED BY SAYING THAT THE PROPOSAL WOULD BE CONSIDERED.

5. DURING THE MEETING, C/O PAID M USD 216.62 AS REIMBURSEMENT FOR THE COMPUTER MODEM. M SAID THAT THE NEW MODEM MAKES A BIG DIFFERENCE IN HIS ABILITY TO DO HIS RESEARCH ON THE INTERNET. C/O INSTRUCTED M TO WAIT ABOUT A WEEK AND SEND A SIMPLE ONE SENTENCE EMAIL STATING THAT HE IS STILL WAITING FOR A RESPONSE TO THE MAILINGS HE SENT TO IRAN. M WILL ALSO CONTINUE HIS RESEARCH ON IRANIAN SUBJECT 1. C/O SCHEDULED THE NEXT MEETING FOR THE FIRST WEEK OF JULY.

6. FILE: CP 1 DECL ON: X1, CL REASON: 1.5(C), CL BY:
ID # DRV

END OF MESSAGE         SECRET

**DECLASSIFIED**

SECRET

C02955

**DECLASSIFIED**

**National Laboratory**

National Laboratory

Phone:
Fax:
Internet:

July 28, 1999

Ms. G.

Mr. F.
Mr. S.
CIA/CPD
Mail Channel

Enabling Technology

Per your request we have researched the question of whether the modified fireset design being considered would provide enabling technology to the final User. The design, as delivered, will not materially aid the intended User by providing enabling technology. This conclusion is based on the preposition that the User already has a basic understanding of either commercial or nuclear fireset design, and likely already possesses a simple working laboratory fireset. This conclusion is supported by assessments throughout the Intelligence Community.

The significant design details that might materially aid the User have been intentionally omitted from this design. This includes such critical information **necessary** for use in a delivery system.

If you have further technical questions, please contact my project manager Mr. C. at

Sincerely,

**Ms. G.**

Ms. G.

Classified by:
Derived from: CDCG dated 6 June 1996
Declassify by: X1

**DECLASSIFIED**

GOVERNMENT
EXHIBIT
28
1:10CR485

X00010

## CERTIFICATION REGARDING BUSINESS RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare:

My name is __Mr. C__. I am a United States citizen, and I am over 18 years of age. I am a custodian of records for the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I have reviewed certain records produced by the National Laboratories to federal investigators. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence,[1] I hereby certify that the records attached hereto:

1. were made or compiled at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made or compiled by the regularly conducted business activity as a regular practice;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September, 2011.

Signature: __Mr. C__

Name: __Mr. C__

Title: __Distinguished Member of Technical Staff__

Name and address of business: The National Laboratory

Address

---

[1] As used in this declaration and as defined in Fed. R. Evid. 803(6), the term "record" includes memoranda, reports, records, or data compilations, in any form, of acts, events, conditions, opinions, or diagnoses; the term "business" includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

X00175

~~SECRET~~
**DECLASSIFIED**

/ / ~~SECRET~~ FRP: , , , , , , , ,

---
99 6302502    ASR                    PAGE 001           IN 6302502
                             TOR: 231920Z JUL 99 CIA OFFICE #27211
---

S E C R E T 231919Z JUL 99
         CIA OFFICE #2
CITE           7211

TO:    LANGLEY

FOR:

                    CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:   MERLIN (M) - REQUEST FOR APP EXTENSION
           CIA OFFICE #1
REF:   A.        38160
       B.         5258
           CIA OFFICE #1
TEXT:

   1. ACTION REQUIRED:  PLEASE PROCESS APP EXTENSION.

   2. PLEASE EXTEND APP FOR          M      .


                                                            FOLLOWING
IS CURRENT C/O JEFFREY STERLING'S ASSESSMENT (BELOW) AND OTHER PERTINENT
INFORMATION BELOW.

   3.                                 C/O  MR. B. , WITH
FORMER     CIA OFFICER 11    , KNOCKED ON SUBJECT'S DOOR IN AUGUST
1994 AND INTRODUCED THEMSELVES AS       CIA    REPRESENTATIVES.    M
HAS A BACKGROUND IN NUCLEAR ENGINEERING WHICH HAS BEEN THE BASIS OF
HIS RELATIONSHIP WITH        CIA     .

