

GOVERNMENT
EXHIBIT
39
1:10CR485



Ausfahrt
Tag u. Nacht
freihalten!

GOVERNMENT
EXHIBIT

41

1:10CR485





INTERCONTINENTAL

WIENER EIS

GOVERNMENT
EXHIBIT

43
1:10CR485