~~SECRET~~
**DECLASSIFIED**

/ / ~~SECRET~~ FRP: , , , , , , , ,

```
------------------------------------------------------------------------
--
03 1074199    ASR              PAGE 001
                               TOT: 111304Z MAR 03      LANGLEY  792057
------------------------------------------------------------------------
--
S E ~~C~~ R E T
                                111304Z    LANGLEY     792057
TO:            CIA OFFICE #2

FROM:
```

SUBJECT:   SURVEILLING THE IRANIANS IN CITY A
           FOR A CLASSIFIED PROGRAM NO. 1   APPROACH

REF:       5263| 03 0766034 |
B.         03 0825608 |

TEXT:

   1. ACTION REQUIRED: COMMENTS PER BELOW.

   2.




   3.




~~SECRET~~
**DECLASSIFIED**

**GOVERNMENT EXHIBIT**
**103**
**1:10CR485**



SECRET
**DECLASSIFIED**

4.

5.

6.

7.

8. CITY A:  PENDING TIMING OF   OTHER MATTERS
, MR. S.  WILL PROPOSE THAT HE RETURN TO
CITY A TO SURVEIL THE IRANIANS    THERE
 AVOIDING ALL
BUT EMERGENCY CONTACT WITH THE  OFFICE  SO WE CAN PRESERVE THE
OPTION OF A UNILATERAL APPROACH FOR AS LONG AS POSSIBLE.  THE LAST
WEEK IN MARCH MIGHT BE A WINDOW, BUT HE NEEDS TO MEET  MERLIN AND MR. Y.
AGAIN BEFORE MAKING A SPECIFIC PROPOSAL.

9.

10.  THIS MESSAGE WAS ORIGINATED BY CP.   AND COORDINATED



SECRET
**DECLASSIFIED**

SECRET **DECLASSIFIED**

```
     WITH NR AND CE.
         11.  FILE:              CL BY:           CL REASON:  SECTION
     1.5 (C), DECL ON:  X1, DRV FROM:
                 CP 1

>

     ORIG: CP/          MR. S.         ); AUTH:        CP 1
     (    CIA OFFICER  ; COORD:   CP 1    (     MR. S.      ),
          CP 1         ,   CP 1  (         ; REL:    CP 1     (
          CIA OFFICER 16

     END OF MESSAGE                            SECRET
```

SECRET
**DECLASSIFIED**

C03015