# A NOTE ON SOURCES

Many people have criticized the use of anonymous sources of late. Yet all reporters know that the very best stories—the most important, the most sensitive—rely on them. This book would not be possible without the cooperation of many current and former officials from the Bush administration, the intelligence community, and other parts of the government. Many of them were willing to discuss sensitive matters only on the condition of anonymity.



~~SECRET~~

**DECLASSIFIED**

~~SECRET~~                                           FRP: , , , , , , ,

```
------------------------------------------------------------------
--
96 5480331    ASR              PAGE 001
                         TOT: 231827Z SEP 96        Langley   951158
------------------------------------------------------------------
--
```

~~SECRET~~
                    231827Z    Langley    951158
TO: CIA Office #16

FROM:

SUBJECT: QUERY REGARDING    ASSET POSSIBILITIES

REF: NONE.

TEXT:

   1. AS DISCUSSED WITH COS AND CIA Officer #32 ON 19 SEPTEMBER, CP IS
LOOKING FOR A RUSSIAN EMIGRE ASSET CANDIDATE WITH A BACKGROUND IN
NUCLEAR WEAPONS, PARTICULARLY IN THE ELECTRONICS/FIRING SET AREA.
OUR INTENTION IS TO HAVE THIS INDIVIDUAL, ONCE VETTED AND TRAINED,
OFFER "HELP" TO THE IRANIAN NUCLEAR WEAPONS PROGRAM.  DOES CIA Office #16
HAVE ANY POSSIBILITIES AMONG YOUR     SOURCES?  THIS IS A TALL ORDER
BECAUSE WE ARE LOOKING FOR BOTH THE RIGHT BACKGROUND AND OPERATIONAL
SUITABILITY, INCLUDING BOTH CI AND PERSONALITY ISSUES.  PLEASE ADVISE
IN THIS CHANNEL IF YOU BELIEVE YOU HAVE A CANDIDATE.

   2. CL BY    ID#    REASON 1.5 (C)  DECL X1  DRV

   3. FILE:

CL BY:    ID#   ,  CL REASON: 1.5 (C);  DECL ON:  X1;  DRV FROM:

CABLETYPE:
>
RELNO:         )00000008
ORIG: CP/OPS (ROBERT  . S         ; COORD:   CIA Officer #94    ; REL:
BOB S|      CL BY    ID# .

END OF MESSAGE                       ~~SECRET~~

**DECLASSIFIED**

~~SECRET~~

