**DATE:** 4-3-03
**NAME:** Bill Harlow

# INCOMING CALLS

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| 7:38 | [redacted] | CBS | 800 |
| 8:39 | [redacted] | CBS  Lm | 840 |
| 9:49 | [redacted] | CBS | 949 |
| 10:12 | [redacted] | CNN | 1012 |
| 10:28 | [redacted] | WP | 1028 |
| 10:38 | [redacted] | CBS | 1038 |
| 11:00 | [redacted] | WP | 1100 |
| 11:08 | [redacted] | Fox News | 1112 |
| 11:08 | [redacted] | Reuters | 1130 |
| 11:53 | [redacted] | WP | 1155 |
| 12:35 | [redacted] | Reuters | 141 |
| 13:25 | [redacted] | NBC | 1325 |
| 13:41 | [redacted] | NBC  Lm | 141 |
| 14:02 | [redacted] | WSJ | 230 |
| 14:03 | [redacted] | Boston Globe | Dom |
| ~2:26 | [redacted] | CBS | 235 |
| ~2:34 | [redacted] | Dallas Morning News | 254 |
| 14:31 | [redacted] | LA Times | 315 |
| 2:50 | [redacted] | Peoples Mag | 250 |
| 2:55 | [redacted] | CBS | 300 |
| 15:27 | [redacted] | WP | 1527 |
| 3:37 | [redacted] | WP | 307 |
| 3:39 | [redacted] | NBC | 355 |
| 4:03 Jim Risen | | NYT | 403 |
| 4: | [redacted] | WP | 1746 |
| 4:04 | [redacted] | NBC Press | 408 |
| 5:15 | [redacted] | WP | DBE |
| 5:13 | [redacted] | WSJ | 1805 |
| 5: | [redacted] | NBC | 519 |
| 5: | [redacted] | WH | 515 |
| 5: | [redacted] | CBS | 530 |
| 5: | [redacted] | CNN | 530 |
| 5:20 | [redacted] | Fox | 1736 |
| 25 | [redacted] | CBS | 525 |
| 20 | [redacted] | NYT | 1845 |
| 31 | [redacted] | Fox News | 1745 |
| 36 | [redacted] | WH | 1736 |

GOVERNMENT EXHIBIT 105 1:10CR485

MEDIFORM FORM NO. 50-111    PRINTED IN USA

X00102



CONFIDENTIAL//X1

**DECLASSIFIED**

CL BY:
CL REASON: 1.5(c)
DECL ON: X1
DRV FROM: COV 1-82

William R. Harlow
Office: OPA



04/03/03 06:43 PM

To: John E. McLaughlin@DCI, James L. Pavitt@DO, John H. Moseman@DCI, Stanley M. Moskowitz@DCI, **a CIA officer**
cc:
Subject: NYT Question - Iran

Jim Risen of the NY Times called around 1600 today saying that he was working on a story...not for tomorrow... about what he described as a CIA **classified** program against the Iranian nuclear weapons program.

Risen said the program is or was known as **"Merlin."** He says there was a Russian scientist who defected to the U.S. who we arranged to give or sell some nuclear weapons designs to the Iranians. The plans, according to Risen, had been modified by the National Labs so that they would either not work or would inject some error in their planning. He says the Russian gave the Iranians the plans at an IAEA mission in Europe.

He went on to say that the plans involved the "fire set" which controls the implosion in the nuclear detonation. He said that he was unsure whether this program is still in operation...but that it started in CY 2000.

I told Risen I would see what *if anything* we had to say to him...and added that any real **classified** program is something that a respectable paper should avoid writing about.

My counterpart            got a similar call from Risen. Risen said that he knew that President Clinton had approved the plan...but wanted to know if it had been reapproved by President Bush. They had no immediate comment.


