SECRET

SECRET

/ /  SECRET   FRP: , , , , , , , ,

---
06 9366503    ASP                       PAGE 001           IN 9366503
                              TOR: 062322Z JAN 06 CIA OFFICE #2 5108
---

S E C R E T 062316Z JAN 06

CITE CIA OFFICE #2 5108

TO:  PRIORITY    LANGLEY

FOR:

CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:  MERLIN (M) - MEETING REGARDING COMPROMISE OF    CP 1
          OPERATION; U.S. TRAVEL OF RUSSIAN         OFFICIAL #2

REF:  A.   LANGLEY   102125
      B.   LANGLEY   102118

TEXT:

   1.  ACTION REQUIRED:  REQUEST HQS   ACTION    FOR MERLIN ASSETS;

   2.  EVENING 04 JANUARY 2006, C/O   MR. M.   AND CP IC   MR. S. MET WITH    M    AND    MRS. M   AT    A HOTEL  IN   NJ TO DISCUSS THE COMPROMISE OF THE    CP 1    OPERATION. C/OS EXPLAINED THE DETAILS OF THE COMPROMISE AND ALERTED THEM TO THE LIKELIHOOD THAT RUSSIA AND IRAN WOULD HAVE ENOUGH INFORMATION TO IDENTIFY  M .  BOTH M AND MRS. M. ASKED QUESTIONS ABOUT THE CIRCUMSTANCES OF THE COMPROMISE, BUT THEY TOOK THE NEWS SURPRISINGLY WELL.  C/OS ASSURED THEM CIA WOULD CONTINUE TO WORK WITH THEM ON THE    TARGETING PROJECT AND OTHER OPERATIONS THAT MINIMIZED  M 'S POTENTIAL EXPOSURE.  C/OS ALSO ASSURED THEM THEIR SALARY WOULD CONTINUE, WHICH WAS CLEARLY AN IMPORTANT CONSIDERATION FOR THE PAIR.

SECRET

DECLASSIFIED



GOVERNMENT
EXHIBIT
133
1:10CR485

C03006

SECRET

DECLASSIFIED

3. C/OS COVERED THE DETAILS OF THE COMPROMISE AND NOTED THE MULTIPLE DISTORTIONS IN THE TEXT, INCLUDING UNFLATTERING COMMENTS ABOUT M. THEY ACCEPTED THE NEWS IN STRIDE AND UNDERSTOOD THE POTENTIAL CONSEQUENCES. THEY WILL BE ESPECIALLY VIGILANT TO NOTE ANY UNUSUAL ACTIVITIES OR CONTACTS BY RUSSIANS OR OTHERS. THEY WERE WARNED AGAINST TRAVEL ABROAD, ESPECIALLY TO RUSSIA OR COUNTRY A. BOTH COMMENTED, "DON'T WORRY, WE KNOW THEM BETTER THAN YOU DO, AND WE WILL NEVER TAKE SUCH A RISK." IN THE END, THE COUPLE WAS HAPPY TO HEAR THE NEWS FROM MR. S., A FAMILIAR FACE OVER THE YEARS. THEY WERE PLEASED THEY COULD CONTINUE THEIR CONTRIBUTION TO CIA AND THEIR FINAL COMMENT WAS THAT C/OS "BROUGHT COLOR INTO THEIR GREY LIVES."

4. ONCE THE PAIR HAD DISCUSSED THE COMPROMISE AND ITS IMPLICATIONS, C/O MR. M. SHIFTED THE CONVERSATION TO FOCUS ON MRS. M.'S MOST RECENT CONVERSATIONS WITH CONTACTS. MRS. M HAS BEEN IN REGULAR CONTACT WITH RUSSIAN OFFICIAL #2'S WIFE. MRS M. DISCOVERED THAT OFFICIAL #2 WILL BE IN THE U.S. HE WILL STOP IN FOR A TRADE SHOW FOLLOWED BY BUSINESS MEETINGS

THE VISIT WILL AFFORD THE OPPORTUNITY TO MAKE A COMMERCIAL APPROACH TO OFFICIAL #2. GIVEN RECENT COMPROMISES OF M'S ACTIVITIES, C/O WILL MAKE THIS APPROACH COMPLETELY INDEPENDENT FROM HIS ASSOCIATION WITH M. MRS. M. SAID SHE THOUGHT OFFICIAL #2 WOULD TRAVEL TO THE U.S. MORE FREQUENTLY IF HE HAD A LEGITIMATE BUSINESS PURPOSE FOR THE TRAVEL AND CORPORATE FUNDING FROM A U.S. SOURCE.

5. AS STATED, C/O WILL FORMULATE AND SUBMIT FOR HQS   AND   REVIEW AN OPERATIONAL PLAN TO APPROACH OFFICIAL #2 TO DISTANCE THE CONTACT FROM THE MERLINS.

