UNCLASSIFIED//AIUO

Charles ▮ W▮

12/19/02 11:50 AM

To: Scott ▮ K▮
cc:
Subject: Phone Call to Jeffrey Sterling

Scott: FYI and because I still can't PERM bcc's.
—— Forwarded by Charles ▮ W▮ on 12/19/02 11:50 AM ——

Charles ▮ W▮

12/19/02 11:48 AM

To: Marilyn ▮. D▮@DO, Richard ▮ P▮@DA, William ▮ M▮@DO,
Patricia ▮ W▮@DO
cc:
Subject: Phone Call to Jeffrey Sterling

This memorandum prepared in anticipation of litigation

I called Jeffrey Sterling this morning in response to a phone query from him on the afternoon of 18 December to advise him that the officer who needed to review the remaining chapter in his memoirs had not returned to the building but assured him that the completion of the review was the top priority upon the officer's return.

As he has in earlier conversations, Sterling reminded me that the review has now taken 2 months and asked—almost rhetorically—what recourse he had in light of our delays. I again reiterated that some reviews do take longer and that we are trying to complete his review as soon as possible. This had little impact on him and he commented that our next excuses would be the holidays and then alien abduction. He again commented that he was being consistent with what the Board had approved in the book proposal. I told him our concern, too, was with consistency with that and the guidelines given him during the face to face meeting last year.

He asked why the review depended on a single individual. I stammered around a bit that once questions had been raised additional review was required. He again alleged the delay was deliberate and, for the first time, accused the DO and OGC of carrying out the delay until after "the judge" had made his ruling. No comment from this end.

He asked for written documentation of the delay, which I told him I would provide.

This is a record.
Program Files - Pre-Publication Review (PR-PRGRM-04220-2034006-Sterling, Jeffrey; Spook; PRB-9841-02)

UNCLASSIFIED//AIUO


DEFENDANT'S
EXHIBIT
5

Q02996

Charles W

12/19/02 11:48 AM

To: Marilyn  D Richard P William M Patricial W

cc:

Subject: Phone Call to Jeffrey Sterling

This memorandum prepared in anticipation of litigation

I called Jeffrey Sterling this morning in response to a phone query from him on the afternoon of 18 December to advise him that the officer who needed to review the remaining chapter in his memoirs had not returned to the building but assured him that the completion of the review was the top priority upon the officer's return.

As he has in earlier conversations, Sterling reminded me that the review has now taken 2 months and asked--almost rhetorically-- what recourse he had in light of our delays.  I again reiterated that some reviews do take longer and that we are trying to complete his review as soon as possible.  This had little impact on him and he commented that our next excuses would be the holidays and then alien abduction.  He again commented that he was being consistent with what the Board had approved in the book proposal.  I told him our concern, too, was with consistency with that and the guidelines given him during the face to face meeting last year.

He asked why the review depended on a single individual.  I stammered around a bit that once questions had been raised additional review was required.  He again alleged the delay was deliberate and, for the first time, accused the DO and OGC of carrying out the delay until after "the judge" had made his ruling.  No comment from this end.

He asked for written documentation of the delay, which I told him I would provide.

This is a record.
Program Files - Pre-Publication Review (PR-PRGRM-04220-2034006-Sterling, Jeffrey;  Spook; PRB-9841-02)



DEFENDANT'S EXHIBIT
6

002600

From the Desk of Charles ██ W████
Executive Secretary/Publications Review Board
x31219
"Three may keep a secret, if two of them are dead."-- B. Franklin

NOTE FOR:   Marilyn ██ D██ @DO
            Richard ██ P██ @DA
FROM:       Charles ██ W██
OFFICE:     .IRG/PPRD
DATE:       12/12/2002 03:06:48 PM
SUBJECT:    Phone Call to Jeff Sterling

THIS MESSAGE WAS CREATED IN ANTICIPATION OF LITIGATION

Following Marilyn's phone message yesterday that Bill was out of town on a family emergency and in response to a phone query from the author on the status of New York chapter of his manuscript, I called Mr. Sterling to advise him the review of his manuscript would be delayed because the person reviewing was attending to a family emergency. As expected he was not happy, saw the move as a delaying tactic by the Agency, and said he had no choice but to get his attorney involved. (I told him to contact you Richard.) I told him that despite what he thought it was not a delaying tactic, but merely the result of having a single person review the material. He again complained that we were beyond the 30-day deadline and that he was under considerable time pressure from his agent for the material (even though I had explained to him earlier that while we worked toward that deadline, we were not able to meet it on occasion and that we we actively engaged in completing the review ie, working with due diligence).

He also voiced concern that the delay not signal a "change of policy" from the guidelines we had provided him earlier review of his book. I told him that was not necessarily the case, but that sometimes when people looked at something from a different perspective new issues crop up and that sometimes resolution required time. When he asked if I could give him an idea of what issue or issues were involved I told him it was best not comment until I saw the outcome of the review. Anything else could be misleading.

We closed with him asking when the reviewer would be done. I told him that the reviewer would be back next week, that several people had reminded him of the time demands surrounding the review, that he was very much aware of the circumstances surrounding the review and that he would get on it as soon as possible.

Adressee: Please pass on as appropriate.

This is a record.
Program Files - Pre-Publication Review (PR-PRGRM-04220-2034006-Sterling, Jeffrey; Spook; PRB-9841-02)

CC:
Sent on 12 December 2002 at 03:06:48 PM

