**CONTINUATION OF CRIMINAL JURY TRIAL PROCEEDINGS**

Date:   01/16/15         Case No:   1:10cr485         Commenced:   10:06am
                                                      Lunch Recess:   1:04pm-2:00pm
Before the Honorable:   Judge Brinkema              Case To Jury:
                                                      Jury Returned:
Court Reporter:   A. Thomson                          Jury Excused:
                                                      Case Concluded:   5:00pm
Courtroom Deputy:   Y. Guyton                         Time in Court:
                                                      **Probation Email:**

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | James Trump, Eric Olshan, AUSA |
| JEFFREY ALEXANDER STERLING | Dennis Fitzpatrick, AUSA |
| | Ed MacMahon, Barry Pollack, DEFT |
| | Mia Haessly, DEFT |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.   APPEARANCES AS PREVIOUS.

Government continued to Adduce Evidence   [ X] Motions:

Defendant Adduced Evidence and Rests   [  ] Motions:
Rebuttal Evidence Adduced [     ]   Sur-Rebuttal Evidence Adduced [     ]   Evidence Concluded [  ]

Closing Arguments [  ]   Jury Charged [  ]   Jury Retired to Deliberate [  ]   Jury Continued Deliberating [  ]

The Jury Returned to the Courtroom With a Verdict of:

Jury Polled [    ]          Jury Verdict Filed in Open Court [    ]      Jury Discharged [    ]
PSIR Ordered [    ]         Deft(s) Continued on Present Bond [   ]
Deft Remanded [    ]        Deft(s) Directed to Report to P.O. [    ]

Case Continued To:   **Janury 20, 2015 at 9:30am**          For   Day 5 Jury trial