

CONFIDENTIAL

## DECLASSIFIED

CL BY:
CL REASON: Section 1.5 C
DECL ON: X1
DRV FRM: PER 1-87

**NOTE FOR:**

6 CIA officers, including David Cohen

James L. Pavitt@DO

Mr. T., Mr. J., Ms. W. 2

A CIA officer

**FROM:**     Ms. S. 2
**OFFICE:**   DDO/COS
**DATE:**     08/03/2000 08:58:29 AM
**SUBJECT:**  call from mr. sterling

i had a 30 minute phone conversation with jeff sterling ca 1100 2 august. he launched directly into expressing his disappointment that his negotiating paper had been turned down flat with no explanation and no willingness to negotiate. he was surprised that the do was not willing to negotiate on his proposed settlement (he submitted a paper giving two options for either a settlement or a severance package). he complained that he had taken the time to put down his terms on paper, had started that negotiation process without counsel because brustin, the cleared lawyer was the eeo expert and his second, as-yet-uncleared lawyer was the negotiation expert. jeff cited again uncertainty about what he and his lawyer(s) could discuss; this apparently came up because brustin wanted access to other employees.

he advised he had been instructed to report in to NE division which was not what he wanted since he had no intention of working in the DO. however, he did need the income that his continued employment would provide. he noted that his employment would last only long enough to pursue his claim. he commented on the difficulty in finding housing in washington and inconvenience of moving from new york. when i asked if he had considered just resigning and staying in new york, he said that ideally he would have achieved a settlement on his terms, terminated his agency employment and remained in new york. however, because he believes he has a valid claim, can get attention to his case and is not in a financial position to just quit, he will return to washington and continue his employment. he said he would find it very difficult to work in NE because of his "hallway reputation" and because that's where the wrongs were done to him. he was thinking about a community job; when i asked about ogc, he cited his "distaste" for the agency (?)

he warned that given "what had been thrown at" him, his response wasn't likely to be amicable and that he intended to pursue his claims as long and as loud as possible inside and outside the agency. (he did not mention his call on rep. dixon nor did i raise it). he also complained that he had received no satisfaction on the investigation of his damaged headphones; he had asked    an officer    in new york about it periodically but heard there was no conclusion. jeff also said that while he heard no direct allegations, he had "heard"

**DECLASSIFIED**         CONFIDENTIAL

GOVERNMENT
EXHIBIT
52
1:10CR485



insinuations that he damaged the headphones himself to bolster his harrassment case.

jeff was most exercised when commenting that people who had treated him badly had been rewarded -- one had been promoted and two moved on to other, more senior assignments

the informal eeo process being over, he is now preparing to enter the formal eeo process. he has 15 days to file from the date he received the turndown on his proposed settlement

**CC:**
**Sent on 3 August 2000 at 08:58:29 AM**

# JEFFREY ALEXANDER STERLING

13455 Fairmirest Court, #231
Herndon, VA 20121
Phone 703/793-0548

January 28, 2002

Publications Review Board
CIA Gate 5
1J38 IP BLDG
Att: Bruce Wells, Scott Koch
1000 Colonial Farm Road
McLean, VA 22101

Dear PRB,

Per CIA regulation (Agency Review of Material Intended for Non-Official Publication, March 14, 1995) I am submitting the enclosed book proposal package for your review. As I understand, in accordance with the regulation, you are afforded 30 days for review. Please contact me should you have any questions.

Sincerely,

Jeffrey Sterling

02 FEB 7 10:16

GOVERNMENT
EXHIBIT
78
1:10CR485



7 February 2002

Jeffrey Sterling
13455 Farmcrest Court, #721
Herndon, Virginia 20171

Dear Mr. Sterling:

On 7 February 2002, the Publications Review Board received your book proposal package entitled, *Spook*. I shall notify you of the Board's decision as soon as the review is complete.

Reviews usually take thirty or fewer days, but may take longer if the issues the submission presents are complex or must be referred to other government entities. Should that be the case with *Spook*, I shall inform you of the delay and give you an approximate completion date. Until the Board makes a determination on the proposal package, however, you are not to show it to editors, literary agents, publishers, reviewers, or anyone else.

The Board appreciates your cooperation with prepublication review.

