IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with Classified
Information Security Officer
CISO _____
Date _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

**JEFFREY STERLING'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS**