**CONTINUATION OF CRIMINAL JURY TRIAL PROCEEDINGS**

Date:   01/21/15           Case No:   1:10cr485           Commenced:  9:40am
                                                          Lunch Recess:  12:54pm-1:58pm
Before the Honorable:   Judge Brinkema                    Case To Jury:
                                                          Jury Returned:
Court Reporter:   A. Thomson                              Jury Excused:
                                                          Case Concluded:
Courtroom Deputy:   Y. Guyton                             Time in Court:
                                                          **Probation Email:**

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | James Trump, Eric Olshan, AUSA |
| JEFFREY ALEXANDER STERLING | Dennis Fitzpatrick, AUSA |
| | Ed MacMahon, Barry Pollack, DEFT |
| | Mia Haessly, DEFT |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.  APPEARANCES AS PREVIOUS.

Government continued to Adduce Evidence and Rests [ X] Motions:

Defendant Adduced Evidence and Rests   [X] Motions:
Rebuttal Evidence Adduced [    ]    Sur-Rebuttal Evidence Adduced [    ]    Evidence Concluded [ X ]

Closing Arguments [  ]    Jury Charged [  ]    Jury Retired to Deliberate [  ]    Jury Continued Deliberating [  ]

The Jury Returned to the Courtroom With a Verdict of:

Jury Polled [    ]           Jury Verdict Filed in Open Court [    ]    Jury Discharged [    ]
PSIR Ordered [    ]          Deft(s) Continued on Present Bond [    ]
Deft Remanded [    ]         Deft(s) Directed to Report to P.O. [    ]

Case Continued To:   **Janury 22, 2015 at 10:00am**           For   Day 7 Jury trial