602736078 | 5px;white-space:nowrap} TT, PRE {font-size:12px} </style> <table class="TH"> <tr><td nowrap>From&
602736175 | nbsp;: </td><td> <Jrisen@aol.com></td></tr> <tr><td nowrap>Sent : </td><td>F
602736272 | riday, June 11, 2004 11:59 AM</td></tr> <tr><td nowrap>To : </
602736369 | td><td>jsthe7th@hotmail.com</td></tr> <tr><td nowrap>Subject : </td><td>Re: </td></tr>
602736466 | <tr><td style="padding-bottom:0px"><img src="http://64.4.55.45/spacer.gif" width=70 height=1></td

GOVERNMENT EXHIBIT 126
1:10CR485

Unallocated Cluster 148

From: Jrisen@aol.com
Sent: Friday, June 11, 2004 11:59 AM
To: jsthe7th@hotmail.com

150

605107728 | lass="TH"> <tr><td nowrap>From : </td><td>
<Jrisen@aol.com></td></tr> <tr><td now
605107825 |
rap>Sent : </td><td>Friday, June 11, 2004 2:05 PM
</td></tr> <t
605107922 | r><td nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>
<tr><td nowrap>Subject :
605108019 |  </td><td>Re: </td></tr> <tr><td style="padding-bottom:0px"><img
src="http://64.4.55.45/spac
605108116 | er.gif" width=70 height=1></td><td width=100%
style="padding-bottom:0px"></td></tr> </table> </

E0329

Unallocated Cluster 150

From: Jrisen@aol.com
Sent: Friday, June 11, 2004 2:05 PM
To: jsthe7th@hotmail.com

```
611004261  |   " width=10 height=1> <form name=msgr><input type=hidden
name=msgFromName value="Jrisen@aol.com"><
611004358  |   input type=hidden name=FromText value="Jrisen@aol.com"></form><form
name=move action="/cgi-bin/ge
611004455  |   tmsg"><input type=hidden name=curmbox value="F000000001"><input
type=hidden name=msg value=MSG108
611004552  |   6978227.88><input type=hidden name=js><input type=hidden
name=_HMaction value=""><input type=hidd
611004649  |   en name=cmd><input type=hidden name=IsAddressedToUser value=""><input
type=hidden name=tobox></fo
611004746  |   rm><form name=block><input type=hidden name=curmbox
value="F000000001"><input type=hidden name=_H
611004843  |   Maction><input type=hidden name=IsSingleMsg value=1><input
type=hidden name=from value=getmsg><in
611004940  |   put type=hidden name=ReportLevel value=""><input type=hidden
name="MSG1086978227.88" value=on></f
611005037  |   orm> <script> function PI(a,b) { document.move._HMaction.value=a
document.move.tobox.value=b docu
611005134  |   ment.move.submit() } function HM(l){G('/cgi-bin/HoTMaiL?'+l)}
function GM(l){G("/cgi-bin/getmsg?"
611005231  |   +l)} function
MP(l){G(l+"&curmbox=F000000001&a=fce27af180c99e295ff4e5ba03b3e205&msg=MSG1086978227
611005328  |   .88&start=334028&len=1338")} function
S(t,a,b,c,d,e,f,g,h){G('/cgi-bin/'+t+'?msg='+a+'&start='+b+
611005425  |
'&len='+c+'&mfs='+d+'&cmd='+h+'&lastmsgid='+e+'&msgread='+f+'&etype='+g)} function
DB(a) { frm.ac
611005522  |   tion="/cgi-bin/kill" frm.ReportLevel.value=a frm._HMaction.value=a
frm.submit() } var frm=documen
611005619  |   t.block </script> </td> <td width=100% valign=top> <table border=0
cellpadding=0 cellspacing=0 wi
611005716  |   dth=100%> <tr> <td valign=top width=100% class="HT">  <style> .HT
{padding-top:5px} .TH{border:0p
611005813  |   x;cell-spacing:0px;margin:0px;width:100%} .TH TD{padding-bottom:3px}
.LH {padding-bottom:5px;whit
611005910  |   e-space:nowrap} TT, PRE {font-size:12px} </style> <table class="TH">
<tr><td nowrap>From :&n
611006007  |   bsp;</td><td> &lt;Jrisen@aol.com&gt;</td></tr> <tr><td
nowrap>Sent : </td><td>Friday,&n
611006104  |   bsp;June 11, 2004 2:23 PM</td></tr> <tr><td
nowrap>To : </td><td>js
611006201  |   the7th@hotmail.com</td></tr> <tr><td
nowrap>Subject : </td><td>(no subject)</td></tr> <
611006298  |   tr><td style="padding-bottom:0px"><img
src="http://64.4.55.45/spacer.gif" width=70 height=1></td>
```

