1B1

QWF1_1

Reju K. Kurian
WFO/IS-4 CART

SubmissionID: 37541,38839

JUMPER CONNECTION

Cable   JUMPER   Power

MASTER OR SINGLE DRIVE



GOVERNMENT EXHIBIT
157

Page 2 of 32

1B1

Reju K. Kurian
WFO/IS-4 CART

SubmissionID: 37541,38839

QWF1_1



Page 3 of 32

RKK

**Western Digital**
www.westerndigital.com
WD Caviar ™
Enhanced IDE Hard Drive
**WD300**
Drive Parameters: LBA 58633344    30:0 GB
S/N: WMA7H1424884    5VDC  12VDC
MDL: WD300AB–00BVA0
DATE: 28 MAR 2001
DCM: HSCHBQ2CH
Made in Malaysia
Product warranty will be void if label or cover is removed or
WD P/N: WD300AB–00BVA0

DO NOT COVER ANY DRIVE HOLES    FRAGILE

CAUTION: This media may contain executable code, viruses, contraband, obscene material and/or Copyright protected data. This media should not be viewed or introduced into a classified computer or system.

JS JUMPER SETTINGS
40 Pin Conn.    POWER
Most drives are shipped with a jumper as shown above. No need to remove for single drive setting.
Standard Settings / Slave / Master / Single

LR68850    E101559    CE    N8565

検磁 3902A182

IMAGE OF QWFI-1(1B1)
DEWFI-1
RKK  09/05/06

Reju K. Kurian
WFO/IS-4 CART
SubmissionID: 37541, 38839

GOVERNMENT EXHIBIT
158

Page 3 of 35
RKK



GOVERNMENT EXHIBIT 159



GOVERNMENT EXHIBIT 160