IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 10

The United States of America, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that, if called as a witness at trial, James Risen would testify as follows:

1. Mr. Risen is the author of the book *State of War*, which was published by Simon & Schuster in 2006.

2. Mr. Risen had unidentified or unnamed sources for the information contained in Chapter Nine of *State of War*.

3. Chapter Nine of *State of War* accurately reflects information Mr. Risen obtained from a wide range of sources, including information from unnamed sources, information from public sources, and information from his own research.

4. If asked by either the United States or the defense, Mr. Risen would refuse to identify who was or was not an unnamed source for any information set forth in Chapter Nine of *State of War*.

5. If asked by either the United States or the defense, Mr. Risen would refuse to identify who was or was not an unnamed source for any of his other writings, including newspaper articles.

GOVERNMENT EXHIBIT 173

UNITED STATES OF AMERICA

By: _____

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America


JEFFREY ALEXANDER STERLING

By: _____

Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling


By: _____

Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

**STIPULATION NO.** 11

The United States of America, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that, if called to testify, John and Lora Dawson would testify consistent with the following:

1. From approximately August 2003 to approximately July 2004, the defendant lived in the home of John and Lora Dawson at 6817 Crest Avenue, University City, St. Louis, Missouri. No one other than John and Lora Dawson, their infant child, and the defendant lived at that address during that time. The defendant did not own a cell phone or personal computer during that time.

2. John and Lora Dawson permitted the defendant to use the telephone at their residence, which during that entire time was assigned the number (314) 862-8850. The defendant used that telephone to make and receive long distance telephone calls while he lived with the Dawsons.

3. From February 9, 2004, until June 11, 2004, nineteen telephone calls were placed from (202) 862-0300, the telephone number for the Washington, D.C., office of *The New York Times*, to (314) 862-8850, the Dawsons' home telephone number, as reflected in Government Exhibit 98 (page 3, call 8, through page 8, call 25). During this time, neither of the Dawsons knew anyone who lived or worked in Washington, D.C., and the Dawsons had no reason to receive calls from anyone at the Washington, D.C., office, or any other office, of *The New York Times*.



4. During the time the defendant resided with the Dawsons, the Dawsons permitted the defendant to use a computer—to wit, a Packard Bell L100, bearing serial number P493907180, containing Seagate Hard Drive ST33210A, bearing serial number 5AB11AEB—located in their spare bedroom to send and receive e-mails, and the defendant did, in fact, use the Dawsons' computer to do so. During this time, no one other than the Dawsons and the defendant had access to the computer. At no time did the Dawsons use the computer to send e-mails to or receive e-mails from James Risen or anyone affiliated with *The New York Times*.

UNITED STATES OF AMERICA

By: _____

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____

Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____

Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

STIPULATION NO. 12

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that business records reflect the following:

During 2003, Ronald Kessler of Potomac, Maryland, was the subscriber for telephone number (301) 279-5818.

During 2003, the telephone number for the Washington, D.C., office of *The Los Angeles Times* was (202) 293-4650. The toll free number for the office was (800) 528-4637.

The parties further stipulate and agree that telephone records reflect that the following ten (10) telephone calls occurred between the listed phone numbers, at the specified dates and times, and for the listed duration:

| | Date (Day of Week) | Time | Duration (min:sec) | Originating Number | Terminating Number |
|---|---|---|---|---|---|
| 1 | 04/09/2003 (Wednesday) | 2:21 PM | 00:23 | (703) 793-9388 | (301) 279-5818 |
| 2 | 04/09/2003 (Wednesday) | 3:00 PM | 00:36 | (703) 793-9388 | (301) 279-5818 |
| 3 | 04/09/2003 (Wednesday) | 4:14 PM | 00:13 | (703) 793-9388 | (301) 279-5818 |
| 4 | 04/25/2003 (Friday) | 8:35 PM | 00:46 | (703) 793-9388 | (202) 293-4650 |



|    | Date (Day of Week) | Time | Duration (min:sec) | Originating Number | Terminating Number |
|----|--------------------|------|--------------------|--------------------|--------------------|
| 5  | 04/25/2003 (Friday) | 9:04 PM | 00:14 | (703) 793-9388 | (202) 293-4650 |
| 6  | 04/25/2003 (Friday) | 10:17 PM | 07:32 | (703) 793-9388 | (202) 293-4650 |
| 7  | 07/08/2003 (Tuesday) | 9:06 PM | 03:18 | (703) 793-9388 | (800) 528-4637 |
| 8  | 07/08/2003 (Tuesday) | 9:17 PM | 03:52 | (703) 793-9388 | (800) 528-4637 |
| 9  | 07/08/2003 (Tuesday) | 9:21 PM | 03:03 | (703) 793-9388 | (800) 528-4637 |
| 10 | 07/08/2003 (Tuesday) | 9:25 PM | 01:18 | (703) 793-9388 | (202) 293-4650 |

UNITED STATES OF AMERICA

By: _____

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____

Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____
Jeffrey Alexander Sterling