

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10CR485 (LMB) |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY ALEXANDER STERLING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM

**A. COUNT ONE**

With respect to Count One – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(d)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__          Not Guilty _____.

**B. COUNT TWO**

With respect to Count Two – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(e)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__          Not Guilty _____.

*Please Continue to the Next Page*

### C.  COUNT THREE

With respect to Count Three – Unlawful Retention of National Defense Information (18 U.S.C. § 793(e)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__                              Not Guilty _____.

### D.  COUNT FOUR

With respect to Count Four – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(d)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__                              Not Guilty _____.

### E.  COUNT FIVE

With respect to Count Five – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(e)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__                              Not Guilty _____.

### F.  COUNT SIX:

With respect to Count Six – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(d)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__                              Not Guilty _____.

*Please Continue to the Next Page*

G. **COUNT SEVEN:**

With respect to Count Seven – Unauthorized Disclosure of National Defense Information (18 U.S.C. § 793(e)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__        Not Guilty _____.

H. **COUNT NINE**

With respect to Count Nine – Unauthorized Conveyance of Government Property (18 U.S.C. § 641):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__        Not Guilty _____.

I. **COUNT TEN**

With respect to Count Ten – Obstruction of Justice (18 U.S.C. § 1512(c)(1)):

WE, THE JURY, unanimously find the defendant, JEFFREY ALEXANDER STERLING:

Guilty __X__        Not Guilty _____.

So say we all this 26th day of January, 2015.

_____
FOREPERSON        (Signature)

_____
FOREPERSON        (Print)