# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | EXPARTE and UNDER SEAL |
|  | ) |  |
| vs. | ) | **Case No. 1:10-cr-00485-LMB** |
|  | ) |  |
| **JEFFREY ALEXANDER STERLING,** | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

## MOTION FOR RECONSIDERATION