IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| vs. | ) ) | Case No. 1:10-cr-00485-LMB |
| JEFFREY ALEXANDER STERLING, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO EXTEND TIME**

**COMES NOW** Jeffrey A. Sterling, by counsel, and moves the Court to enter the attached Proposed Order allowing for an extension of time within which a Reply to the Government's Opposition to the Defendant's Motion for Judgment of Acquittal or, in the alternative, For a New Trial, should be filed.  The United States consents to the entry of this Order and to the relief requested herein.

WHEREFORE, the defendant requests that the instant consent motion be granted.

JEFFREY A. STERLING
By Counsel

By:   /s/
Edward B. MacMahon, Jr.
VSB No.  25432
Edward B. MacMahon, Jr., PLC
P.O.  Box 25
107 East Washington Street
Middleburg, VA   20118
(540) 687-3902
(540) 687-6366
ebmjr@macmahon-law.com

/s/
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, DC 20005
(202) 626-5830
(202) 626-5801 (facsimile)
bpollack@milchev.com
*Counsel for Defendant Jeffrey A. Sterling*

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/
Edward B. MacMahon, Jr. (VSB # 25432)
Edward B. MacMahon, Jr., PLC
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
Counsel for Jeffrey A. Sterling