

**Desmond & Leah Tutu**
LEGACY FOUNDATION

NPC REG No. 2011/136635/08 PBO No. 930038821

Rec'd 4-8-15

Suite 111, 1st Floor Clock Tower Building
Waterfront, Cape Town 8001

26 March 2015

Honorable Leonie M. Brinkema
United States District Court
Alexandria, VA 22314

10 CR 485

Dear Judge Brinkema

The ideals that we share for the rule of law and equal justice are often confronted by the cynicism that says such virtues are not to be fulfilled in the real world. So we are challenged to prove such cynicism wrong. It is in that context that I am respectfully writing to Your Honor about the sentencing of Jeffrey Alexander Sterling.

Equality under the law, as a cornerstone of justice, is significantly at stake in the sentencing of Mr. Sterling. While I realize that no two cases are identical, the fact remains that charges akin to those for which Mr. Sterling was convicted have in recent years resulted in extremely disparate penalties. An editorial by the *Los*

Directors:
P Gobodo-Madikizela; D L MacRobert; C A Moses; T T Tutu-Gxashe; D M Tutu; N L Tutu; M A Tutu (Executive Director)

THE DESMOND & LEAH TUTU LEGACY FOUNDATION
PO Box 50708, Waterfront, 8002
Clocktower Level 1, Suite 111, Clocktower, V&A Waterfront, 8001
Tel +27 21 552 7525/4   Email Info@tutu.org.za

*Angeles Times*, dated March 5, 2015 and titled "A Double Standard on Government Secrets for David Petraeus," summed up an assessment made not only by that newspaper's editorial board but also by a wide range of well-informed observers in many walks of life. The editorial concluded that vastly harsher punishments for those who have divulged classified information while lacking the high rank and power of former CIA Director Petraeus "may be the way of the world, but it's not justice."

Your Honor, I appeal to you to provide the sentencing of Mr. Sterling with a sense of equity that can help to move the way of the world closer to real justice, nurturing belief in the law as a guardian of justice and not a violator of it. I hope that you will pronounce a sentence for Mr. Sterling that is consistent with our aspirations for equal justice under the law.

God bless you

**Archbishop Emeritus Desmond Tutu**