Rec'd 4-21-15

1:10cr485

### Office of the President Fraud Cover-up Homicide Paul S. Devrouax 2010

Monday, April 20, 2015 9:38 PM

From: "Carl Amos" <ahmose_inc@yahoo.com>
To: ahmose_@yahoo.com

| | |
|---|---|
| Honorable Judge Leonie Binkema | Carl R. Amos |
| United Staes District Court for the | 8710 W. Hillsborough Ave 413 |
| Eastern District of Virginia 22314 | Tampa, Florida 33615 |

Dear Honorable Judge Leonie Binkema

My wife Felicia and I, appeared before your court in the late 1990s regarding her Deceased Grandmothers Estate. You were very helpful and Kind and we are very thankful for all of your efforts on our Behalf.

I have been featured twice in NYT, Business Week, Poular Science' Washington Times and a plethora of diverse publications regarding my groundbreaking work and New Science from original Patent titled:

Methods of and Apparatus for the "Manipulation Of Electromagnetic Phenomenon"
US 5,369,511 1994

Brief Summary:

The Current Black "New African American Smithsonian Bldg"

"not yet fully Constructed "

Was awarded back to me, by United States Copyright Office as my Original Architectural Work" from Way back in 1991 and 2001.

I named the work after my late father John Wesley Amos who passed in 1997, see attachment.

In accordance with George Bush 1990 "Architctural Works Act".

I enjoy both authorship and ownership of all derivatives, see US Copyright attachments and photo of me 20 years ago with my unique bizarre Solar Architectural Work bldg Models.

2008: I, along with Felicia travel to Egypt and Construct this bldg all self financed.

2009: Upon return to USA, I was interrogated and jailed by CIA/FBI.

Early spring, after release, I visisted Van Jones Office ( Solar Czar), to help with fledgling US Solar Industry effort.

I provided them with photos and more of my Registered Copyrighted Works to "Office of the President".

Fall 2009: Envelope of Office of the President with their secretarys handwriting was returned to me, see attachment.

Unknown to me at that time, In eary 2009, The Smithsonian African American Architctural Contest was underway and I had zero knowledge of this, since I am not an Architect.

I am simply an Inventor and former IBM Engineer(Silicon Valley, Ca).

Paul S. Devrouax:

Paul S. Devrouax, builder of the Verizon Ctr Freddie Mac and Nationals Stadium was ist place contender in 2009 until I showed up.

All of my registered " Architectural Works" were stolen and misappropriated by "Office of the President" to Freelon Group and Adjaye Architects, by Office of the President.

I did not learn of this until Christmas Season 2012, accidentally while visiting to see white house Christmas tree:

I filed a complaint with US Copyright office and they informed that they would investigate.

I filed a compalint with Smithsonian.

I filed a compalint with FBI and they assured me that they would investigate my allegations.

The US Copyright office has been standing with me in affirming my rights to this unique Pyramidal Co-linear Structure. see attachments.

2010:

After loss of Contest in 2009 the only member of the 5 other finalists. Paul S. Devrouax dies of what appears to be an engineered Homicide see attachment.

2011.
Jeffrey A Sterling Ex CIA Fraud Investigator is arrested on espionage charges.

Due to his supposed connection to "James Risen" NYT investigative reporter.

However, problem is, a "Paradox", has a risen here.
NYT Editor " Clay Risen" was a friend of Paul S. Devrouax, while
stationed in Washingtonn DC.
I spoke with Clay Risen in February 2015 and I will be in Discussions next week.
Mr. Clay Risen phone # is 212-556-1234 NYT Editor

Mr. James Risen phone # is 202-862-0355

Paul S. Devrouax death had to occur to enable current massive sea of fraud and theft of Copyrighted Architectural Work, now occuring in plain sight in real-time
With the New Smithsonian African American Museum on the Mall.
In clear violation of George Bush Sr, 1990 Architectural Works Copyright Act.
Paul S. Devrouax had to be surgically- eliminated to enable the current operation to proceed without strong opposition from him.
Upon Devrouax discovering true author of stolen "Architectural Work" there would not be current construction project "Not Yet Constructed".

2015

Espionage vs Homicide Fraud Office of the President Cover-up (Watergate pt II)

Mr. Jeffrey Sterling gifted Black Fraud Investigator and Whistleblower, is a victim here, of brilliant chess players "Manipulating" everyone.
Perjury appears to be their main weapon of choice.

