IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

**MOTION OF THE UNITED STATES
TO CORRECT RESPONSE AND SUBSTITUTE REVISED PLEADING**

On May 7, 2015, the government filed DE 469, *Response of the United States to Defendant's Sentencing Memorandum*. We made a few revisions to that pleading and, along with this motion, have filed a *Revised Response of the United States to Defendant's Sentencing Memorandum*, DE 470. We ask that the Court substitute the revised response, DE 470, for the earlier pleading, DE 469.

Respectfully submitted,

Raymond N. Hulser  
Chief  

Dana J. Boente  
United States Attorney

Eric G. Olshan  
Deputy Chief  
Public Integrity Section  
U.S. Department of Justice  

James L. Trump  
Senior Litigation Counsel

Dennis Fitzpatrick  
Assistant United States Attorney  
Eastern District of Virginia

By        /s/         
James L. Trump  
Attorney for the United States of America  
United States Attorney's Office  
2100 Jamieson Avenue  
Alexandria, Virginia 22314  
(703) 299-3726  
(703) 837-8242 (fax)  
jim.trump@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2015, I caused an electronic copy of the foregoing motion to be filed and served via ECF on Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

By         /s/
James L. Trump
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
(703) 837-8242 (fax)