**SENTENCING HEARING**                                    Judge Leonie M. Brinkema
Date:  05/11/15                                           Reporter: A. Thomson
Start:  1:57pm    End:  2:38pm

# UNITED STATES of AMERICA          CASE NUMBER:   1:10cr485
Vs.

 JEFFREY ALEXANDER STERLING

Counsel/Govt:J.Trump/D.Fitzpatrick/E.Olshan Counsel/Deft:E. MacMahon/B. Pollack
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**              Upon Motion of [ ] Deft [ ] Govt
Offense Level: _38__                    Court depart from G/L pursuant to:
Criminal History:  __I__                               [ ] USSG 5K1.1
Imprisonment Range: _235__ to _293_ months             [ ] USSG 5C1.2
Supervised Release Range: _1_ to _3_ years             [ ] USSG 5K2.12
Restitution: $_____                         [ ] USSG 5H1.4
Fine Range: $_25,000.00__ to $_250,000.00__            [ ] _____
Special Assessment: $_100.00_ per Count

**JUDGMENT of the COURT:**
BOP for __42_ months, each count; concurrent
Supervised Release for _2_ Years, each count; concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to
begin _____ days from imposition of sentence/release
Special Assessment: $_900.00__ [ ]Satisfied [X] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
    ___ Deft to pay costs as able           ___ Deft to waive privacy
 x  Deft. to participate in _mental health evaluation, medication, treatment as directed.
    _x_ Costs waived                        _x_ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ___ Full-time education program
 x  Drug Testing Waived
___ Other: _____

**RECOMMENDATION TO BOP:**

 x  Deft to be designated to a Facility as close to St. Louis, Missouri as possible.

___ Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [X] Self Surrender/Bond cont.

 Deft's motions are denied; opinion to follow_____
_____
_____