1604

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA          .          Criminal No. 1:10cr485
                                  .
      vs.                         .          Alexandria, Virginia
                                  .          January 26, 2015
JEFFREY ALEXANDER STERLING,       .          11:50 a.m.
                                  .
              Defendant.          .
                                  .
.  .  .  .  .  .  .  .  .  .  .

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME IX

APPEARANCES:

FOR THE GOVERNMENT:          JAMES L. TRUMP, AUSA
                             DENNIS M. FITZPATRICK, AUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314
                               and
                             ERIC G. OLSHAN, Deputy Chief
                             Public Integrity Section of the
                             Criminal Division
                             United States Department of
                             Justice
                             1400 New York Avenue, N.W.
                             Suite 12100
                             Washington, D.C. 20005


FOR THE DEFENDANT:           EDWARD B. MAC MAHON, JR., ESQ.
                             Law Office of Edward B.
                             MacMahon, Jr.
                             107 East Washington Street
                             P.O. Box 25
                             Middleburg, VA 20118

(APPEARANCES CONT'D. ON FOLLOWING PAGE)

(Pages 1604 - 1618)

COMPUTERIZED TRANSCRIPTION OF STENOGRAHIC NOTES

1605

```
 1  APPEARANCES:  (Cont'd.)

 2  FOR THE DEFENDANT:           BARRY J. POLLACK, ESQ.
                                 MIA P. HAESSLY, ESQ.
 3                               Miller & Chevalier Chartered
                                 655 - 15th Street, N.W.
 4                               Suite 900
                                 Washington, D.C. 20005-5701
 5

 6  CLASSIFIED INFORMATION       CHRISTINE E. GUNNING
    SECURITY OFFICERS:           MAURA PETERSON
 7

 8  ALSO PRESENT:                GERARD FRANCISCO
                                 SA ASHLEY HUNT
 9                               JENNIFER MULLIN, ESQ.

10
    OFFICIAL COURT REPORTER:     ANNELIESE J. THOMSON, RDR, CRR
11                               U.S. District Court, Fifth Floor
                                 401 Courthouse Square
12                               Alexandria, VA 22314
                                 (703)299-8595
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S

 2                      (Defendant present, Jury out.)

 3              THE CLERK:  Criminal Case 10-485, United States of

 4    America v. Jeffrey Alexander Sterling.  Would counsel please

 5    note their appearances for the record.

 6              MR. FITZPATRICK:   Good morning, Your Honor.  Dennis

 7    Fitzpatrick on behalf of the United States.

 8              THE COURT:  Good morning.

 9              MR. MAC MAHON:  Good morning, Your Honor.  Edward

10    MacMahon for Mr. Sterling.

11              MR. POLLACK:  Good morning, Your Honor.  Barry

12    Pollack on behalf of Mr. Sterling.

13              MS. HAESSLY:  Good morning, Your Honor.  Mia Haessly

14    for Mr. Sterling.

15              THE COURT:  All right.  And the defendant is here in

16    court.

17              You-all have reached -- seen the note from the jury.

18    They've reached -- "We cannot reach agreement on several

19    counts.  We need additional instructions as to how to proceed."

20              Now, it's almost their appointed lunch break time,

21    and my intention would be to give them a gentle *Sawyer*-type

22    charge, simply to tell them why don't they take the lunch

23    break, come back a little bit fresh, and remember that, you

24    know, they need to listen to each other and continue working to

25    see if they can possibly reach a unanimous decision.
```

1    However, this has been a very attentive jury, and it

2  would be my intention should they come back with a similar

3  question in the future to ask them -- reading between the

4  lines, it appears as though they have reached a decision on

5  some counts.  We could ask for a partial verdict.  I don't know

6  if you want to address that issue now or not.

7    MR. FITZPATRICK:  Your Honor, I think that's probably

8  premature at this point.  I wouldn't ask for a partial verdict

9  at this point.  I think the Court's suggestion of sort of a,

10  quote-unquote, gentle charge now is appropriate, and then later

11  on in the day, we can give them more of a formal *Sawyer* charge.

