Case 1:10-cr-00485-LMB  Document 505  Filed 10/21/15  Page 1 of 9 PageID# 6360

```
                                          FILED WITH THE
                                          COURT SECURITY OFFICER
     IN THE UNITED STATES DISTRICT COURT  CSO: _____
     FOR THE EASTERN DISTRICT OF VIRGINIA DATE: _____
```

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:10-cr-00485-LMB |
| ) | |
| JEFFREY ALEXANDER STERLING, ) | |
| ) | |
| Defendant. ) | |

## FIRST CIPA § 5 FILING BY JEFFREY A. STERLING

Defendant Jeffrey Sterling ("Mr. Sterling"), by and through counsel, and pursuant to The Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 5 (a), hereby gives notice of his intention to disclose the following classified information in connection with the trial or pre-trial proceedings in this case. The defendant submits that he reasonably expects to disclose this information as part of the investigation of the case, and as part of the trial of this case. It is also submitted that this information will need to be disclosed by the defendant or his counsel as part of the pretrial investigation seeking exculpatory information.

Pursuant to CIPA § 6 (f), Mr. Sterling hereby requests that the United States provide reciprocal discovery of each and every item of information it intends to use to rebut any of the classified information identified in this notice and which the Court orders may be disclosed at trial or any pretrial proceeding.

The subject documents are listed below. For the Court's convenience, attached hereto are copies of the documents that are the subject of this Notice:

1.    FBI 302 of Stephen B____ dated April 12, 2006 (F00002 - F00005) and the information and statements contained therein.

-1-

REDACTED / CLEARED FOR PUBLIC RELEASE

2.  FBI 302 of David C____ dated August 1, 2003 (F00007 - F00008) and the information and statements contained therein.

3.  FBI 302 of                   dated July 21, 2006 (F00010 - F00012) and the information and statements contained therein.

4.  FBI 302 of                   dated September 4, 2007 (F00014 - F00018) and the information and statements contained therein.

5.  FBI 302 of Laurie D____ dated April 4, 2006 (F00020 - F00022) and the information and statements contained therein.

6.  FBI 302 of Robert J. E____ dated April 12, 2003 (F00024 - F00025) and the information and statements contained therein.

7.  FBI 302 of                   dated August 13, 2003 (F00027 - F00031) and the information and statements contained therein.

8.  FBI 302 of                   dated May 2, 2006 (F00042 - F00045)  and the information and statements contained therein.

9.  FBI 302 of Diane F____ dated August 14, 2003 (F00047 - F00049) and the information and statements contained therein.

10.  FBI 302 of                   dated May 02, 2006 (F00051 - F00053) and the information and statements contained therein.

11.  FBI 302 of Leonard G____ dated May 11, 2006 (F00055 - F00059) and the information and statements contained therein.

12.  FBI 302 of                   dated July 18, 2003 (F00061 - F00065) and the information and statements contained therein.

13.  FBI 302 of William (Bill) H____ dated April 28, 2003 (F00067 - F00069) and the information and statements contained therein.

14.  FBI 302 of Thomas H____ dated July 21, 2003 (F00071 - F00073) and the information and statements contained therein.

15.  FBI 302 of                   dated August 13, 2003 (F00075 - F00078) and the information and statements contained therein.

REDACTED / CLEARED FOR PUBLIC RELEASE

16.  FBI 302 of _____ dated July 27, 2006 (F00080 - F00081) and the information and statements contained therein.

17.  FBI 302 of Mark L____ dated August 13, 2006 (F00083 - F00085) and the information and statements contained therein.

18.  FBI 302 of _____ dated November 23, 2007 (F00087 - F00096) and the information and statements contained therein.

19.  FBI 302 of Carrie L____ dated August 11, 2006 (F00098 - F00103) and the information and statements contained therein.

20.  FBI 302 of Dennis M____ dated March 14, 2006 (F00105 - F00108) and the information and statements contained therein.

21.  FBI 302 of _____ dated December 14, 2007 (F00110 - F00118) and the information and statements contained therein.

22.  FBI 302 of _____ dated July 25, 2007 (F00120 - F00122) and the information and statements contained therein.

23.  FBI 302 of _____ dated March 13, 2006 (F00124 - F00131) and the information and statements contained therein.

24.  FBI 302 of _____ dated March 11, 2008 (F00133 - F00134) and the information and statements contained therein.

25.  FBI 302 of _____ dated June 09, 2010 (F00136 - F00144) and the information and statements contained therein.

26.  FBI 302 of _____ dated April 13, 2003 (F00146 - F00148) and the information and statements contained therein.

27.  FBI 302 of _____ dated May 7, 2003 (F00150 - F00151) and the information and statements contained therein.

28.  FBI 302 of _____ dated May 9, 2003 (F00153 - F00154) and the information and statements contained therein.

29.  FBI 302 of _____ dated August 19, 2010 (F00156 - F00161) and the information and statements contained therein.

-3-

REDACTED / CLEARED FOR PUBLIC RELEASE

30.  FBI 302 of [redacted] dated February 16, 2007 (F00163 - F00164) and the information and statements contained therein.

31.  FBI 302 of [redacted] dated June 12, 2006 (F00166 - F00171) and the information and statements contained therein.

32.  FBI 302 of Gayle S____ dated August 19, 2010 (F00173 - F00176) and the information and statements contained therein.

33.  FBI 302 of Robert S____ dated April 12, 2003 (F00184 - F00185) and the information and statements contained therein.

34.  FBI 302 of [redacted] dated February 29, 2008 (F00213 - F00214) and the information and statements contained therein.