   4.                                             APP EXTENSION IS
REQUESTED FOR       M  TO: ASSIST    CIA   WITH A    CLASSIFIED
OPERATION AGAINST IRAN'S NUCLEAR WEAPONS PROGRAM.  M  WILL BE ALSO
BE TASKED TO MAKE CONTACT WITH IRANIANS OF INTEREST FOR    CIA
WITHIN THE AREA OF WMD.

   5.                    M IS AN INTELLIGENT INDIVIDUAL,
KNOWLEDGEABLE IN A HIGHLY SPECIALIZED AREA OF EXPERTISE, AND
ENTHUSIASTIC IN HIS SUPPORT FOR AND WORK WITH     CIA   . M IS
ALSO MOTIVATED BY THE FINANCIAL REMUNERATION HE RECEIVES.  M IS
DILIGENT IN THE WORK HE DOES ON      CIA   'S BEHALF AND IS
CONTINUALLY THINKING OF OTHER METHODS THAT CAN BE USED FOR
    CIA    'S PURPOSES.   M  IS RESPONSIVE TO TASKING AND BRINGS THE

~~SECRET~~
**DECLASSIFIED**


GOVERNMENT EXHIBIT 29 1:10CR485

C02957

**DECLASSIFIED**

SECRET

KEY ELEMENTS OF HIS OWN EXPERIENCES AND KNOWLEDGE TO HIS WORK FOR CIA.

6.                                              M IS SENSITIZED TO SECURITY ISSUES AND ALWAYS ERRORS ON THE SIDE OF CAUTION. AT TIMES, M WILL, ON HIS OWN INITIATIVE, IMPLEMENT SECURITY MEASURES CONSISTENT WITH THE OVERALL OBJECTIVES OF CIA.

7. FILE:    CP 1    DECL ON: X1, CL REASON: 1.5(C), CL BY: ID # DRV

END OF MESSAGE                                    SECRET

SECRET
**DECLASSIFIED**

C02958

~~SECRET~~
**DECLASSIFIED**

/ / S~~E~~CRET FRP: , , , , , , , ,

```
------------------------------------------------------------------
99 7675060    ASR              PAGE 001           IN 7675060
                     TOR: 052250Z NOV 99 CIA OFFICE #2 7464
------------------------------------------------------------------

S E C R E T 052248Z NOV 99
       CIA OFFICE #2
CITE           7464

TO:     LANGLEY

FOR:
```

CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT: MERLIN (M) - 4 NOV 99 BRIEF MEETING

REF: NONE

TEXT:

1. ACTION REQUIRED: NONE, FYI.

2. ON 4 NOV 99, C/O JEFFREY STERLING HELD A BRIEF MEETING WITH M AT A MANHATTAN COFFEE SHOP. DURING THE MEETING, C/O BROUGHT M UP TO SPEED ON THE CURRENT STATUS OF THE CP 1 OPERATION AND M UPDATED C/O ON THE EFFORT TO SECURE TRAVEL DOCUMENTS. THE NEXT MEETING IS SCHEDULED FOR 18 NOV.

3. AT THE ONSET OF THE MEETING, C/O ADMONISHED M FOR HIS LACK OF CONTACT OVER THE PAST FEW WEEKS. C/O HAD BEEN UNABLE TO CONTACT M DURING THE EARLY PART OF OCT AND M MISSED A SCHEDULED MEETING ON 28 OCT. M LEFT CIRCA 4 OCT TO VISIT HIS WIFE IN FLORIDA FOR TWO WEEKS. C/O MADE IT CLEAR THAT M NEEDS TO GIVE C/O PRIOR NOTICE ABOUT HIS TRAVEL PLANS. C/O EXPLAINED THAT IT IS VERY IMPORTANT TO KNOW M'S WHEREABOUTS AND ACTIVITIES ESPECIALLY AS THE PROJECT NEARS LAUNCHING. M SAID THAT HE HAD FORGOTTEN C/O'S NUMBER AND WAS UNABLE TO CALL. M ALSO ADVISED THAT HE HAS SECURED NEW EMPLOYMENT. C/O IS NOW ABLE TO REACH M DURING WORKING HOURS. C/O ASKED M IF HE WAS GETTING NERVOUS OR HAVING COLD FEET AT THE PROSPECT OF ACTUALLY LAUNCHING THE PROJECT. M SAID THAT HE WAS NOT GETTING COLD FEET AND THAT HE WAS STILL ENTHUSED ABOUT THE PROJECT. M WILL NOTIFY C/O WELL IN ADVANCE OF ANY INTENDED PERSONAL TRAVEL. M SAID THAT SINCE HIS NEW EMPLOYER IS FARTHER AWAY, HIS ARRIVAL TIME FOR MEETINGS IN MANHATTAN WILL BE LATER.