**DECLASSIFIED**

CONFIDENTIAL//X1

GOVERNMENT
EXHIBIT
**106**
1:10CR485

X00120

| DATE 4/4/03 | INCOMING CALLS | NAME Bill Harlow |

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| 7 24 | | CBS | 724 |
| 9 45 | | NBC | 945 |
| 10 12 | | NBC | 1012 |
| 10 36 | | CNN | 1035 |
| 10 37 | | NBC | 1037 |
| 10 43 | | NBS | 1030 |
| 10 43 | | WN | 1043 |
| 10 43 | Jim Rosen | NYT | 1100 |
| 10 41 | | Newsweek | |
| 11 03 | | NBC News | 1105 |
| 11 24 | | ABC | 1140 |
| 11 25 | | WP | 1140 |
| 11 31 | | WP | 1200 |
| 11 31 | | NY | 1150 |
| 11 32 | | CBS          msg | 1200 |
| 11 41 | | NYTimes      msg | 1200 |
| 12 01 | | CBS | 1215 |
| 12 26 | | NBC | 1226 |
| 13 00 | | NYTimes | 1400 |
| 1 02 | | Fox News | 1335 |
| 13 20 | | LATimes | 1420 |
| 13 30 | | Reuters      msg | 1430 |
| 14 26 | | Newsweek | 230 |
| 2 31 | | NBC | 231 |
| 14 44 | | Newsweek | 1444 |
| 14 50 | | CNN | 1450 |
| 15 40 | | NY Post | 345 |
| 3 53 | | WSJ | 415 |
| 3 53 | | WP | 355 |
| 3 4 | | WP | 340 |
| 4 14 | | Newsday    LM | 600 |
| 4 33 | Jim Rosen | NYT | WCB |
| 5 26 | | NBC | 530 |
| 5 37 | | Reuters | 540 |
| 5 45 | | WSJ | 400 |
| 5 46 | | WP | 600 |
| 6 00 | | WH | 602 |

GOVERNMENT EXHIBIT 107 1:10CR485

X00103

*Continued*

## OUTGOING CALLS

**DATE:** 4-4-03

**NAME:** Bill Harlow

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| 6:08 | [redacted] | Jim | 6:08 |
| 6:18 | [redacted] | Jim | |
| 6:19 | [redacted] | WSJ | 6:20 |
| 6:20 | Jim Risen | NY | 6:21 |
| 6:30 | [redacted] | WSJ | |
| 7:30 | | NBC | |

REDIFORM FORM NO. 50-111

X00104

**DECLASSIFIED**   CONFIDENTIAL//X1 (struck through)

CL BY:
CL REASON: 1.5(c)
DECL ON: X1
DRV FROM: COV 1-82

**William R. Harlow**
Office: OPA



04/04/03 12:38 PM

To: John E. McLaughlin@DCI, James L. Pavitt@DO, John H. Moseman@DCI, Stanley M. Moskowitz@DCI,   a CIA officer
cc:
Subject: NYT Question - Iran  UPDATE

Jim Risen called this morning to ask how I was coming with a response to the story he is working on regarding Iran  .

I told him I had no official reaction yet...but that I had spent some thinking about why any responsible journalist would want to write such a story. Told him that assuming any of the facts he had were correct...which I was not confirming...seemed to me that such a story would jeopardize U.S. security in a highly sensitive arena. I added that it is hard to believe that any news organization, this side of Al Jazeera, would publish such an item.

Risen said -- amazingly enough -- that he hadn't really thought about the security implications.

I reminded him of a recent occasion when he came to us with a story he planned to write....and we had Condi Rice call his publisher. The story did not run...although Risen and Howell Raines, his editor, were apparently unhappy that senior officials went around them to get it killed.

I asked how he thought we (the USG) ought to proceed and suggested that I suspect senior officials would be quite willing to let his leadership know of the unwisdom in printing such a story.

Risen said he wanted to think about how he might cast the story...and would call me back this afternoon. My recommendation is that if he comes back to us with plans to publish any story....we ask Dr. Rice to place another call to the Publisher of the Times.
----- Forwarded by William R. Harlow on 04/04/03 12:14 PM -----

CL BY:
CL REASON: 1.5(c)
DECL ON: X1
DRV FROM: COV 1-82

**William R. Harlow**

Office: OPA

04/03/03 06:43 PM

To: John E. McLaughlin@DCI, James L. Pavitt@DO, John H. Moseman@DCI, Stanley M. Moskowitz@DCI,  a CIA officer  @DO
cc:
Subject: NYT Question - Iran

Jim Risen of the NY Times called around 1600 today saying that he was working on a story...not for tomorrow... about what he described as a CIA  classified  program against the Iranian nuclear weapons program.