C/O WILL LIMIT THEIR ROLE AND FUTURE INTERACTION. MRS. M.
DESCRIBED HIM AS AN EXTREMELY CAUTIOUS AND DELIBERATE MAN. MRS M. ASSESSED HE WOULD NOT ACCEPT AN AGGRESSIVE APPROACH NOR WOULD HE BE VULNERABLE TO A SOFT USG APPROACH
THE COMPROMISE DICTATES DISTANCING ANY APPROACH TO OFFICIAL #2 FROM THE MERLINS.   BELIEVE CIA HAS SUFFICIENT INFORMATION TO ESTABLISH CONTACT INDEPENDENTLY.

6. IN LIGHT OF THE COMPROMISE OF   M   , REQUEST HQS ACTION ON BOTH M AND MRS. M.

7. FILE: CP 1 ; M . CL BY: ID # , CL REASON: 1.5(C), DECL ON: X1 DRV FROM:

CABLETYPE:

END OF MESSAGE

SECRET

DECLASSIFIED

SECRET

SECRET   **DECLASSIFIED**

```
WITH NR AND CE.
    11.  FILE:                CL BY:           CL REASON: SECTION
1.5 (C), DECL ON:  X1, DRV FROM:
           CP 1

>

ORIG:  CP/            MR. S.          ); AUTH:     CP 1
 (  CIA OFFICER   ;  COORD:    CP 1    (     MR. S.      ),
    CP 1     ·           ,    CP 1   (         ; REL:   CP 1    (
 .  CIA OFFICER 16

END OF MESSAGE                         SECRET
```

**DECLASSIFIED**

SECRET

SECRET

**DECLASSIFIED**

SECRET

/ / SECRET FRP: , , , , , , , ,

------------------------------------------------------------------
--
06 9662450    ASR              PAGE 001              IN 9662450
                     TOR: 231858Z JAN 06 CIA OFFICE #2 5152
------------------------------------------------------------------
--

S E C R E T 231858Z JAN 06

CITE CIA OFFICE #2 5152

TO:     LANGLEY

FOR:
                         CLASSIFIED PROGRAM NO. 1 (CP 1)

SUBJECT:   MERLIN (M) : HEIGHTENED CONCERN OVER COMPROMISE OF
           CP 1    OPERATION

REF:  A. CIA OFFICE #2 5151
      B. CIA OFFICE #2 ▓▓▓
      C.    LANGLEY    102125
      D.    LANGLEY    102118

TEXT:

   1. ACTION REQUIRED: PLS NOTE M COMMENTS RE A CIA ASSESSMENT
OF CP 1 COMPROMISE AND POOL OF POTENTIAL ARZAMAS-16 SCIENTIST SOURCES
(PARAS TWO/THREE). PENDING HQS' INPUT, C/O COULD ADDRESS THESE
ISSUES IN A VERBAL UPDATE TO  M  AT A FUTURE MEETING.

   2. EVENING 20 JANUARY, C/O   MR. M.   CONDUCTED A
NON-SCHEDULED MEETING WITH        M         THAT M HAD TRIGGERED TO
DISCUSS HIS CONCERNS OVER THE   CP 1   OPERATION.  M EXPLAINED
THAT HE AND    MRS. M.    NOW WERE VERY STRESSED AFTER READING THE
RISEN BOOK. THEY WERE SHOCKED AT THE LEVEL OF DETAIL AND WHAT THEY
CONSIDERED THE LACK OF A USG RESPONSE. AN APPROPRIATE RESPONSE, IN
THEIR VIEW, WOULD BE THE ARREST OF THE AUTHOR AND THE SOURCE(S) OF

**DECLASSIFIED**    SECRET

GOVERNMENT
EXHIBIT
135
1:10CR485

C03010

SECRET 

THE INFORMATION. M WANTED TO MAKE IT CLEAR THAT MANY OF THE ALLEGED FACTS WERE DISTORTED AND SEVERAL LIES ABOUT HIM ALSO WERE PRESENTED AS FACTS. M REQUESTED A FORMAL CIA ASSESSMENT OF THE COMPROMISE SO THAT HE COULD CALM MRS. M. AND ALLAY HIS OWN FEARS. M TOLD C/O HE PLANNED TO BUY A GUN AND UPDATE HIS HOME SECURITY BECAUSE HE WAS CONVINCED THE RUSSIAN SPECIAL SERVICES WOULD RETALIATE AGAINST HIM.