Sincerely yours,

Scott A. Koch, J.D., Ph.D.
Chairman, Publications Review Board

GOVERNMENT
EXHIBIT
81
1:10CR485

Central Intelligence Agency



Washington, D.C. 20505

8 March 2002

Mr. Jeffrey Sterling
13455 Farmcrest Court, #721
Herndon, Virginia 20171

Dear Mr. Sterling:

The Publications Review Board has completed its review of your book proposal for *Spook* and the sample chapter titled "The Shadow of Africa." The Board has determined that, in accordance with the terms of your secrecy agreement, the following information in the proposal and sample chapter is inappropriate for disclosure in the public domain. You must revise or delete it before publication. Most of the changes are minor, and, when made, do not affect the substance of your story.

**Page 1, Proposal**
line 11

Delete the first five words in the line. The Agency has not acknowledged this information despite press coverage.

**Page 2, Proposal**
line 8

Delete the ninth word in the line.

**Page 9, Proposal**
line 3

Delete the first and fourth words in the line.
lines 19 – 20

Delete the last eight words in line nineteen and all of line twenty.

**Chapter List**
line 14

Delete all but the first two words in the line.

**Page 1 "The Shadow of Africa"**
line 2

Delete the sixth word in the line.

GOVERNMENT
EXHIBIT
84
1:10CR485

PRB00004

line 11

> Delete the ninth word in the line. You may wish to substitute a phrase such as "were concerned" or "suspected."

### Page 2, "The Shadow of Africa"

lines 3 – 4

> Delete the last ten words in line three and the first two words in line four.

### Page 3, "The Shadow of Africa"

line 8

> Delete the fourteenth word in the line

line 15

> Delete the entire line.

### Page 4, "The Shadow of Africa"

line 14

> Delete the second and third words in the line.

line 18

> Delete the twelfth, thirteenth, and fourteenth words in the line. The Board would not object to ending the sentence with a phrase similar to, "are seldom trusted in that part of the world."

lines 19 – 20

> Delete the last twelve words in line 19 and the first four words in line 20.

### Page 8, "The Shadow of Africa"

line 13

> Delete the fourteenth and fifteenth words in the line.

line 14

> Delete the fifth word in the line.

### Page 16, "The Shadow of Africa"

line 19

> Delete the first three words in the line. In this instance and throughout, the problem is you have specifically identified the type and nationality of the target. Generic references are acceptable.

line 20 – 21

> Delete the last two words in the line 20 and the first word in line 21.

line 22

> Delete the eighth and eleventh words in the line.

### Page 17, "The Shadow of Africa"

line 2

> Delete the third word in the line.

PRB00005

**Page 19, "The Shadow of Africa"**

line 13

 Delete the twelfth word in the line.

lines 14 – 15

 Delete the last two words in line 14 and the first word in line 15.

line 16

 Delete the second, seventh, eighth, and ninth words in the line.

line 20

 Delete the seventeenth word in the line.

**Page 20, "The Shadow of Africa"**

line 2

 Delete the first two words in the line.

line 6

 Delete the first, second, and ninth words in the line.

line 11

 Delete the fifth word in the line.

line 13

 Delete thirteenth, fourteenth, and fifteenth words in the line.

line 15

 Delete the tenth, eleventh, and twelfth words in the line.

**Page 21, "The Shadow of Africa"**

line 1

 Delete the penultimate word in the line.

line 2

 Delete the fifth and sixth seventh words in the line. You may wish to substitute the term "office."

line 13

 Delete the second word in the line.

**Page 23, "The Shadow of Africa"**

line 2

 Delete the sixth, seventh, and eighth words in the line. You may wish to substitute the word "office."

line 3

 Delete the sixth word in the line.

line 6

 Delete the tenth, eleventh and twelfth word in the line.

I have enclosed copies of the edited pages for your records.

After making the changes noted above, you need not resubmit the proposal package unless you make substantive changes or additions to it.

This review applies only to your proposal and sample chapter. The Board must still review and approve the entire manuscript—or at least those chapters that deal with your Agency career, intelligence data or activities, or topics to which you had access to classified information. Consistent with the terms of your secrecy agreement, you must not show any material to editors, publishers, literary agents, readers, or anyone not cleared to receive it until you secure Agency approval.

When you have finished the entire book, please send it to us as at the following address. Please do not submit each chapter as you finish it, as piecemeal reviews are inefficient and lead to inconsistent results.