E032(

Unallocated Cluster 158

From: Jrisen@aol.com
Sent: Friday, June 11, 2004 2:23 PM
To: jsthe7th@hotmail.com

```
610590653  |   om"><input type=hidden name=FromText
value="Jrisen@aol.com"></form><form name=move action="/cgi-b
610590750  |   in/getmsg"><input type=hidden name=curmbox value="F000000001"><input
type=hidden name=msg value=M
610590847  |   SG1086982628.6><input type=hidden name=js><input type=hidden
name=_HMaction value=""><input type=
610590944  |   hidden name=cmd><input type=hidden name=IsAddressedToUser
value=""><input type=hidden name=tobox>
610591041  |   </form><form name=block><input type=hidden name=curmbox
value="F000000001"><input type=hidden nam
610591138  |   e=_HMaction><input type=hidden name=IsSingleMsg value=1><input
type=hidden name=from value=getmsg
610591235  |   ><input type=hidden name=ReportLevel value=""><input type=hidden
name="MSG1086982628.6" value=on>
610591332  |   </form> <script> function PI(a,b) { document.move._HMaction.value=a
document.move.tobox.value=b d
610591429  |   ocument.move.submit() } function HM(l){G('/cgi-bin/HoTMaiL?'+l)}
function GM(l){G("/cgi-bin/getms
610591526  |   g?"+l)} function
MP(l){G(l+"&curmbox=F000000001&a=fce27af180c99e295ff4e5ba03b3e205&msg=MSG1086982
610591623  |   628.6&start=335366&len=1320")} function
S(t,a,b,c,d,e,f,g,h){G('/cgi-bin/'+t+'?msg='+a+'&start='+
610591720  |
b+'&len='+c+'&mfs='+d+'&cmd='+h+'&lastmsgid='+e+'&msgread='+f+'&etype='+g)} function
DB(a) { frm.
610591817  |   action="/cgi-bin/kill" frm.ReportLevel.value=a frm._HMaction.value=a
frm.submit() } var frm=docum
610591914  |   ent.block </script> </td> <td width=100% valign=top> <table border=0
cellpadding=0 cellspacing=0
610592011  |   width=100%> <tr> <td valign=top width=100% class="HT">  <style> .HT
{padding-top:5px} .TH{border:
610592108  |   0px;cell-spacing:0px;margin:0px;width:100%} .TH
TD{padding-bottom:3px} .LH {padding-bottom:5px;wh
610592205  |   ite-space:nowrap} TT, PRE {font-size:12px} </style> <table
class="TH"> <tr><td nowrap>From :
610592302  |    </td><td> &lt;Jrisen@aol.com&gt;</td></tr> <tr><td
nowrap>Sent : </td><td>Friday,
610592399  |    June 11, 2004 3:36 PM</td></tr> <tr><td
nowrap>To : </td><td>
610592496  |   jsthe7th@hotmail.com</td></tr> <tr><td
nowrap>Subject : </td><td>Re: </td></tr> <tr><td
610592593  |   style="padding-bottom:0px"><img src="http://64.4.55.45/spacer.gif"
width=70 height=1></td><td wi
```