Please grant fellow Christian Jeffrey A. Sterling, a little more time and a chance to clear his name.

He has become an Enemy of the State for exercising his constituitional rights.

The Office of the President, Fears that Jeffrey A. Sterling will whistleblow and expose their Fraud and involvement in Homicide of Paul S. Devrouax.

Obama is not on the Smithsonian Council.

Biden is on the Smithsonian Council.

Condoleeza Rice is a good friend of Colin Powell.

Condoleeza is not on the Smithsoniam Council.

Colin Powell is a member on the Smithsonian Council.

I would have gladly helped them in 2009 if they only simply asked me.

Sincerely
Carl R. Amos
301-455-8329

# Jeffrey Alexander Sterling

From Wikipedia, the free encyclopedia

**Jeffrey Alexander Sterling** is an American lawyer and former CIA employee who was arrested, charged, and convicted of violating the Espionage Act for revealing details about Operation Merlin to journalist James Risen.[7]

## Contents

- 1 Early life and education
- 2 CIA employment
- 3 Equal Employment lawsuit
- 4 Conviction under the Espionage Act
- 5 Awards
- 6 See also
- 7 References
- 8 External links

**Jeffrey A. Sterling**

| | |
|---|---|
| Born | Cape Girardeau, Missouri[1] |
| Residence | O'Fallon, Missouri[2][3] |
| Nationality | American |
| Ethnicity | Black, African American[4] |
| Alma mater | Washington University School of Law, 1992<br>Millikin University, 1989 |
| Occupation | Fraud investigator (2004--his arrest in 2011)[5]<br>Lawyer (?--present)<br>Former undercover CIA officer (May 14, 1993--January 31, 2002) |
| Known for | Whistleblower |
| Spouse(s) | Holly Sterling[6] |

RECEIVED
2015 APR 21  A 11:00
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## Early life and education

Sterling was born in Cape Girardeau, Missouri.[8] Sterling earned a political science degree at Millikin University in Decatur, Illinois, in 1989. In 1992, he graduated from the Washington University School of Law in St. Louis, Missouri as a Juris Doctor.[9]

## CIA employment

Sterling joined the CIA on May 14, 1993. In 1995, he became operations officer in the Iran task force of the CIA's Near East and South Asia division. He held a top secret security clearance and had access to sensitive compartmented information, including classified cables, CIA informants, and operations.

After training in Persian in 1997, he was sent first to Bonn, Germany, and two years later to New York City to recruit Iranian nationals as agents for the CIA as part of a secret intelligence operation involving Iran's weapons capabilities.[10] From early 1998 to May 2000, Sterling assumed responsibility as case officer for a Russian emigre with an engineering background in nuclear physics and production, whom the CIA employed as a carrier to pass flawed design plans to the Iranians.[11]

New African American Smithsonian Museum picture

| Web | Images | Videos | Maps | News | More | | 6 | Sign in |

39,200,000 RESULTS   Any time

Images of new african american smithsonia...
bing.com/images



See more images of new african american smithsonian museum

**Related searches**
Smithsonian African American Art Museum
African Art Smithsonian
African American Museum
Museum of African American History
African American History Museum
Smithsonian Museums New York
Smithsonian Black History Museum
List of African American Museums

**National Museum of African American History and Culture - ...**
www.nmaahc.si.edu
The National Museum of African American History and Culture will be a place ... Smithsonian partnership to ... BenU alumnus offers rare look at King in photo art ...

**Photos - Smithsonian's National Museum of African American ...**
www.nmaahcproject.com/photos
of the National Museum of African American History and Culture, the 19th division of the Smithsonian Institution. Home; Events; ... Project Photos ...

**Lost and Found Again: Photos of African-Americans on the ...**
www.smithsonianmag.com/smithsonian...photos-of-african-americans-on...
... Photos of African-Americans ... for display in a permanent home—the National Museum of African American History ... reporter for Smithsonian.

**African American History and Culture Museum - Smithsonian**
www.si.edu/Museums/african-american-history-and-culture-museum
The Smithsonian's National Museum of African American History and ... New York City. American Indian Museum ... making it the 19th Smithsonian Institution museum.