12    THE COURT:  I'm not going to keep this -- I mean,

13  they've been at it -- it's a very complicated case, and it's a

14  circumstantial evidence case, and this jury has been at it

15  since Thursday, so I don't think that I'm going to make them

16  come back tomorrow.  If they've reached, if they've reached

17  some decisions, we're going to, I think, take them at some

18  point today.

19    But I'll hear from defense on this issue.

20    MR. MAC MAHON:  Yes, Your Honor.  I would totally

21  agree that we don't need a partial verdict at this point in

22  time.  If you're going to give them a gentle reminder along the

23  lines you talked about, the defense wouldn't object.

24    We also filed a motion last night.  I don't know if

25  the Court saw it.

1608

1      THE COURT:  I'm not going to address your motions

2   right now.  We'll wait and see what the jury does,

3   Mr. MacMahon.

4      MR. MAC MAHON:  Thank you, Your Honor.

5      THE COURT:  Okay.  All right, let's bring the jury

6   in.

7                    (Jury present.)

8      THE COURT:  Good morning, ladies and gentlemen.  I

9   have another jury sitting in those seats.  That's why they're

10  still warm probably.

11     So anyway, I want to thank you again for your

12  attendance.  As I've said several times before, you've been a

13  great jury, and you still are a great jury.

14     You've given us a question; that is, "We cannot reach

15  agreement on several accounts.  We need additional instructions

16  as to how to proceed."

17     And what I'm going to instruct you on at this point

18  is, No. 1, it's close to your lunch break, and I suspect

19  without having had a morning break, you're all kind of tired.

20  So I certainly want you to take your lunch break and relax a

21  little bit, come back fresh.

22     And what I want to just remind you of is that you

23  need to listen very carefully to each other, all right?  As I

24  indicated to you earlier, it's your duty as jurors to consult

25  with each other and to deliberate with each other with a view

1    towards reaching an agreement if you can do so without violence

2    to your own individual judgment.

3         You should not be hesitant to change your opinion

4    after listening to the other jurors if they convince you that

5    your opinion is not sound, but again, it is your own opinion

6    ultimately that must carry the day, but you are expected to

7    continue with that opinion after you've carefully with an open

8    mind listened to all the opinions of the other jurors.

9         I am assuming there's a minority group and there's a

10   majority group.  The minority should listen carefully to what

11   the majority has to say, and just as equally, the majority

12   should listen very carefully to the minority.  And again, see

13   if you can reach a unanimous verdict without doing violence to

14   your own individual judgment.

15        So we're going to let you go to lunch.  You've been a

16   very cordial jury; I often see you smiling as you come into

17   court; and see if you can continue to work together to reach a

18   decision, and that's the best instruction I can give you.

19   There's no more law I can give you but that, all right?

20        So you go to lunch now, and we'll see whether or not

21   you can come back with anything else, all right?  Thank you.

22        All right, any objection to the Court's instructions?

23        MR. MAC MAHON:  Not from the defense, Your Honor.

24        MR. TRUMP:  No, Your Honor.

25        THE COURT:  All right, that's fine.  Thank you,

1   ladies and gentlemen.  You may go, and we'll bring the next

2   jury in, so as soon as this jury is out.

3                          (Jury out.)

4           THE COURT:  All right, Mr. Wood, we need the next

5   jury brought in.

6           MR. TRUMP:  Thank you, Judge.

7           THE COURT:  We'll switch teams now.

8           MR. MAC MAHON:  Thank you, Your Honor.

9           THE COURT:  So you-all can go to lunch.  They won't

10  be back until 1:00.

11          MR. POLLACK:  Thank you, Your Honor.

12          (Recess from 11:56 a.m., until 3:12 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A F T E R N O O N   S E S S I O N

2                    (Defendant and Jury present.)

3         THE CLERK:  Madam Foreperson, has the jury reached

4    its verdict?

5         FOREPERSON HAMM:  Yes, we have.

6         THE CLERK:  Could you hand it to the court security

7    officer.