35.  FBI 302 of [redacted] dated March 16, 2006 (F00216 - F00218) and the information and statements contained therein.

36.  FBI 302 of [redacted] dated February 27, 2007 (F00225 - F00226) and the information and statements contained therein.

37.  FBI 302 of Zachary W____ dated March 13, 2006 (F00228 - F00234) and the information and statements contained therein.

38.  FBI 302 of Stephen Y____ dated March 13, 2006 (F00236 - F00239) and the information and statements contained therein.

39.  CIA Cable [redacted] dated [redacted] (C00002 - C00003) and the information and statements contained therein.

40.  CIA Cable [redacted] dated [redacted] (C00005 - C00006) and the information and statements contained therein.

41.  CIA Cable [redacted] dated [redacted] (C00008 - C00009) and the information and statements contained therein.

42.  CIA Cable [redacted] dated [redacted] (C00011) and the information and statements contained therein.

43.  CIA Cable [redacted] dated [redacted] (C00013 - C00014) and the information and statements contained therein.

-4-

REDACTED / CLEARED FOR PUBLIC RELEASE

44. CIA      Cable          dated          (C00016 - C00017) and the information and statements contained therein.

45. CIA      Cable          dated          (C00019) and the information and statements contained therein.

46. CIA      Cable          dated          (C00021) and the information and statements contained therein.

47. CIA      Cable          dated          (C00023 - C00024) and the information and statements contained therein.

48. CIA      Cable          dated          (C00026 - C00027) and the information and statements contained therein.

49. CIA      Cable          dated          (C00029 - C00030) and the information and statements contained therein.

50. CIA      Cable          dated          (C00032 - C00033) and the information and statements contained therein.

51. CIA      Cable          dated          (C00035 - C00037) and the information and statements contained therein.

52. CIA      Cable          dated          (C00039 - C00042) and the information and statements contained therein.

53. CIA      Cable          dated          (C00047 - C00048) and the information and statements contained therein.

54. CIA      Cable          dated          (C00053 - C00054) and the information and statements contained therein.

55. CIA      Cable          dated          (C00056 - C00058) and the information and statements contained therein.

56. CIA      Cable          dated          (C00060) and the information and statements contained therein.

57. CIA      Cable          dated          (C00062 - C00063) and the information and statements contained therein.

REDACTED / CLEARED FOR PUBLIC RELEASE

58.    CIA    Cable          dated          (C00065 - C00067) and the
information and statements contained therein.

59.    CIA    Cable          dated          (C00069 - C00070) and the
information and statements contained therein.

60.    CIA    Cable          dated          (C00072 - C00073) and the
information and statements contained therein.

61.    CIA    Cable          dated          (C00075 - C00076) and the
information and statements contained therein.

62.    CIA    Cable          dated          (C00078 - C00079) and the
information and statements contained therein.

63.    CIA    Cable          dated          (C00081 - C00082) and the
information and statements contained therein.

64.    CIA    Cable          dated          (C00084 - C00085) and the
information and statements contained therein.

65.    CIA    Cable          dated          (C00087 - C00088) and the
information and statements contained therein.

66.    CIA    Cable          dated          (C00090 - C00091) and the
information and statements contained therein.

67.    CIA    Cable          dated          (C00093 - C00094) and the
information and statements contained therein.

68.    CIA    Cable          dated          (C00096 - C00097) and the
information and statements contained therein.

69.    CIA    Cable          dated          (C00099 - C00101) and the
information and statements contained therein.

70.    CIA    Cable          dated          (C00103 - C00104) and the
information and statements contained therein.

71.    CIA    Cable          dated          (C00106 - C00107) and the
information and statements contained therein.

-6-

72.   CIA[       ]Cable[           ]dated[         ] (C00109 - C00110) and the information and statements contained therein.

73.   CIA[       ]Cable[           ]dated[         ] (C00112 - C00113) and the information and statements contained therein.

74.   CIA[       ]Cable[           ]dated[         ] (C00115 - C00116) and the information and statements contained therein.

75.   CIA[       ]Cable[           ]dated[         ] (C00118 - C00119) and the information and statements contained therein.

76.   CIA[       ]Cable[           ]dated[         ](C00121 - C00122) and the information and statements contained therein.

77.   CIA[       ]Cable[           ]dated[         ](C00124 - C00125) and the information and statements contained therein.

78.   CIA[       ]Cable[           ]dated[         ] (C00127 - C00129) and the information and statements contained therein.

79.   CIA[       ]Cable[           ]dated[         ] (C00131 - C00133) and the information and statements contained therein.

Dated: April 1, 2011

JEFFREY A. STERLING
By counsel

-7-

By: _____
Edward B. MacMahon, Jr. (VSB #25432)
Law Office of Edward B. MacMahon, Jr.
107 E. Washington Street, P.O. Box 25
Middleburg, VA 20118
(540) 687-3902
ebmjr@verizon.net

By: _____
Barry J. Pollack (admitted *pro hac vice*)
Miller & Chevalier Chartered
655 Fifteenth St. N.W. Suite 900
Washington, D.C. 20005
(202) 626-5830
bpollack@milchev.com

*Counsel for Jeffrey A. Sterling*

-8-

REDACTED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I hereby certify that on April 1st, 2011 I delivered an original of the following First CIPA

§ 5 Filing by Jeffrey Sterling to the CISO as directed by the Classified Information Protective

Order issued by this case.

By _____

Edward B. MacMahon, Jr. (VSB #25432)

*Counsel for Jeffrey A. Sterling*

-9-

REDACTED / CLEARED FOR PUBLIC RELEASE