4. M PROVIDED AN UPDATE ON THE STATUS OF HIS EFFORT TO SECURE TRAVEL DOCUMENTS. ON C/O'S INSTRUCTIONS, M CALLED THE COUNTRY A CONSULATE TO FIND OUT THE STATUS OF HIS PASSPORT RENEWAL. THE CONSULATE TOLD M THAT THE PROCESS WAS COMPLETE AND THAT HE SHOULD RECEIVE THE RENEWED PASSPORT SOON. M EXPECTS TO RECEIVE THE

~~SECRET~~
**DECLASSIFIED**



GOVERNMENT EXHIBIT 30 1:10CR485

C02963

**DECLASSIFIED**

SECRET

PASSPORT WITHIN THE NEXT FEW DAYS. M ALSO RECEIVED A NOTICE FROM INS STATING THAT HIS APPLICATION HAD BEEN RECEIVED AND WAS BEING PROCESSED.

 5. M THEN PRESENTED C/O WITH THE INTRODUCTION LETTER TO BE PLACED ALONG WITH THE DEVICE PLANS. FOLLOWING IS THE VERBATIM TEXT OF M 'S LETTER:

"TO WHOM IT MAY CONCERN

 I AM LOOKING FOR CONTACT DIRECTLY OR BY MIDDLEMAN TO GOVERNMENT AGENCIES OR GOVERNMENT REPRESENTATIVES OF YOUR COUNTRY. I POSES VERY IMPORTANT TECHNICAL INFORMATION ABOUT ONE OF THE MOST KEY DEVICES IN MODERN NUCLEAR TECHNOLOGY (DEVELOPMENT OF ATOMIC WEAPON). I SPENT SO MUCH TIME, ALMOST 2 YEARS, TO TRY TO FIND APPROPRIATE WAYS TO CONTACT A RIGHT PERSON. I TRIED TO CONTACT TO  IRANIAN INSTITUTION 4 , OTHER INSTS., AND PEOPLE. I HAD SENT A LOT OF LETTERS AND E-MAILS. I HAVE USE AN INTERNET AND OTHER POSSIBILITIES. OF COURSE I DID EVERYTHING VERY CAREFULLY BECAUSE I DO NOT WANT ANY UNDESIRED AND UNEXPECTED RISK. UNFORTUNATELY I DID NOT GET ANY INTEREST IN MY OFFER. PROBABLY BECAUSE OF I COULD NOT CALL THINGS THEIR RIGHT NAMES. FROM OTHER SIDE, I UNDERSTAND THIS INFORMATION BECOMES OLDER AND CAN LOOSE ITS IMPORTANCE, ACTUALITY AND, ACCORDINGLY, PRICE. SO, NOW I OFFER PART OF THIS INFO TO YOUR ATTENTION TO CONFIRM THAT IS A REAL DEVICE AND IT REALLY CAN BE VERY USEFUL TO SPEED UP DEVELOPMENT PROCESS. I AM SURE THE PROFESSIONAL STUDY WILL CONFIRM MY WORDS. IF YOUR GOVERNMENT WILL BE INTERESTED TO GET COMPLETE INFORMATION OR GET ANSWER ON ANY TECHNICAL QUESTIONS LET ME KNOW PLEASE. OF COURSE YOU WANT TO KNOW ABOUT OF ORIGINAL SOURCE OF THIS SCHEMATICS, DRAWINGS, CHARTS, DESCRIPTIONS AND SO ON. DIRECTLY FROM DESIGNERS. I WORKED IN THIS INDUSTRY FOR MANY YEARS BUT I AM NOT ON TECHNICAL EXPERT LEVEL. MY CONTACT INFORMATION IS ENCLOSED."

C/O INSTRUCTED M TO WORK ON DIFFERENT VERSIONS SO THAT THE MOST APPROPRIATE VERSION CAN BE DETERMINED AT THE NEXT MEETING.