**DECLASSIFIED**   CONFIDENTIAL//X1 (struck through)

GOVERNMENT
EXHIBIT
108
1:10CR485

X00122

CONFIDENTIAL//X1 

Risen said the program is or was known as **"Merlin."** He says there was a Russian scientist who defected to the U.S. who we arranged to give or sell some nuclear weapons designs to the Iranians. The plans, according to Risen, had been modified by the National Labs so that they would either not work or would inject some error in their planning. He says the Russian gave the Iranians the plans at an IAEA mission in Europe.

He went on to say that the plans involved the "fire set" which controls the implosion in the nuclear detonation. He said that he was unsure whether this program is still in operation...but that it started in CY 2000.

I told Risen I would see what *if anything* we had to say to him...and added that any real **classified** program is something that a respectable paper should avoid writing about.

My counterpart got a similar call from Risen. Risen said that he knew that President Clinton had approved the plan...but wanted to know if it had been reapproved by President Bush. They had no immediate comment.

DECLASSIFIED

CONFIDENTIAL//X1

**DATE:** 4/25/03

## INCOMING CALLS

**NAME:** Bill Harlow

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| 6:46 | [redacted] | NBC | 746 |
| 7:19 | [redacted] | CBS | 719 |
| 7:39 | [redacted] | NBC | 739 |
| 7:51 | [redacted] | NSC | 751 |
| 8:15 | [redacted] | AP | 815 |
| 8:56 | [redacted] | CBS | 856 |
| 9:16 | [redacted] | WP | 0930 |
| 9:44 | [redacted] | CNN | 1000 |
| 10:21 | [redacted] | CNN | 1030 |
| 10:24 | [redacted] | Fox | 1035 |
| 10:30 | [redacted] | US News | 1030 |
| 10:50 | [redacted] | Newsweek | 1050 |
| 10:51 | [redacted] | ABC | 1055 |
| 10:58 | [redacted] | AP | 114 |
| 11:25 | [redacted] | WP | Lm 1150 |
| 11:35 | Jim Risen | NYT | 1155 |
| 11:46 | [redacted] | Time | 1200 |
| 11:46 | [redacted] | Newsday | 1158 |
| 12:00 | [redacted] | WP | 1230 |
| 12:29 | [redacted] | WP | 1237 |
| 13:12 | [redacted] |  | 1312 |
| 13:09 | [redacted] | LA Times | 1340 |
| 14:40 | [redacted] | Knight Ridder | 1500 |
| 14:43 | [redacted] | Boston Globe | LM 1330 |
| 14:40 | [redacted] | ABC msg | 1500 |
| 15:07 | [redacted] | ABC | 1512 |
| 15:17 | [redacted] | CBS | 1519 |
| 15:17 | Jim Risen | NYT | 330 |
| 3:35 | [redacted] | NPR | 430 |
| 3:36 | [redacted] | CBS | 430 |
| 3:48 | [redacted] | Newsweek | 440 |
| 3:52 | [redacted] | AP Jam | 513 |
| 3:55 | [redacted] | NBC | 430 |
| 4:38 | [redacted] | LA Times |  |
| 5:3 | [redacted] | WP | 55 |
| 5:58 | [redacted] | Newsweek | 558 |
| 6:12 | [redacted] | Newsweek |  |

GOVERNMENT EXHIBIT 111 1:10CR485

X00105

*Continued*

**OUTGOING CALLS**

DATE: 4-25-03
NAME: Bill Harlow

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| 6:19 | [redacted] | LA Times | 6/9 |

X00106

**DECLASSIFIED**

~~CONFIDENTIAL//X1~~

CL BY:
CL REASON: 1.5(c)
DECL ON: X1
DRV FROM: COV 5-82

William R. Harlow
Office: OPA



04/25/03 04:16 PM

To: John H. Moseman@DCI
cc: **two CIA officers**          James L. Pavitt@DO,
John A. Rizzo@DCI,          **two CIA officers**
**two CIA officers**          , Robert J. Eatinger@DCI,
**a CIA officer**     , Scott W. Muller@DCI, Stanley M.
Moskowitz@DCI,          **two CIA officers**
**a CIA officer**
Subject: Risen Leak: Second Wave

Just when you thought it was safe:

Jim Risen called at 1530 today and said he wanted to discuss some more the Iran Nuke story.