3. AS AN ENGINEER, M CALCULATED THE PROBABILITY OF THE RUSSIAN GOVERNMENT IDENTIFYING HIM BY NAME AND FINDING HIS ADDRESS IN THE U.S. M BELIEVES THAT, AT MOST, # SCIENTISTS FITTING THE BOOK'S DESCRIPTION LEFT ARZAMAS-16 SINCE   . OF THOSE #, # ARE LIKELY STILL IN RUSSIA, PROBABLY MOSCOW. A FEW MAY HAVE GONE TO ISRAEL AND WESTERN EUROPE, POSSIBLY EVEN COUNTRY A, WHICH LEAVES A LIST OF LESS THAN # CANDIDATES. M ASKED IF CIA KNEW HOW MANY OTHER ARZAMAS-16 SCIENTISTS WERE LIVING IN THE U.S. CURRENTLY AND IF THEY WERE MORE OR LESS LIKELY TO BE IDENTIFIED BY RUSSIAN SERVICES.

4. OVERALL, C/O CALMED M A BIT, BUT BOTH M AND MRS. M. ARE NOW CONCERNED ABOUT THEIR PERSONAL SAFETY. THEY ALSO ARE CONCERNED THE U.S. MEDIA ULTIMATELY WILL PUBLISH HIS NAME AS THEY DID WITH THE C/O SPOUSE OF A FORMER U.S. AMBASSADOR. M OBVIOUSLY DOES NOT WANT TO BE CONTACTED BY REPORTERS FOR COMMENT NOR DOES HE WANT TO SEE HIS LIFE IN THE U.S. UPROOTED AND DISRUPTED. IN ADDITION, M SAID HE WAS VERY CONCERNED FOR HIS FAMILY . HE DOES NOT WANT THEM TO FIND OUT ABOUT HIS WORK FOR CIA OR TO SUFFER ANY RETALIATION BY RUSSIA.

5. STATION READS THE CONTINUING CONTACT AND U.S. TRAVEL OF RUSSIAN OFFICIAL #2
AS A POSITIVE INDICATOR THAT THE RUSSIANS HAVE NOT YET IDENTIFIED M . IF THEY HAD, IT SEEMS UNLIKELY THAT OFFICIAL #2 WOULD BE ALLOWED TO CONTINUE THE RELATIONSHIP AND TRAVEL
TO THE U.S. FOR BUSINESS. NEITHER M NOR MRS. M HAS DETECTED ANYTHING OUT OF THE ORDINARY THROUGH THEIR PHONE CONVERSATIONS WITH RUSSIAN OFFICIAL #2. C/O ASKED THEM TO BE VIGILANT, HOWEVER, IN NOTING ANYTHING UNUSUAL.

6. AS TIME GOES BY AND NOTHING HAPPENS, THE MERLINS LIKELY WILL BECOME LESS ANXIOUS. IT IS CLEAR THAT THEY ARE VERY UPSET NOW ABOUT THE COMPROMISE AND IT WILL BE SOME TIME BEFORE THEY FEEL COMFORTABLE AGAIN. M WAS CONCERNED ABOUT THE STRESS ON HIS WIFE BECAUSE SHE HAS BECOME PARANOID, JUMPING AT EVERY NOISE IN THE HOUSE AT NIGHT. C/O ASSUAGED HIS FEARS TO SOME EXTENT BY EXPLAINING THE DIFFICULTIES THE RUSSIANS WOULD HAVE IN TRACKING HIM DOWN. AFTER READING THE BOOK, M SAID HE WAS INSULTED BY RISEN'S DESCRIPTION OF HIM, ESPECIALLY AS A DEFECTOR (WHICH HE IS NOT).

7. M HAS STARTED TO MONITOR COVERAGE OF THE RISEN BOOK IN THE RUSSIAN MEDIA, WHERE THE STORY WAS VERY BIG AND THERE WAS MUCH MORE DISCUSSION. C/O POINTED OUT THE FLAWS IN THE BOOK AND THE RESULTING MEDIA COVERAGE POINTING TO THE IMPROBABILITY OF THE OPERATION AS DESCRIBED. M AGREED THAT SOME OF THE MEDIA COVERAGE WAS HIGHLY SCEPTICAL OF THE VERACITY OF RISEN'S REPORTING ON THE OPERATION, WHICH MIGHT AFFORD SOME DEGREE OF PROTECTION IN SAFEGUARDING M'S IDENTITY. C/O WILL MEET WITH M AGAIN IN LATE JANUARY FOR AN UPDATED ASSESSMENT OF THE SITUATION AND THE MERLINS STATE OF MIND.

SECRET  DECLASSIFIED

SECRET  **DECLASSIFIED**

8. FILE:      M        CL BY:           , CL REASON: 1.5(C),
DECL ON:  X1 DRV FROM:

CABLETYPE:

END OF MESSAGE                         SECRET

SECRET

Cable Type:                Gateway Version: 1.0.2                Form Version: 1.0

**DECLASSIFIED**

SECRET

C03012