> CIA Gate 5
> Attention: Scott A. Koch
> 1J38 IP Building
> 1000 Colonial Farm Road
> McLean, Virginia 22101.

We have had some difficulty with regular mail delivery after the terrorist attack on the United States last September, and if you use this address we will be sure to get your submission.

Please do not hesitate to call me at (703) 613-    if you have any questions or if we can be of assistance. Thank you for your participation in prepublication review.

Sincerely,

*Scott A. Koch*

Scott A. Koch, J.D., Ph.D.
Chairman, Publications Review Board

Encls.


28 March 2002

Mark S. Zaid, Esq.
Suite 1175
1501 M Street, N.W.
Washington, D.C. 20005

VIA FACSIMILE 202-371-6643 AND FIRST CLASS MAIL

Re: Mr. Jeffrey Sterling's Manuscript *Spook*

Dear Mr. Zaid:

Thank you for your letter of 26 March 2002. Since we have been unsuccessful in reaching one another by telephone, I thought a letter the most expeditious way of communicating. I have also received the voicemail message you left on the afternoon of 27 March, but I will be in meetings most of today and am afraid that I will miss your call.

I agree that a meeting is in order, and will make the necessary arrangements so that all interested parties can be present. In the past, I have always found personal meetings with authors and their counsel productive. I am sure that the majority of authors would agree.

I do not know how familiar you are with prepublication review, but my job is to ensure that the author can tell his story without revealing information that would damage national security. This is a process of negotiation, and suggested changes of phrase or rewording often will address many of the Board's initial objections. The Board can only remove classified information; it cannot and will not remove things the Agency might find embarrassing or critical. We are able to reach agreements with the overwhelming majority of our authors.

You have asked whether you can see Mr. Sterling's unredacted submission. I can certainly make it available to you, but before I do I need Mr. Sterling's written permission. All of our authors have proprietary, copyrighted interests in their manuscripts, and we are careful to ensure that only those directly involved in the normal course of review have access to them. This policy protects the integrity of prepublication

GOVERNMENT
EXHIBIT
86
1:10CR485

review and assures authors that unauthorized people do not see their work before publication.

I shall let you and Mr. Sterling know the date, time, and place of our meeting once I am able to coordinate them will all interested parties. In the meantime, please feel free to call me at 703-613-        if you have any questions or concerns.

Sincerely,

Scott A. Koch, J.D., Ph.D.
Chairman, Publications Review Board



Washington, D.C. 20505

16 April 2002

Mark S. Zaid, Esq.
Suite 770
1275 K Street, N.W.
Washington, D.C. 20005

VIA FACSIMILE 202-371-6643

Re: Jeffrey Sterling

Dear Mr. Zaid:

This letter will confirm our meeting on Thursday, 18 April 2002 at 9:00 a.m. at Headquarters to discuss the Publications Review Board's redactions to your client's sample chapter. When you get to the front gate, your contact will be  G  at 703-482-. I have verified that both you and Mr. Sterling will be able to enter the compound. Should there be any problem whatsoever, please call  G  .

I will be out of the office on Wednesday, 17 April. If you need anything before our meeting, please call Board Executive Secretary Bruce Wells before noon at (703) 613-  .

I look forward to meeting you both.

Sincerely,

Scott A. Koch, J.D., Ph.D.
Chairman, Publications Review Board

GOVERNMENT
EXHIBIT
87
1:10CR485

# JEFFREY STERLING

13455 Farmcrest Court; #721
Herndon, VA 20171
703/793-9388

*October 22, 2002*

CIA
Att: Bruce Wells
Publications Review Board
1H11 IP Bldg
1000 Colonial Farm Road
McLean, VA 22101

OCT 25

Dear Mr. Wells,

As per our recent telephone conversation, here are the chapters from my
book. The chapters I have included are the only ones that deal with the
Agency or classified information in my completed manuscript. I have also
included a page with the new chapter names I will be using.