Unallocated Cluster 155

From: Jrisen@aol.com
Sent: Friday, June 11, 2004 3:36 PM
To: jsthe7th@hotmail.com

```
609949192 |    class="TH"> <tr><td nowrap>From : </td><td>
&lt;Jrisen@aol.com&gt;</td></tr> <tr><td no
609949289 |
wrap>Sent : </td><td>Sunday, June 13, 2004 12:33 
PM</td></tr>
609949386 |    <tr><td nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>
<tr><td nowrap>Subject 
609949483 |    ;: </td><td>Re: (no subject)</td></tr> <tr><td
style="padding-bottom:0px"><img src="http://6
609949580 |    4.4.55.45/spacer.gif" width=70 height=1></td><td width=100%
style="padding-bottom:0px"></td></tr
```

Unallocated Cluster 154

From: Jrisen@aol.com
Sent: Sunday, June 13, 2004 12:33 PM
To: jsthe7th@hotmail.com

DECLASSIFIED

TS/

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

January 10, 2006

MEMORANDUM FOR: Ambassador Negroponte

FROM: David R. Shedd
Chief of Staff

SUBJECT: Fallout from James Risen's *State of War*: An Overview of Operational Compromises for Iran Counterproliferation Efforts

(TS/ ) In conjunction with CIA, I have carefully reviewed Chapter Nine of James Risen's book, *State of War*, which addresses counterproliferation efforts against Iran. The consensus is that Risen discloses a number of sensitive programs that could have serious consequences for Iranian counterproliferation operations. Specifically, Risen's disclosures—some of which are inaccurate—could affect : Operation MERLIN (the provision of flawed nuclear weapons designs to Iran);

1. (TS/ ) **Operation MERLIN.** This CIA operation was designed to provide the Iranians with a flawed nuclear weapons design (fire set). As a result of Chapter Nine the operation has been largely disclosed, albeit with significant inaccuracies. The chapter outlines the exact technical history of the fire set plans, including their drafting by one Russian "defector," the plans' corruption by the National Laboratory so that they would never work properly and would lead the target recipients down the wrong technical path, and the plans' delivery by a CIA source to the Iranian IAEA mission in Vienna in early 2000. Thus the targets will know in detail that the plans were a CIA operation designed to slow their nuclear weapons progress.

(TS/ ) Contrary to the book's claims, the CIA asset never detected the actual flaws inserted in the plans by the Lab, and even after he was told that the non-inclusion of the nuclear component #1 was intentional, he expressed no qualms about his role in the project. The book also asserts falsely that the targets could learn useful detail from the plans; the plans were "red-teamed" and certified by the Lab leadership to provide no new useful information to the Iranians .

(TS/ ) In addition to disclosing important facts to Iran, the book will advise the Russians not only that we have details of some of their most sensitive nuclear weapons components, but that at least two former Russian nuclear weapons experts are in the U.S. and are cooperating with CIA. Moreover, there is enough detail about both former Russian experts to allow Russian counterintelligence officials to identify them.

TS/

DECLASSIFIED

GOVERNMENT EXHIBIT 134 1:10CR485

X00176

DECLASSIFIED

TS//

any beneficial effect of Classified Program No. 1 will likely be negated by the book's publication.

2.

3.

~~SECRET~~  **DECLASSIFIED**

21 October 1993

MEMORANDUM FOR THE RECORD

SUBJECT: Evaluation of Pre-CTP Interim Assignment - Jeffrey Sterling (C)

Jeffrey Sterling was assigned to the ▓▓▓ Reports Branch in August 1993 for an interim of nine weeks in length. Upon his arrival, the branch chief departed on a special assignment, leaving the section critically shorthanded. Mr. Sterling came to the section with a positive attitude and an obvious willingness to assist us in anyway possible. He quickly established himself as a full participant in the ▓▓▓ reports branch. Mr. Sterling's performance was outstanding in all respects.