**Smithsonian Wins Approval For New Design Of National ...**
www.huffingtonpost.com/2014/02/21/smithsonian-black-history-museum...
Feb 21, 2014 · Smithsonian Wins Approval For New Design Of National Museum Of African American History And Culture

Related searches for New African American Smithsonian Muse...

| Smithsonian African American Art ... | Museum of African American History |
| African Art Smithsonian | African American History Museum |
| African American Museum | Smithsonian Museums New York |

**Visit | National Museum of African American History and ...**
nmaahc.si.edu/Visit
Visit our Gallery at American History. Please visit our gallery at: National Museum of American History ... Smithsonian Institution;



AIN ANNOUNCES ITS
1ST ANNUAL
BEST OF PRODUCTS AWARDS

Newsletter Subscription
Print Subscription
Change Address

# THE ARCHITECTS NEWSPAPER

Search

| HOME | NEWS | BLOG | CALENDAR | COMPETITIONS | PRODUCTS LIBRARY | ISSUE ARCHIVE | SUBSCRIBE |
| facades+ conference | best of design awards | enews: facades+ | enews: fabrikator | enews: city terrain | enews: spec sheet | advertise | jobs | about | contact |

NEWS

04.21.2010

## PAUL DEVROUAX, 1942-2010
Pathbreaking architect helped revive Washington



2015 EVERY BUILDING CONFERENCE & EXPO
LOS ANGELES CONVENTION CENTER
June 28-30, 2015
Los Angeles, CA
Commercial Real Estate Inside & Out



DEVROUAX (LEFT) AND HIS FORMER PARTNER MARSHALL PURNELL WITH A MODEL OF THEIR FREDDIE MAC HEADQUARTERS.
COURTESY D+P



AIN ANNOUNCES ITS
1ST ANNUAL
BEST OF PRODUCTS AWARDS

People may not think of Paul Devrouax the same way they think of Pierre L'Enfant or Benjamin Latrobe, men who left their mark on history by leaving their mark on Washington, D.C.



DEVROUAX.
COURTESY D+P

But they should. Starting in the 1980s, Devrouax, along with his partner Marshall Purnell, led the rebuilding of the national capital after decades of decay, crime, and neglect. Devrouax, who died March 22 at age 67, worked on many of the city's recent landmarks, including the new convention center, the Verizon Center, the Washington Nationals baseball park, and the Martin Luther King, Jr. Memorial underway along the Tidal Basin.

His firm's work was not only well designed, but well placed. The Reeves Center, a city office building opened in 1986, jumpstarted the renewal of the historic 14th and U street area, while the Verizon Center had the same impact on Chinatown. Devrouax was not a Washington native. Born and raised in New Orleans and Los Angeles, he took his architecture degree from Southern University at Baton Rouge, LA. The architect first came to Washington in the late 1960s as a sergeant in the Sixth Armored Calvary Regiment based at Fort Meade in suburban Maryland.

On April 4, just hours after King was assassinated in Memphis in 1968, rioting broke out in central Washington. The next day, Devrouax's unit received orders to move into the city and set up patrol



alongside tens of thousands of other troops. I first met Devrouax when I interviewed him for a book I was writing about the King riots. Sitting in his studio in downtown Washington, he told me about how difficult those next few days had been. "It was something I was obligated to do," he said. "If I hadn't been in the army, if I'd been on the other side, I don't know what I'd have been doing."



THE REESE CENTER AT WASHINGTON AND LEE UNIVERSITY, IN NORTHWEST WASHINGTON.
COURTESY GOOGLE MAPS

That experience left a lasting mark. He returned to Washington in 1973, and five years later, Devrouax + Purnell opened its doors. Both architects were risk-averse in their designs, and their buildings never pushed the envelope of form or style. But when it came to rebuilding a city with the debilitating complexities of Washington in the 1980s, an experimental streak could have been a liability.

Instead, their work was about melding solidity with transparency, creating buildings that at once speak to the permanence of the city's renewal as well as to its new spirit of openness and community. The Reeves Center, opened in 1986 on the exact site where the 1968 riots began, is a balance between squat massing and—for the time and place—a daring amount of glass and street-front retail space.



NATIONALS STADIUM, DESIGNED WITH POPULOUS.
KEVIN H /FLICKR

The same catalyzing effect can be felt at the Washington Nationals Park, which Devrouax + Purnell designed with HOK Sport (now Populous), and which opened in 2008. The park sits alongside the Anacostia River, in one of the city's most crime-ridden neighborhoods. The architects decided to sink the playing field below grade and keep the outfield bleachers as low as possible; as a result, fans are greeted not by the structure's ugly underside but the roar of the crowd and a spreading vista of green.