8         Would the defendant please stand and face the jury.

9         "In the matter of Criminal Case United States of

10   America v. Jeffrey Alexander Sterling, as to Count 1, with

11   respect to Count 1, unauthorized disclosure of national defense

12   information, we, the jury, unanimously find the defendant,

13   Jeffrey Alexander Sterling:  Guilty.

14        "B.   Count 2.  With respect to Count 2, unauthorized

15   disclosure of national defense information, we, the jury,

16   unanimously find the defendant, Jeffrey Alexander Sterling:

17   Guilty.

18        "Count 3.  With respect to Count 3, unlawful

19   retention of national defense information, we, the jury,

20   unanimously find the defendant, Jeffrey Alexander Sterling:

21   Guilty.

22        "Count 4.  With respect to Count 4, unauthorized

23   disclosure of national defense information, we, the jury,

24   unanimously find the defendant, Jeffrey Alexander Sterling:

25   Guilty.

1    "Count 5.  With respect to Count 5, unauthorized
2  disclosure of national defense information, we, the jury,
3  unanimously find the defendant, Jeffrey Alexander Sterling:
4  Guilty.
5    "Count 6.  With respect to Count 6, unauthorized
6  disclosure of national defense information, we, the jury,
7  unanimously find the defendant, Jeffrey Alexander Sterling:
8  Guilty.
9    "Count 7.  With respect to Count 7, unauthorized
10  disclosure of national defense information, we, the jury,
11  unanimously find the defendant, Jeffrey Alexander Sterling:
12  Guilty.
13    "Count 9.  With respect to Count 9, unauthorized
14  conveyance of government property, we, the jury, unanimously
15  find the defendant, Jeffrey Alexander Sterling:  Guilty.
16    "Count 10.  With respect to Count 10, obstruction of
17  justice, we, the jury, unanimously find the defendant, Jeffrey
18  Alexander Sterling:  Guilty.
19    "So say we all this 26th day of January, 2015.
20  Signed Foreperson, Jennie Hamm."
21    Ladies and gentlemen, is this your unanimous verdict?
22    ALL JURORS:  Yes.
23    THE COURT:  All right, does anybody want the jury
24  polled?
25    MR. MAC MAHON:  Yes, Your Honor.

1613

1    THE COURT:  All right.  Now, what that means, ladies

2  and gentlemen, we're going to ask each of you individually if

3  these verdicts -- just one second.

4    We're going to ask each one of you to acknowledge

5  whether or not these verdicts represent your own individual

6  judgment as well as your understanding of the collective

7  judgment of the jury.

8    THE CLERK:  Juror No. 8, Kelsey Brosnahan, is this

9  your verdict?

10    JUROR BROSNAHAN:  It is.

11    THE CLERK:  Juror No. 49, Aaron Hunt, is this your

12  verdict?

13    JUROR HUNT:  Yes, it is.

14    THE CLERK:  Juror No. 41, Jennie Hamm, is this your

15  verdict?

16    FOREPERSON HAMM:  Yes, it is.

17    THE CLERK:  Juror No. 57, Sandra Khouri, is this your

18  verdict?

19    JUROR KHOURI:  It is.

20    THE CLERK:  Juror No. 51, Andrew Ihle, is this your

21  verdict?

22    JUROR IHLE:  It is.

23    THE CLERK:  Juror No. 43, Alan Herman, is this your

24  verdict?

25    JUROR HERMAN:  Yes.

```
1              THE CLERK:  Juror No. 76, Mahesh Panwar, is this your

2    verdict?

3              JUROR PANWAR:  Yes, it is.

4              THE CLERK:  Juror No. 6, Laura Billings, is this your

5    verdict?

6              JUROR BILLINGS:  Yes, it is.

7              THE CLERK:  Juror No. 73, Thuong Nguyen, is this your

8    verdict?

9              JUROR NGUYEN:  Yes, it is.

10             THE CLERK:  Juror No. 12, Anne Marie Cassidy, is this

11   your verdict?

12             JUROR CASSIDY:  Yes, it is.

13             THE CLERK:  Juror No. 37, Amanda Granlund, is this

14   your verdict?

15             JUROR GRANLUND:  Yes, it is.

16             THE CLERK:  Juror No. 26, Gregory Fabian, III, is

17   this your verdict?

18             JUROR FABIAN:  Yes, it is.

19             THE COURT:  All right.  Ladies and gentlemen, on

20   behalf of the Court and the parties, I want to thank you for

21   being an extremely attentive and careful jury.  You were with

22   us for two-and-a-half weeks.  It's never easy sitting in

23   judgment of another human being.  It's one of the toughest jobs

24   we have as citizens.  You have performed your civic duty, and

25   we want to thank you for giving us your valuable time and
```

1    attention.