 6. DESPITE THE LACK OF CONTACT, M MAINTAINS HIS INTEREST IN THE PROJECT. M QUERIED C/O ON THE NECESSARY VISAS HE WILL NEED TO TRAVEL IN FURTHERANCE OF THE PROJECT. M ALSO MENTIONED THAT HE HAS BEEN CONTINUING HIS INTERNET RESEARCH INTO  OTHER IRANIANS WHO MIGHT BE INTERESTED IN WHAT HE IS OFFERING. M APOLOGIZED FOR THE LACK OF CONTACT WITH C/O. BELIEVE THAT THE LACK OF CONTACT MAY HAVE JUST BEEN M 'S TYPICAL INATTENTIVENESS. HOWEVER, ALSO FEEL THAT IT WILL BE PRUDENT TO BE ON THE ALERT FOR OTHER SUCH SIGNS, ESPECIALLY AS THE PROJECT NEARS REALIZATION.

 7. FILE: CP 1 DECL ON: X1, CL REASON: 1.5(C), CL BY:
ID# DRV

END OF MESSAGE       SECRET

SECRET
**DECLASSIFIED**

C02964

SE~~CRET~~

**DECLASSIFIED**

/ /                      SE~~CRET~~        FRP: , , , , , , , ,

---

99 7916024     ASR                PAGE 001
                                 TOT: 241932Z NOV 99      LANGLEY 656944

---

SE~~CRET~~
                   241932Z     LANGLEY    656944
TO: CIA OFFICE #5 INFO    CIA OFFICE #2

FROM:

                      CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT: IRANIAN SUBJECT 1 IS IN VIENNA

REF:         04894. | 99 7877792 |
     CIA OFFICE #5
TEXT:

    1. ACTION REQUIRED: ADVISE PER PROPOSAL BELOW.

    2.

    3. DURING AN 18 NOVEMBER MEETING WITH M
                                  OFFICER JEFFREY STERLING AND
HQS CPD OFFICER      MR. S.     , M PROVIDED TWO PIECES OF GOOD
NEWS. THE FIRST WAS THAT HE HAS OBTAINED A NEW COUNTRY A PASSPORT
(WHICH HE SHOWED C/O'S) AND WILL SOON APPLY FOR AN AUSTRIAN VISA.
HIS POSSESSION OF A GREEN CARD SHOULD FACILITATE THE ISSUANCE OF THE
LATTER. THE SECOND AND MORE SIGNIFICANT DEVELOPMENT WAS AN E-MAIL
DATED 7 NOVEMBER WHICH M HAD RECEIVED FROM       IRANIAN
       INSTITUTION 1       PROFESSOR    IRANIAN SUBJECT 2 (I.S.2)
             . I.S.2 SAID HE HAD BEEN GOING THROUGH OLD
E-MAILS AND FOUND A 1998 MESSAGE FROM M. HE ASKED M TO RESPOND
AND PROVIDE MORE INFORMATION ABOUT HIMSELF. M DID SO IN A GENERIC
FASHION. THIS CONTACT FROM I.S.2 PROVIDES US AN EXCELLENT
OPPORTUNITY TO EASE M'S (AND HIS DISINFORMATION PACKET'S) WAY IN TO IRANIAN SUBJECT 1
(I.S.1) WHO UNTIL RECENTLY WAS ALSO      AT IRANIAN INSTITUTION 1
        AND IS STILL FEATURED ON ITS WEBSITE.

    4. SHORTLY BEFORE HE PREPARES TO LAUNCH IN VIENNA (SEE BELOW RE
TIMING AND MECHANICS) WE WILL HAVE M ADVISE I.S.2 VIA E-MAIL THAT
HE IS GOING ON VACATION IN VIENNA WITH HIS WIFE AND WILL STOP BY THE