He said he had considered my earlier cautions that, without confirming or denying what he had, it would be bad for national security to print such a story....but he was still working on it.

Risen proceeded to summarize the draft lead of his story. It went something like this:

The United Stated has had an ongoing   **classified**   program to derail the Iranian nuclear weapons program by selling them intentionally flawed nuclear weapons designs.

He then mumbled something about..."according to government documents" and knowledgeable people.

I asked him....if he was telling me that he has documents with some of this stuff...and he said "yes."

Risen went on to say that the story would say that the program was code named   **"Merlin"**   and that it involved getting a Russian defector to pretend to be a Russian scientist willing to sell nuclear firing sets to Iran. He says that the deal was eventually made and that this was part of a "larger program" to inject flawed designs into the Iranian program.

I asked him (again without confirming or denying anything) if he had given thought to the wisdom of writing such a story. He said he had.

It was at that point that he said that he had talked to some peolle who believe that the operation was "not handled properly". He added that he had been told that the Iranians had already been told that the designs there were given were flawed...so his story would not set back our     efforts. He said that there were hints that the Iranians might be able to fix the flaws.

I asked him if he had discussed this story with others at his paper...he said yes, with his editors. He told them that we might wish to weigh in before a story appeared. I confirmed that VERY high officials from the USG would undoubtedly want to make strong representations about the lack of wisdom of doing this story.

I urged him to restrict the number of people he talked to about this....and to handle very securely any documents he had...and any documents he created.

Seems to me we need to move quickly with his management before all of Washington and New York are talking about this story.

**DECLASSIFIED**

~~CONFIDENTIAL//X1~~



GOVERNMENT
EXHIBIT
112
1:10CR485

X00126

**DECLASSIFIED**  //X1

Subject: NYT Meeting

The purpose of this LOTUS note is to memorialize a meeting held yesterday, April 30th, at the White House regarding the New York Times leak.

The meeting was convened by the National Security Advisor, Dr. Rice in her office. Also attending were the DCI, ADDO, Anna Perez of the NSC staff, Jill Abramson, the Washington Bureau Chief of the New York Times, reporter Jim Risen and myself. The meeting was held at 1130 and lasted about 15 minutes.

Dr. Rice followed the attached talking points very closely.

When Dr. Rice completed her remarks, Jill Abramson asked for more information on the assertion that printing this story could result in people dying. The DCI spoke, again stressing that this was completely off-the-record, saying that the Russian involved in the program introduced himself to the Iranians . If the Iranians learn that they were misled, this could lead them to retaliate against him.

Risen asked about the issue of whether the Iranians were witting of the         program. He implied that he had seen a letter to the Iranians from the Russian which told them that their program was flawed. The DCI said that the individual was suggesting to the Iranians that they needed his services...not telling them that the designs they got from him were flawed.

Abramson said that the Times had "a fully realized draft" of the story...but that they had "not yet" taken the step of asking the Iranians for comment. The implication was that it had been their intention to seek such a comment before publishing. Although the story was in draft, she said that they were not on the verge of publishing it.

Both Abramson and Risen seemed to be impressed by the seriousness of the issue. Neither had many questions or comments.

Anna Perez asked Abramson what she planned to do now.

Abramson said that a decision to not publish would have to be made by her bosses in New York. She said she had a previously scheduled trip to meet with Executive Editor Howell Raines in New York on Monday and would now plan to discuss the issue with him face-to-face then. Similarly, she said that a decision to remove documentation from the Times' computer systems and destroy any documents that were in their possession would have to wait for the meeting with Raines. She said that the number of people aware of the story at the Times was limited. She said it included herself, Raines, Risen and one other reporter (unnamed) in the Washington bureau. She did not address how many people outside of the NYT (Hill staffers, lawyers, former intelligence officers, weapons experts, etc) who have already been questioned by Risen regarding this story.