I decided to re-submit the "Shadow of Africa" chapter after making edits
based on your previous review. Along with edits (which are in red) I also
deleted some of the information in the chapter, but I think you should have
no difficulty in comparing it with the previous version. I still may just
leave the book with your review areas blacked out, but I'll decide that later
once I see the result of this review.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Jeffrey Sterling

boiler

GOVERNMENT
EXHIBIT
89
1:10CR485

PRB00009



Central Intelligence Agency

Washington, D.C. 20505

2 December 2002

Mr. Jeffrey Sterling
13455 Farmcrest Court, #721
Herndon, Virginia 20171

Dear Mr. Sterling:

The Publications Review Board has completed its review of the six chapters of your memoirs that dealt with your CIA career. As I mentioned to you on the phone we had to delay our response beyond the normal 30-day deadline when a question about one aspect was raised at the eleventh hour. Since it now appears that Wednesday, 5 December, will be the earliest we will be able to get together to discuss the question, I am sending you an interim response covering chapters 5, 6, 7, and all but the last paragraph of chapter 8. I will advise you of any changes the Board will seek in the remaining material. I appreciate your understanding and apologize for any inconvenience.

The Board has determined that, in accordance with the terms of your secrecy agreement, the following information in your manuscript is inappropriate for disclosure in the public domain and must be revised or deleted prior to publication:

**Chapter 5, Page 1**
line 14
> Delete the first eight words in the line. You may wish to substitute the phrase "U.S. diplomat."

**Chapter 5, Page 20**
lines 13 – 14
> Delete the last eleven words in line 13 and the first nine words in line 14.
line 16
> Delete the first word in the line.

**Chapter 6, Page 3**
line 5
> Delete the fourth and fifth word in the line. You may wish to substitute "Middle East."

line 7
> Delete the tenth word in the line. If you need to elaborate, a phrase like "operations in that part of the world" would address the Board's concerns.



GOVERNMENT EXHIBIT
90
1:10CR485

PRB00010

line 17

>   Delete the fifth word (sixth, if you count the word you blacked out) in the line.
>   The Board had redacted that word in the original review. You may substitute the
>   word "targets."

## Chapter 8, Page 12

lines 8 – 9

>   Delete the last two words in line 8 and the first thirteen words in line 9. You may
>   wish to substitute a phrase like "that offer access to the diplomatic community, I
>   was given a low-level military administrative position."

line 17

>   Delete the first four words in the line. You may wish to substitute a word like
>   "CIA chief" or "my boss."

line 18

>   Delete the ninth through twelfth words in the line. You may wish to substitute a
>   phrase like "CIA chiefs."

line 20

>   Delete the thirteenth through sixteenth words in the line. You may wish to
>   substitute like "his boss" or "the CIA chief."

## Chapter 8, Page 13

line 16

>   Delete fifth through thirteenth and the last three words in the line. You may wish
>   to substitute the phrase "with fewer than twenty."

Copies of the edited pages are enclosed for your records.

After making the changes the Board requires, you must resubmit the manuscript
for final Agency review. In lieu of resubmitting the entire manuscript, you may return
only the affected pages or you may verify in writing that you have made all the deletions
and revisions.

If you add material to or change the manuscript the Board has reviewed, you must
submit these additions or changes to us before giving them to your publisher or anyone
else. Please mark or otherwise indicate the new material clearly so that we can expedite
our review. Additional items that require submission include but are not limited to
photographs, photograph captions, illustrations, diagrams, tables, maps, or charts.

You must submit any additional galley proofs of the final manuscript as it will
appear in book form so the Board can verify that the published version is the approved
version. Your responsibility as the author is to ensure that the publisher releases only the
Board-approved version. We will work promptly to complete this final review but please
ensure that the publishing schedule permits adequate time for the Board to complete its

work. The Board gives galley reviews high priority because it knows that authors and publishers have firm deadlines.

The Board encourages you include the following disclaimer. "This material has been reviewed by the CIA. That review neither constitutes CIA authentication of information nor implies CIA endorsement of the author's views."

The Board is always pleased to buy copies of books former Agency employees publish. Please let us know when your memoirs will be commercially available so that we can add a copy to the Board's research library.

Please do not hesitate to contact me if you have any questions or if we can be of assistance.

Sincerely,

*C. Bruce Wells*

C. Bruce Wells
Acting Chairman, Publications Review Board



Central Intelligence Agency

Washington, D.C. 20505

23 December 2002

Mr. Jeffrey Sterling
13455 Farmcrest Court, #721
Herndon, Virginia 20171

Dear Mr. Sterling:

As we discussed on the telephone last week, the Publications Review Board has not finished reviewing chapters 9 and 10 of *Spook*. We are making every effort to complete the review as soon as possible and will notify you immediately when it is done. I apologize for the delay and inconvenience.