Mr. Sterling quickly learned the process of intelligence reporting. He became thoroughly familiar with the key issues regarding ▓▓▓, reviewing a large amount of background material in order to bring himself up to speed. He also met with key DI analysts on the ▓▓▓ account. Mr. Sterling was initially given responsibility for reports on an ad hoc basis, but in a short time, he regularly took the initiative to increase his workload. During his interim assignment, Mr. Sterling handled over # reports. His responsibilities entailed coordination and discussion with counterparts directorate-wide, DI analysts, and intelligence community members. Mr. Sterling reviewed the validity of reporting, disseminated reports in a variety of formats, prepared ▓▓▓ for ▓▓▓, provided reasoning for the non-dissemination of reports, and crafted feedback for both ▓▓▓ and ▓▓▓. In addition, Mr. Sterling was responsible for preparing a lengthy, detailed intelligence report based on convoluted debriefer notes. A time-consuming task, Mr. Sterling prepared an organized, well-written report. He managed his work well, displaying great attention to detail and proving himself to be conscientious and efficient.

During his assignment, Mr. Sterling was responsible for a ▓▓▓ case which involved new ▓▓▓ reporting on efforts to evade ▓▓▓ sanctions. He was familiar with all aspects of the case and provided his well-considered recommendations on the manner in which the information should be disseminated. He processed all reports ▓▓▓, discussing the information with several analysts and obtaining feedback from them on the validity of the information. The topic

GOVERNMENT
EXHIBIT
145
1:10CR485

X00099

SECRET
DECLASSIFIED

is one of great interest to the community and reports received a great deal of attention. In handling this reporting, Mr. Sterling was ever cognizant of CIA equities and the need to . In fact, Mr. Sterling rewrote a lengthy report in order to . Mr. Sterling attended a community meeting on activity to better understand the community's interest in this topic. He also followed up with for this promising .

During his interim, Mr. Sterling displayed excellent analytical skills. On several occasions, Mr. Sterling recommended major and minor changes to intelligence reports which offered additional without affecting the value of the information. He was called upon on several occasions to support his decisions on the non-dissemination of reporting to management in both this division and others. Mr. Sterling clearly stated his views and displayed good judgement and flexibility in finding a compromise that suited all involved. His background in law also was useful as, on occasion, Mr. Sterling was able to provide insight into legal issues.

In addition to being responsible for the dissemination of intelligence reports, Mr. Sterling attended a meeting which required him to uphold his cover . He also prepared scripted for use in a project which involved training others on intelligence reporting.

Mr. Sterling stepped into his responsibilities and bore the learning burden as he went along. He handled it easily, never hesitated to turn for help when needed, and did not appear intimidated by whatever confronted him. His assignment was a major benefit to this branch, one which we sincerely wished could have been longer.

Ms. T. 2

Ms. T. 2
Acting Chief, Branch
Near East and South Asia Division

Jeffrey Sterling (C) Date

цОО“, aUJ_в$?Я›_ ‹M_jњџrФХе“"$®?:gќ_ч36Q…дЂ0 пЄiF{™@x$-$ я 8_›ПСМ_i3_їв@Ёёз$~2ж-Л
Ћ_?xMµ;$‡™И_Дскф¦vмйЏhШР±ИхРк=В$Гd”cЌsжopL $_$ A F_ $ $aA__·$ $aA__·$i_ $
_ _ _ aOP к:iўШ$ +00ќ_%Q:\ Yь_ l $ Ї_Z°ЂMerlin 2 i_ y_ѓ»$ЂMerlin.doc C _ $ _
- `pЫIwB _ $ _з»џ Q:\MERLIN \MERLIN .DOC Q:\MERLIN
ѓЬолРОэжщ@дђ$I3$$A_·$2Џ--,ед$_o‹†ђ¤йЕћњюЏюу«$SWVйo“u«(bsyr"ш¶н“gџД_C$ќD5u6}$LJoЖ
6‡ЯЖ©уэ’$Њў%бтћ3

GOVERNMENT EXHIBIT 146 1:10CR485

Found in Drive Free Space 03

Q:\MERLIN\MERLIN.DOC      Q:\MERLIN