Some people strive to leave their mark out of vanity; others, like Devrouax, do it out of love for their community and a humble sense of service. Devrouax cut a tall, lanky yet imposing figure, but he was never intimidating. He had a warm smile and a rich, comforting voice. But more than that, he gave of his time to anyone who asked. He was, according to his former associates, a teacher and a mentor; it's no surprise that, according to The Washington Post, at least 14 firms have emerged from the Devrouax + Purnell offices.


REGISTER BEFORE MAY 1 TO SAVE $100!



2015 EVERY BUILDING CONFERENCE & EXPO
June 28-30, 2015
Los Angeles, CA
LOS ANGELES CONVENTION CENTER
Commercial Real Estate—Inside & Out

PRESENTED BY:
BOMA BUILDINGS



DEVROUAX + PURNELL'S PROPOSAL FOR THE MUSEUM OF AFRICAN AMERICAN HISTORY, DESIGNED WITH PEI COBB FREED.

COURTESY D+P

I experienced that same warmth about a year ago, when Devrouax joined me and two other Washingtonians on a panel at Busboys and Poets, a bookstore and cafe across the street from the Reeves Center, to discuss my book. As we chatted beforehand, Devrouax pulled out his iPhone to show me a fly-through video of his firm's design for the National Museum of African-American History and Culture, one of six chosen for the final round. The competition was in its final days, and the firm must have been wracked by deadlines and nervous impatience. Yet here was Devrouax, cool and collected, spending several hours sitting on a panel to promote someone else's book.

Of course, Devrouax wasn't there just for me. He was there to tell Washingtonians about his experience, to give even a few dozen people a little better insight into their city's history. Like everything else he did, Paul Devrouax was there to give back to his community, and to do whatever he could to make it a better place.

Clay Risen

**Clay Risen, an assistant editor at *The New York Times*, is a regular contributor to *AN* and former resident of Washington, D.C.**

 Eric L. Girven · Top Commenter · Commissioner at Montclair Historic Preservation Commission
Good story about a wonderful architect who influenced my early career in Washington, DC. May he rest in peace.
Reply · Like · 1 · June 20, 2013 at 2:13am

 Alexandria Andrews · Truck Driver, Driver Mechanic at Sperry Rail Service
Just had the opportunity to meet his wife and daughter they are truly lovely people.
Reply · Like · August 6, 2011 at 8:22am

Facebook social plugin

HOME | NEWS | BLOG | CALENDAR | COMPETITIONS | PRODUCTS LIBRARY | ARCHIVE | SUBSCRIBE
facades+ conference | best of design awards | enews: facades+ | enews: facades+ | enews: spec sheet | advertise | about | contact

Copyright © 2003-2014 | The Architect's Newspaper, LLC | All rights reserved. | about us | contact us | privacy policy
The Architect's Newspaper, LLC | 21 Murray Street, 5th Floor | New York, NY 10007 | tel. 212.966.0630

# Toto Definition

~ A Definition Dictionary ~

**toto**, *adj*. (Latin) altogether, complete, universal.

**definition**, *n*. (English) a concise explanation of the meaning of a word or phrase or symbol.

"

[                                    ] [Search]

## Definition: paradox

| Part of Speech | Definition |
|---|---|
| Noun | 1. (logic) a statement that contradicts itself; "`I always lie' is a paradox because if it is true it must be false".[Wordnet]<br>2. (logic) a self-contradiction; "`I always lie' is a paradox because if it is true it must be false".[Wordnet]<br>3. A tenet or proposition contrary to received opinion; an assertion or sentiment seemingly contradictory, or opposed to common sense; that which in appearance or terms is absurd, but yet may be true in fact. [Websters]. |

Sources: WordNet 3.0 Copyright © 2006 by Princeton University. All rights reserved. Webster's Revised Unabridged Dictionary (1913)

## Specialty Definition: paradox

| Domain | Definition |
|---|---|
| Computing | **Paradox** An apparently sound argument leading to a contradiction. Some famous examples are Russell's **paradox** and the liar **paradox**. Most paradoxes stem from some kind of self-reference. Smarandache Linguistic |