2            Now, our local rules do not permit any attorneys to

3    ever contact or question a juror.  I want to let you know you

4    have a First Amendment right to express your views if you wish

5    to do so.  You do not have to, however.  If anybody asks you

6    about your verdict, it's perfectly appropriate for you to

7    decline to answer.  I would strongly suggest if you do decide

8    you want to speak to anyone about this, that you do so with a

9    certain amount of discretion and respect for the other members

10   of the jury, all right?

11           But unless there's any further reason to keep the

12   jury here, I'm going to excuse them for today.  Anything

13   further from the defense for this jury?

14           MR. MAC MAHON:  No, Your Honor.

15           THE COURT:  Mr. Trump?

16           MR. TRUMP:  No, Your Honor.

17           THE COURT:  All right.  Then, ladies and gentlemen,

18   if you would, check out with the Clerk's Office.  Remember my

19   one caution about those three exhibits that you must never

20   discuss the contents of with anyone.  Leave your notes in the

21   jury room.  We'll take care of that.  And once again, thank you

22   for your attendance.  We'll stay in session because I have some

23   matters to take up now that you're done.  Thank you.

24                        (Jury excused.)

25           THE COURT:  All right.  Now, I know that a number of

1  motions have been filed by the defense.  I'm obviously not

2  going to address those now.  I'll direct that any posttrial

3  motions be filed, so the government -- the defense can amplify

4  them.  The government obviously will have time to respond to

5  them.

6        I think given the nature of this case, I'll give you

7  three weeks in which to file posttrial motions, Mr. MacMahon,

8  and then the government shouldn't need more than two weeks to

9  respond to those, all right?

10       We'll go ahead and set sentencing at this time.  How

11  is April 17 for everybody?  Or we can do it the 24th, which

12  would perhaps be better since it's a little bit more time for

13  the posttrial motions.  How does that fit on your calendars?

14       MR. MAC MAHON:  That's fine, Your Honor.

15       THE COURT:  All right, the 24th?  All right, that

16  will be at 9:00.

17       I know of no reason why Mr. Sterling's bond should

18  not be continued.  Is there any issue about that?

19       MR. TRUMP:  We leave it to Your Honor.

20       THE COURT:  All right.  Mr. Sterling, I'm going to

21  continue you on your current bond, adding as two additional

22  conditions the first being that you cooperate with the

23  Probation Office with the preparation of the pre-sentence

24  report.  Do you understand?

25       THE DEFENDANT:  Yes.

1617

1    THE COURT:  And secondly, that you reappear in this

2    court on Friday, April 24, at 9:00 for sentencing.  Do you

3    understand that?

4    THE DEFENDANT:  Yes, I do.

5    THE COURT:  All right, when you leave court today,

6    counsel, you need to take your client over to the Probation

7    Office to have him enrolled in the pre-sentence investigation.

8    Much of that can be done out in Missouri, so you're not going

9    to have to come back and forth on that.

10   Anything further we need to address at this point?

11   MR. TRUMP:  I assume whatever motions that are filed

12   will be heard on the April 24 sentencing date?

13   THE COURT:  Well, we might want to hear them

14   beforehand, so why don't we wait and see what you-all file and

15   what your responses are, all right?

16   MR. TRUMP:  That's fine, Your Honor.

17   THE COURT:  All right, anything further?

18   MR. MAC MAHON:  Nothing, Your Honor, thank you.

19   THE COURT:  No?  All right, then we'll take a

20   five-minute recess to reset the court for the other trial.

21                          (Which were all the proceedings

22                           had at this time.)

23

24

25

1618

1    CERTIFICATE OF THE REPORTER

2    I certify that the foregoing is a correct transcript of

3    the record of proceedings in the above-entitled matter.

4

5

6    _____
                                    /s/
7                                   Anneliese J. Thomson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25