SE~~CRET~~
**DECLASSIFIED**

GOVERNMENT EXHIBIT
31
1:10CR485

C02966

DECLASSIFIED

SECRET

IRANIAN IAEA MISSION THERE WITH A PACKET OF INTERESTING INFORMATION FOR I.S.2, ASKING I.S.2 TO ALERT THE MISSION TO EXPECT M. WHEN HE SHOWS UP AT THE MISSION M WILL HAVE THE PACKET CONTAINING THE CP 1 DISINFORMATION IN AN ENVELOPE ADDRESSED TO I.S.2 AND WILL ASK TO SEE I.S.1 TO MAKE SURE THE PACKAGE GETS DELIVERED TO THE RIGHT MAN. I.S.1 IS LIKELY TO ACKNOWLEDGE THAT HE TOO IS FROM IRANIAN INSTITUTION 1 AND THAT HE KNOWS I.S.2. THIS WILL LET M PLANT HIS STORY (OF REPEATED EFFORTS TO FIND A RECEPTIVE AUDIENCE IN IRAN) MORE FIRMLY AND GIVE THE IRANIANS A CHANCE TO SEE THAT M IS INDEED A RUSSIAN AND A NUCLEAR WEAPONS VETERAN. EVEN IF I.S.1 DOES NOT SEE M PRESENTING A PACKAGE WITH A KNOWN ADDRESSEE AT A PRESTIGIOUS IRANIAN INSTITUTION CAN ONLY HELP ADVANCE OUR PLAN TO HAVE THE INFORMATION TAKEN SERIOUSLY.

5. PER DISCUSSION AT HQS AND WITH STERLING, WE BELIEVE IT BEST TO SEND M TO VIENNA WITH HIS WIFE IN EARLY JANUARY (AFTER THE AUSTRIAN CHRISTMAS PAUSE AND THE ISLAMIC HOLIDAY OF RAMADAN, WHICH BEGINS ON 9 DECEMBER AND ENDS ON 8 JANUARY) TO MAKE THE APPROACH TO I.S.1. HIS WIFE, MRS. M., WAS INSTRUMENTAL IN GETTING HIM TO COOPERATE WITH CIA IN THE FIRST PLACE AND IS A DEFINITE CALMING INFLUENCE ON HIM. M IS NO ONE'S IDEA OF A CLANDESTINE OPERATIVE AND WE BELIEVE IT WISER TO REFRAIN FROM MEETING HIM WHILE HE IS IN VIENNA. THAT SAID, HE NEEDS TO BE THOROUGHLY PREPARED. ONE OPTION--CONTINGENT ON AVAILABLE RESOURCES--WOULD BE FOR MR. S. AND STERLING TO VISIT VIENNA DURING THE FIRST WEEK OF THE NEW YEAR SO HE CAN GIVE THE RATHER DIFFERENTLY-ORIENTED M AS MUCH CONCRETE DETAIL ABOUT WHERE HE HAS TO GO AND WHAT HE HAS TO DO AS POSSIBLE.

6. WE HAVE MEANWHILE DIRECTED M TO OBTAIN AN AUSTRIAN VISA, A NEW COUNTRY A PASSPORT FOR HIS WIFE, AND A VISA FOR HER TOO. HE IS ALSO REDRAFTING HIS COVER LETTER, WHICH WE WANT TO MAKE THE RIGHT POINTS INCLUDING THE NEW REFERENCE TO I.S.2, WHILE RETAINING HIS WONDERFULLY CRACKED ENGLISH DICTION. WE TOLD HIM TO PREPARE A RUSSIAN VERSION TOO TO MAKE SURE HE GETS THE POINT ACROSS IN ONE LANGUAGE OR THE OTHER. ALL IN ALL THINGS ARE SHAPING UP WELL FOR THE APPROACH TO I.S.1, WHICH WE WILL CONDUCT AT THE EARLIEST OPPORTUNITY.

7. FILE:   CP 1

CL BY:   ID #,   CL REASON: 1.5 (C);   DECL ON: X1;   DRV FROM:

CABLETYPE:
>
RELNO:   .0000000006
ORIG: CP  (   MR. S.   );   AUTH:   CIA OFFICER 8
  ; COORD:   CIA OFFICER 12   ,   CIA OFFICER 13   ,
  CIA OFFICER 14   ,   CIA OFFICER 15   ; REL:   CIA OFFICER 16;
CL BY   ID # .

END OF MESSAGE                    SECRET

DECLASSIFIED

SECRET

~~SECRET~~
**DECLASSIFIED**

/ / ~~SECRET~~ FRP: , , , , , , , ,

------------------------------------------------------------------------
--
99 7989760    ASR                PAGE 001           IN 7989760
                         TOR: 011547Z DEC 99 CIA OFFICE #27513
------------------------------------------------------------------------
--

S E ~~C~~ R E T 011547Z DEC 99
         CIA OFFICE #2
CITE            7513

TO:    LANGLEY    INFO CIA OFFICE #5

FOR:

              CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:  MERLIN (M) - 18 NOV MEETING

REF:     LANGLEY    656944 | 99 7916024 |

TEXT:

    1.