Abramson said that after her meeting with Raines in New York they would let us know of their decision.

Risen called me twice on other matters later on the same afternoon -- making absolutely no reference to the meeting earlier in the day. I took this to be a hopeful sign of increased awareness of the need for discretion.


RisenTPs.do


**DECLASSIFIED**


GOVERNMENT EXHIBIT
113
1:10CR485

**DECLASSIFIED**  ~~SECRET~~

- This meeting is completely OFF-THE-RECORD.
- We've never called a meeting like this before in this Administration-the fact that we have done so may tell you how seriously we view this matter.
- We've asked you to come in for a meeting because this is something which should not be discussed over open telephone lines.
- Jim, someone has inappropriately and incorrectly given you information about one of the most sensitive and important        programs this country has.
- I say "inappropriately" because this information in the wrong hands could easily lead to the death of a U.S. citizen...and conceivably contribute to the deaths of millions of innocent victims of a foreign nuclear weapons program.
- I say "incorrectly," because someone has apparently told you that the program was mismanaged and already revealed to the Iranian government. To the best of knowledge of all of us here...that is totally false.
- Preventing working nuclear weapons from falling into the hands of rogue states is one of the most important missions that this, or any other, Administration can have.
- I won't ask you your source, because I know you will not tell me.
- There is no partial answer here. We see no way to write part of this story. If you write it...you endanger lives and national security.
- Asking journalists not to write s story is asking a lot. Now, I am going to ask you more. I am going to ask...in the strongest possible terms...that you not discuss this matter with colleagues and that you not conduct further inquires around town about it. Each conversation, each call, increases the likelihood that the story will get out...even if you decide to do the right thing and not publish it.
- If you feel the need to discuss this with your seniors in New York. I request that you do so face-to-face. It is much too sensitive for telephone lines.

**DECLASSIFIED** 

GOVERNMENT
EXHIBIT
114
1:10CR485

X00130

**DECLASSIFIED** ~~SECRET~~

Additionally, I ask that the details of the prospective story be immediately purged from your computer systems.

- Jim, I understand that you may have some government documents that impinge upon this story. If that is true, I won't ask that you turn them over to us…but I will ask that you shred every copy-now.
- Let me anticipate a question. You may be wondering, will there be a time when it would be safe for you to write the story. I cannot foresee such a time. Even if Iran turns into a democracy and renounces weapons of mass destruction, the techniques used to hinder their nuclear program could still be useful in preventing other rogue states from endangering us all.
- You have our promise that if we learn of any other news organization plans to publish this story…we will let you know immediately. If any other organization gets this information…we will work as hard to convince them not to publish as we are with you.
- What do you get if you agree not to publish? The comfort of knowing that you haven't contributed to making the world a more dangerous place.

**DECLASSIFIED**  ~~SECRET~~

**DECLASSIFIED**

APR. 1.2008 2:45PM NO.613 P.1

CONFIDENTIAL//X1

Original Text of William R. Harlow
Original Text of William R. Harlow

CL BY:
CL REASON: section 1.5 c
DECL ON: X1
DRV FRM: COV 1-82

6 May 2003

MEMORANDUM FOR:   John H. Moseman@DCI

FROM:   William R. Harlow @ DCI

OFFICE:   OPA

SUBJECT:   Risen Leak - Update

REFERENCE:

Anna Perez of the NSC staff called to say that she had just received a voice mail from Jill Abramson, Washington Bureau Chief of the New York Times, saying: "No further discussions were needed" regarding the leak issue and that we had "nothing to worry about."

We take from this message that the Times has decided to do the right thing...not publish any story.

Anna is going to try to reach Abramson to ask what the Times has decided to do about Condi Rice's request that they shred all documents and purge all computer files relating to this matter.

CC:
    Two CIA officers
    John A. Rizzo@DCI

    Five CIA officers

    Robert J. Eatinger@DCI
    A CIA officer
    Scott W. Muller@DCI

CONFIDENTIAL//X1

**DECLASSIFIED**

GOVERNMENT
EXHIBIT
115
1:10CR485

X00164