The Board appreciates your cooperation in this review process.

Sincerely,

C. Bruce Wells

C. Bruce Wells
Acting Chairman, Publications Review Board

GOVERNMENT
EXHIBIT
91
1:10CR485



3 January 2003

Mr. Jeffrey Sterling
13455 Farmcrest Court, #721
Herndon, Virginia 20171

Dear Mr. Sterling:

The Publications Review Board has completed its review of the material from your memoirs not covered in our letter of 2 December 2002 and has determined that, in accordance with the terms of your secrecy agreement, the following information in your manuscript is inappropriate for disclosure in the public domain and must be revised or deleted prior to publication:

**Chapter 5, Page 20**

lines 8 – 9

Delete the last four words in line 8 and the first twelve words in line 9. The precise numbers in these units are not acknowledged. You may give a generic or comparative number like "smaller than the normal class by a third." We overlooked this redaction in the first review and apologize for any inconvenience.

**Chapter 8, Page 20**

line 19

Delete the fifth, sixth, and ninth words in the line.

line 20

Delete the fourth through ninth word in the line. You may wish to substitute the phrase "an Iranian expert" or "like me, he had a lot of experience on Iran."

lines 20 – 21

Delete the last five words in line 20 and the first two words in line 21. You may wish to substitute the phrase "he was."

**Chapter 8, Page 21**

line 5

Delete the last four words in the line. You may wish to substitute a phrase like "wasn't overseas."

line 8

Delete the second through sixth words in the line.

GOVERNMENT
EXHIBIT
92
1:10CR485

PRB00014

**Chapter 9, Page 3**

lines 11 – 12

> Delete the last five words in line 11 and the first word in line 12. You may wish to substitute the phrase "I would be working for."

**Chapter 9, Page 6**

line 14

> Add the word "working" between the fourth and fifth words in the line.

lines 16 – 17

> Delete the last eight words in line 16 and the first four words in line 17.

**Chapter 9, Page 7**

line 3

> Delete the eighth, ninth and tenth words in the line.

line 7

> Delete twelfth and thirteenth words in the line.

line 12

> Delete the first four words in the line. You may substitute a phrase like "I'll never forget the day." Also, add the phrase "at Headquarters" at the end of the first sentence.

**Chapter 9, Page 9**

lines 3 – 4

> Delete the last word in line 3 and the first word in line 4. You may wish to substitute the phrase "my group."

lines 4 – 5

> Delete the last nine words in line 4 and the first eight words in line 5. You may wish to substitute a phrase like "and clearly this . . . "

line 6

> Delete the first two words in the line. You may substitute a phrase like "had risen to the most senior ranks in the DO."

lines 6 – 7

> Delete the last three words in line 6 and the first eleven words in line 7.

lines 17 – 20

> Delete the last six words in line 17 and all of lines 18 – 20. The Board would withdraw its objection if you rewrote this anecdote in a way that it takes place in Headquarters.

**Chapter 9, Page 10**

lines 4 –5

> Delete the fifth, thirteenth and fourteenth words in line 4 and the first five words in line 5.

PRB00015

lines 11 –12

Delete all of line 11 and the first word in line 12.

line 13

Delete the fourth, fifth and sixth words in the line. Use the guidance provided for page 12 of chapter 8.

## Chapter 9, Page 11

line 3

Delete the fifth, sixth and seventh words in the line. You may wish to substitute the phrase "by the Agency."

line 5

Delete the eleventh word in the line. You may wish to substitute the word "me."

## Chapter 9, Page 12

line 1

Delete the eighth, ninth and tenth words in the line.

line 2

Delete the seventh through twelfth words in the line.

line 18

Delete the fifth through ninth words in the line.

## Chapter 9, Page 13

line 1

Delete the seventh through eleventh word in the line.

line 18

Delete the first five words in the line.

## Chapter 9, Page 14

lines 3 – 10

Delete the last six words in line 3 and all of lines 4 through 10. If you rewrite to disguise the locale the Board will reconsider its objection.

lines 16 – 17

Delete the last two words in line 16 and the first word in line 17.

## Chapter 9, Page 15

line 19

Delete eighth, ninth and tenth words in the line.

## Chapter 9, Page 16

line 2

Delete the second through fifth words in the line.

line 4

Delete the eleventh, twelfth and thirteenth words in the line.

line 8

> Insert the phrase "at Headquarters" after the fourth word in the line.