Patents | English | French | Find prior art | Discuss this application | View PDF | Download PDF

## Methods of and apparatus for manipulating electromagnetic phenomenon
EP 0487612 A1

**ABSTRACT** translated from French

Methods and apparatus for handling electromagnetic phenomenon as a beam, comprising a generator (20) of elements (21a to 21f) aligned conical or pyramidal, each having surfaces (24a to 24f and 23a to 23f) tapered inner and outer or pyramidal. When the electromagnetic phenomenon in beam shape includes a zero-order component elements (21a to 21f) minimize or eliminate the zero-order component which allows computers to use devices such as holographic displays, demodulators and axial optical processors.

| | |
|---|---|
| Publication number | EP0487612 A1 |
| Publication type | Application |
| Application number | EP19900913081 |
| PCT number | PCT/US1990/004726 |
| Publication date | Jun 3, 1992 |
| Filing date | Aug 21, 1990 |
| Priority date | Aug 21, 1989 |
| Also published as | CA2065368A1, EP0487612A4, US5369511, WO1991002992A1 |
| Inventors | Carl R. Amos |
| Applicant | AMOS, Carl, R. |
| Export Citation | BiBTeX, EndNote, RefMan |

Patent Citations (1), Non-Patent Citations (2), Classifications (19), Legal Events (5)

External Links: Espacenet, EP Register

**DESCRIPTION** (OCR text may contain errors)  (text from WO1991002992A1)

METHODS OF AND APPARATUS FOR MANIPULATING ELECTROMAGNETIC PHENOMENON Background of the Invention Field of the Invention The instant invention is directed to methods of and apparatus for manipulating electromagnetic phenomenon. More particularly, the instant invention is directed to methods of and apparatus for manipulating electromagnetic phenomenon to convey information utilizing substantial portions of visible and invisible spectra to manipulate information, whether that information is in the form of pictorial displays, such as holographic displays; in the form of numerical information, such as digital or analog numerical information; or in the form of communication signals, wherein the signals are selected from any portion of the electromagnetic spectrum. Prior Art One of a number of fields to which the instant invention is pertinent is the field of holography. In order to create a holographic image, it is necessary to superimpose two coherent light beams which are incident on the same photographic plate or other suitable recording device. One beam is known as the "object beam" and the other beam s the "reference beam". In "off-axis holography", the beams are separated by an angle ø, which is typically 45°. The term "off axis" is utilized because the angle ø between the beams results in the axes of the beams not being coaxial. The general equation of holography is exceedingly complex and does not lend itself to any solution other than a numerical solution. The complexity of the equation is readily apparent when one considers two coherent waves $S_r$ (the reference wave) and $S_b$ (the object wave) with the waves being incident on the same photographic plate or other recording device, wherein:

$S_b = A_b e^{-i\emptyset}$  $S_r = _r e^{-i\cdot\text{-}\degree}$ Since the intensity at any point (x,y) in recording medium is given by the equation:

$I = I(x;y) \times I^*(x;y)$ therefore,

$I = A^2{}_b + ^{A2}{}_r + ^+ A_b A_r \exp\{\emptyset(x;y)+\alpha(x;y)\} + A_b A_r \exp[-i\{\emptyset(x;y)-\alpha(x;y)\}]$ There is no limitation on the content of $S_b$ and $S_r$, but, in accordance with the practices of the prior art, one is a "plain wave", while the other is modulated with object information.

It can be readily seen that if $a = \emptyset$, waves $S_b$ and $S_r$ are coaxial, resulting in "in-line" holography.

**CLAIMS** (OCR text may contain errors)  (text from WO1991002992A1)

WHAT IS CLAIMED IS:

1. An apparatus for manipulating a beam of electromagnetic energy, said beam having a zero-order component, the apparatus comprising: a source for projecting the beam of electromagnetic energy; means for receiving the beam of electromagnetic energy; and at least one truncated pyramidal element having outer pyramidal and inner pyramidal surfaces with at least one of said surfaces being a reflective surface, said truncated pyramidal surface being disposed between the source for projecting the beam of means for receiving the beam, the pyramidal surface being constructed and arranged so as to eliminate the zero-order component of the beam.