    2. ON 18 NOV, C/O JEFFREY STERLING AND HQS OFFICER  MR. S.
       HELD A MEETING WITH       M      . DURING THE MEETING,
MORE DETAILS ON THE MODALITIES OF THE FORTHCOMING APPROACH TO  IRANIAN
 SUBJECT 1 (I.S.1)  WERE IRONED OUT.  M ALSO PROVIDED AN UPDATE ON
HIS TASKING TO ACQUIRE PROPER TRAVEL DOCUMENTATION.  M  ALSO
PROVIDED INFORMATION ON A LATEST E-MAIL CONTACT HE HAS RECEIVED.

    3. AT THE ONSET OF THE MEETING,  M NOTED THAT HE HAS RECEIVED
HIS RENEWED  COUNTRY A PASSPORT.  M SAID THE PROCESS TOOK
APPROXIMATELY THREE WEEKS. HE IS STILL AWAITING THE REENTRY PERMIT
FROM INS.  MR. S.  THEN PROVIDED  M WITH ADDITIONAL INFORMATION
THAT SHOULD BE INCLUDED IN THE LETTER WHICH WILL BE INCLUDED IN THE
PACKAGE BEING PREPARED FOR I.S.1 IN VIENNA.  M AGREED TO MAKE THE
NECESSARY REVISIONS. IN PREPARATION FOR A POSSIBLE MID-JANUARY '00
TRIP TO VIENNA, STERLING AND   MR. S.  INSTRUCTED  M TO PROCEED WITH
OBTAINING A VISA FOR TRAVEL TO AUSTRIA. AS IT MAY BE NECESSARY FOR
 M 'S WIFE (: MRS. M.  ) TO JOIN HIM ON THE TRIP TO VIENNA,  M IS TO
UNDERTAKE THE SAME PROCESS TO OBTAIN A RENEWED COUNTRY A PASSPORT FOR
HIS WIFE.

    4. DURING THE MEETING,  M MENTIONED THAT HE HAD RECEIVED THE
FOLLOWING EMAIL MESSAGE FROM  IRANIAN SUBJECT 2 (I.S.2) FROM ' IRANIAN
       INSTITUTION 1        DATED 7 NOV:

"DEAR  M
I WAS REVIEWING MY OLD MAILS. I FOUND YOU LAST YEAR EMAIL. I WANT

~~SECRET~~
**DECLASSIFIED**


GOVERNMENT EXHIBIT 32 1:10CR485

C02969

**DECLASSIFIED**

SECRET

TO KNOW MORE ABOUT YOU. COULD YOU LET ME HAVE MORE INFORMATION
REGARDING YOUR WORK, YOUR HOBBY, YOUR INTEREST, ETC?
REGARDS,
   IRANIAN SUBJECT 2

   I.S.2 'S E-MAIL ADDRESS IS:

   5. FEEL THIS IS A FORTUITOUS TURN OF EVENTS FOR THE OPERATION.
AS A PRELIMINARY THOUGHT, THE CONTACT FROM  I.S.2  CAN BE EXPLOITED
TO EITHER PROVIDE ANOTHER PERSON TO PRESENT THE MATERIAL TO, OR
SOMEHOW UTILIZE THIS CONTACT TO PROVIDE A MORE DEFINITE ENTREE TO  I.S.1
FOR  M .

   6. FILE:     CP 1      INDEX:

                                          DECL ON: X1, CL
REASON: 1.5(C), CL BY:  ID #    DRV

END OF MESSAGE                    SECRET

SECRET
**DECLASSIFIED**

C02970

~~SECRET~~
**DECLASSIFIED**

/ /                              ~~SECRET~~              FRP: , , , , , , , ,

------------------------------------------------------------------------
--
99 8191075    ASR                PAGE 001              IN 8191075
                                 TOR: 161714Z DEC 99 CIA OFFICE #2 7554
------------------------------------------------------------------------
--

S E C R E T 161707Z DEC 99
     CIA OFFICE #2
CITE        7554

TO:      LANGLEY  ,   CIA OFFICE #5

FOR:

                    CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:  MERLIN (M) - 14 DEC 99 MEETING

REF: NONE

TEXT:

   1.