### Chapter 10, Page 5
line 14

> Delete the sixth through tenth words in the line.

line 18

> Delete the first three and the twelfth words in line 18. This individual is still under cover. You may use first name and last initial.

### Chapter 10, Page 6
line 5

> Delete the eighth word in the line.

line 6

> Delete the third, fourth and fifth words in the line. You may wish to substitute the phrase "regarding New York" or "in this case."

### Chapter 10, Page 7
line 1

> Delete the thirteenth, fourteenth and fifteenth words in the line.

lines 16 – 17

> Delete all of line 16 and the first word in line 17. The Board would pose no objection to the first sentence elsewhere provided it is not associated with the locale of the events depicted in the paragraph.

line 17

> Insert the phrase "at Headquarters" after the tenth word.

line 20

> Delete the twelfth, thirteenth and fourteenth words in the line. You may wish to substitute a word like "onboard."

line 21

> Delete the fourth, fifth and sixth word in the line. You may wish to substitute the word "effort" or "group."

### Chapter 10, Page 8
line 1

> Delete the fourteenth word in the line. You may wish to substitute the word "diplomatic."

Copies of the edited pages are enclosed for your records.

After making the changes the Board requires, you must resubmit the manuscript for final Agency review. In lieu of resubmitting the entire manuscript, you may return

only the affected pages or you may verify in writing that you have made all the deletions and revisions.

If you add material to or change the manuscript the Board has reviewed, you must submit these additions or changes to us before giving them to your publisher or anyone else. Please mark or otherwise indicate the new material clearly so that we can expedite our review. Additional items that require submission include but are not limited to photographs, photograph captions, illustrations, diagrams, tables, maps, or charts.

You must submit any additional galley proofs of the final manuscript as it will appear in book form so the Board can verify that the published version is the approved version. Your responsibility as the author is to ensure that the publisher releases only the Board-approved version. We will work promptly to complete this final review but please ensure that the publishing schedule permits adequate time for the Board to complete its work. The Board gives galley reviews high priority because it knows that authors and publishers have firm deadlines.

The Board encourages you include the following disclaimer: "This material has been reviewed by the CIA. That review neither constitutes CIA authentication of information nor implies CIA endorsement of the author's views."

The Board is always pleased to buy copies of books former Agency employees publish. Please let us know when *Spook* will be commercially available so that we can add a copy to the Board's research library.

Please do not hesitate to contact me if you have any questions or if we can be of assistance.

Sincerely,

*C. Bruce Wells*

C. Bruce Wells
Acting Chairman, Publications Review Board

PRB00018

**Charles B. Wells**

01/07/03 03:21 PM          To:                    Five CIA employees

                           cc:        Two CIA employees          Scott A. Koch@DA
                           Subject: Phone Call from Jeffrey Sterling

## THIS MEMORANDUM PREPARED IN ANTICIPATION OF LITIGATION

I called Jeffrey Sterling today around noon in response to his phone message. He was calling to express his extreme unhappiness with the redactions--and particularly information he was asked him to add-- the Board had made in the final two chapters. The phrases "absolutely disgusted" and "absolutely reprehensible" were used on more than one occasion.

Mr. Sterling wanted to know by what authority the Board could require that language be added to change the truth of what he was portraying. I commented that I was not sure that the Board had such authority but that we were offering a way to get around what we did regard as classified. He also expressed dismay with the "inconsistentencies" with what he had allowed in his earlier book proposal. I said that redactions were basically consistent with the verbal guidance he had gotten, i.e. that we would allow him to portray himself as a singleton working for the Agency in that locale.

At one point in the conversation I told him that if he felt the Board was off base he should come back in writing with his counterargument and/or evidence and the Board would reconsider its positions. If he was still not happy he could then initiate a formal appeal to the EXDIR. He concluded with the statement that it was clear to him that the Agency was going to fight him on every point and that we were treating him differently from other authors. He said that as a result he would be coming "at us with everything at his disposal." He concluded that his lawyer would be giving us a call to set up a meeting and I said he should contact the Board legal representative, who Mr. Zaid knows.

This is a record.
Program Files - Pre-Publication Review (PR-PRGRM-I          -Sterling, Jeffrey; Spook;
PRB-          )

GOVERNMENT
EXHIBIT
93
1:10CR485

PRB00019