2. The apparatus of claim 1, wherein there are a plurality of aligned pyramidal surfaces.

3. The apparatus of claim 2, wherein the aligned pyramidal surfaces are nested one within the other. 4. The apparatus of claim 3, wherein the aligned pyramidal surfaces are conical in that a cone is a pyramid with infinite sides.

5. The apparatus of claim 1, wherein the truncated pyramidal surfaces are conical surfaces in that a cone is a pyramid with an infinite number of sides. 6. An apparatus for manipulation of electromagnetic energy in the form of coaxial reference and object beams having a zero-order component, the apparatus comprising: means for projecting the beams of electromagnetic energy; means for receiving the beams of electromagnetic energy; means for eliminating the zero-order component, said means for eliminating the zero-order component comprising a plurality of aligned pyramidal elements having inner and outer pyramidal surfaces at least one of said surfaces being reflective, said surfaces combining to have a shape which satisfies the Dirchlet conditions necessary for representation by a three-dimensional Fourier series. 7. The apparatus of claim 6, wherein the truncated pyramids are truncated cones in that the pyramids have an infinite number of sides.

8. The apparatus of claim 6, wherein the truncated pyramids are supported in a nested configuration one within the other by optical struts which are transparent to the electromagnetic energy.

9. The apparatus of claim 8, wherein the optical struts include holograms as transmission elements.

2009 Carl I. Amos

Carl Amos

EXECUTIVE OFFICE OF THE PRESIDENT
COUNCIL ON ENVIRONMENTAL QUALITY
722 JACKSON PLACE, N.W.
WASHINGTON, D.C. 20503

OFFICIAL BUSINESS



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-154-280**

Effective date of registration:

December 31, 2013

## Title

| | |
|---|---|
| Title of Work: | JWAHMOSE Pyramidal and Collinear Building  "not yet constructed" |
| Previous or Alternative Title: | JWAHMOSE |
| | X-ray , Neutron, Gamma Ray Bldg. |

## Completion/Publication

Year of Completion: 1995

## Author

| | |
|---|---|
| Author: | Carl Raymond Amos |
| Author Created: | photograph(s), architectural work |
| Work made for hire: | No |
| Citizen of: | United States      Domiciled in: United States |
| Year Born: | 1958 |

## Copyright claimant

Copyright Claimant: Carl Raymond Amos
8710 W. Hillsborough Ave. #413, Tampa, FL, 33615

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | photograph(s), architectural work |
| Previous registration and year: | Vau 526-764      2001 |
| New material included in claim: | photograph(s), architectural work |

## Rights and Permissions

| | |
|---|---|
| Name: | Carl Raymond Amos |
| Email: | ahmose_inc@hotmail.com      Telephone: 813-525-4974 |
| Address: | 8710 W. Hillsborough Ave. #413 |
| | Tampa, FL 33615  United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-148-027**

Effective date of registration:

October 21, 2013

---

## Title

| | |
|---|---|
| Title of Work: | JWAHMOSE Architectural Work and Structure |
| Previous or Alternative Title: | X-Ray, Gamma Ray, Neutron, and High Energy EM Spectra Architectural Buildings and Structures |
| | A Co-Axial Collinear Pyramidal Structure, Dirichlet Fourier Series |

## Completion/Publication

Year of Completion: 1991

## Author

| | |
|---|---|
| Author: | Carl Raymond Amos |
| Author Created: | photograph(s), architectural work |
| Work made for hire: | No |
| Citizen of: | United States         Domiciled in: United States |
| Year Born: | 1958 |

## Copyright claimant

Copyright Claimant: Carl Raymond Amos
8710 W. Hillsborough Ave. #413, Tampa, FL, 33615

## Limitation of copyright claim

Material excluded from this claim: architectural work

Previous registration and year: vau 318-745    1994
vau 526-764
VA 1-857-690
Vau 1-140-004
Vau 1-047-156

New material included in claim: photograph(s), revised architectural work

## Rights and Permissions



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Amos Carl
Search Results: Displaying 4 of 26 entries



*Jwahmose.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000526764 / 2001-06-22
**Title:** Jwahmose.
**Description:** Architectural work.
**Copyright Claimant:** Carl R. Amos
**Date of Creation:** 1994
**Authorship on Application:** architectural work: Carl Raymond Amos.
**Copyright Note:** Cataloged from appl.
**Names:** Amos, Carl Raymond



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record   Format for Print/Save |
| Enter your email address:   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page