   2. ON 14 DEC 99, HQS OFFICER     MR. S.        AND
JEFFREY STERLING HELD A MEETING WITH     M        AT A MIDTOWN
MANHATTAN HOTEL. DURING THE MEETING, MR. S. AND STERLING DISCUSSED
WITH   M  THE PLAN FOR THE OVERALL APPROACH TO   IRANIAN SUBJECT 1 (I.S.1) AND
THE RELATED DETAILS. ITEMS DISCUSSED INCLUDED THE LETTER TO BE
INCLUDED IN THE OFFERED PACKAGE, LOCATION OF THE IRANIAN MISSION TO
THE INTERNATIONAL ATOMIC ENERGY AGENCY (IAEA) IN VIENNA AND  M 'S
APPROACH.

   3. PART OF THE MEETING WAS SPENT REVIEWING/REVISING THE LETTER
THAT IS TO BE INCLUDED WITHIN THE PACKAGE OF MATERIALS FOR PASSAGE.
IT WAS DISCUSSED THAT THE LANGUAGE SHOULD BE SPECIFIC ENOUGH TO
ABSOLUTELY CATCH I.S.1'S AND THE IRANIANS' ATTENTION, YET NOT TOO MUCH
SO AS TO GARNER SUSPICION.   M  IS TO TAKE REVISIONS AND FORMULATE
THE LETTER IN HIS OWN PARTICULAR PROSE FOR THE SAKE OF AUTHENTICITY.
 M  WAS ALSO PROVIDED WITH MAPS AND DIRECTIONS AS TO THE LOCATION OF
THE IRANIAN MISSION AS WELL AS A GENERAL LAYOUT OF THE BUILDING.   M
HAS AND WILL BE PROVIDED WITH ENOUGH INFORMATION SO THAT ANY CONCERNS
HE WILL HAVE ABOUT FINDING THE BUILDING SHOULD BE ALLEVIATED.
   4. WHEN ASKED,  M  EXPRESSED AS HIS MAIN CONCERN ACTUALLY
CARRYING THE DOCUMENTS ON HIS PERSON WHEN HE TRAVELS TO VIENNA.
 M 'S PREFERENCE IS THAT HIS WIFE ( MRS. M ) NOT KNOW ANY SPECIFICS
ABOUT HIS WORK FOR CIA.  HE FEELS CERTAIN THAT SHE WILL DISCOVER THE
PACKAGE AND HAVE MANY QUESTIONS THAT HE WOULD PREFER NOT TO HAVE TO
ANSWER.   M  HAS ALREADY INFORMED HIS WIFE OF A TRIP TO VIENNA IN JAN

~~SECRET~~
**DECLASSIFIED**



GOVERNMENT
EXHIBIT
33
1:10CR485

C02972

SECRET **DECLASSIFIED**

'00 AND HAS UNDERTAKEN THE NECESSARY PROCESS FOR HER TO OBTAIN A NEW COUNTRY A PASSPORT. M SUGGESTED THAT IT MAY BE BETTER TO HAVE SOMEONE MEET HIM IN VIENNA AND PASS THE DOCUMENTS. MR. S. AND STERLING SAID THAT HIS CONCERN WOULD BE CONSIDERED. THE MERITS OF M 'S CONCERN SHOULD BE CONSIDERED NOT SOLELY FROM HIS REASONING, BUT MORE SO FROM THE STANDPOINT OF ELIMINATING ANY POTENTIAL SNAGS. AS M IS THE LINCHPIN TO THE OPERATION, HIS COMFORT LEVEL MUST BE ATTENDED TO. INDEPENDENT OF M , MR. S. AND STERLING DISCUSSED THE POSSIBILITY OF MR. S. BEING IN VIENNA ONLY TO PASS THE DOCUMENTS TO M .

5. FEEL THAT WE ARE MAKING GOOD PROGRESS TO THE EVENTUAL LAUNCH IN MID-JAN '00. M IS EXPRESSING HIS CONCERNS, BUT AS THEY ARE MORE RELATED TO LOGISTICAL REALITIES, NONE ARE SHOW-STOPPERS. M CONTINUES TO EXPRESS HIS WILLINGNESS TO UNDERTAKE THE OPERATION. ANTICIPATE THE NEXT MEETING WILL BE WITHIN THE FIRST WEEK OF JAN FOR FINAL PREPARATIONS.

6. FILE: CP 1     DECL ON: X1, CL REASON: 1.5(C), CL BY:
ID #  DRV

END OF MESSAGE                        SECRET

SECRET
**DECLASSIFIED**